Michael A. Grisham
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Defendant
Government Services Corp.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BIG STATE LOGISTICS, INC.,<br><br>                     Plaintiff,<br>vs.<br><br>GOVERNMENT SERVICES CORP. f/k/a MLDC GOVERNMENT SERVICES CORP.,<br><br>                     Defendant. | Case No. 3:13-cv-_____<br><br>**NOTICE OF REMOVAL** |

Defendant Government Services Corp. ("GSC"), gives notice, with full reservation of all defenses, that this cause is hereby removed from the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks to the United States District Court for the District of Alaska, pursuant to 28 U.S.C. §§ 1332 and 1441. In support of removal, GSC respectfully states as follows:

1. This lawsuit is a civil action within the meaning of the Acts of Congress relating to removal of cases. See 28 U.S.C. §§ 1441(b), 1446(b).

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

2. On or about September 13, 2013, plaintiff Big State Logistics, Inc. ("Big State") commenced this action against GSC by filing a Complaint in the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks, bearing Case Number 4FA-13- 2615 CI (the "Complaint" or "Compl.").

3. GSC was served with the Complaint through its registered agent in the State of Alaska on September 19, 2013.

4. As more fully set out below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 and GSC has satisfied the procedural requirements for removal.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C.§ 1332 because this is a civil action between citizens of different states, in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest.

6. Complete diversity of citizenship exists between plaintiff and defendants for purposes of this removal. Upon information and belief, plaintiff is, and was at all relevant times, a corporation organized and existing under the laws of the State of Alaska. *See* Compl. (Exh. A). Plaintiff is a citizen of Alaska for purposes of determining diversity. 28 U.S.C. § 1332(a).

7. As alleged in the Complaint, Defendant is, and was at the time of the institution of this action, a corporation organized under the laws of the State of Maryland with its principal place of business in Moscow, Idaho. *See* Compl. (Exh. A). Defendant is not, and has never been, a citizen of the State of Alaska for purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

8. Plaintiff alleges Defendant owes Plaintiff in excess of $150,000. Compl. ¶ 12 (Exh. A). Accordingly, the amount-in-controversy requirement is satisfied in this case.

9. Because complete diversity of citizenship exists between the plaintiff and the defendants, because no defendant that has been joined is a citizen of the State of Alaska, and because the requisite amount in controversy appears to exceed $75,000.00, exclusive of interest and costs, this civil action may be removed to this Court pursuant to 28 U.S.C. § 1441.

10. This Notice of Removal is being timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed before the required period of within 30 days of service.

11. The United States District Court for the District of Alaska embraces the county in which the state court action was filed. Therefore, Plaintiff cannot contest that this Court is a proper venue for this action pursuant to 28 U.S.C. § 1441(a).

12. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders filed in the state case, which papers include the Summons and Complaint, are attached as **Exhibit A**. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of Removal is being served upon counsel for plaintiff, and a copy is being filed with the Clerk of the State Court in which the action was filed. A copy of GSC's filing in state court is attached hereto as **Exhibit B**.

13. If any question arises as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

WHEREFORE, Defendant respectfully removes this action from the Superior Court for the State of Alaska, Fourth Judicial District, bearing civil action number 4FA-13-2615 CI, to this Court, pursuant to 28 U.S.C. §1441.

DATED this 25th day of September, 2013, at Anchorage, Alaska.

    DORSEY & WHITNEY LLP
    Attorneys for Defendant


By: /s/ Michael A. Grisham
    Michael A. Grisham, ABA 9411104
    1031 West 4th Avenue, Suite 600
    Anchorage, AK 99501-5907
    Telephone: (907) 276-4557
    Facsimile: (907) 276-4152
    grisham.michael@dorsey.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on
the 25th day of September, 2013, a true and correct
copy of this document was served on

Robert A. Sparks
1552 Noble Street
Fairbanks, AK 99701

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ Michael A. Grisham
Michael A. Grisham, ABA No. 9411104
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

NOTICE OF REMOVAL    *Big State Logistics v. Government Services*
Page 4 of 4    Case No. 3:13-cv-_____

Case 4:13-cv-00029-TMB   Document 1   Filed 09/25/13   Page 4 of 4