IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

BIG STATE LOGISTICS, INC. )
)
                Plaintiff, )
)
    vs. )
)
GOVERNMENT SERVICES )
CORP. f/k/a MLDC GOVERNMENT )
SERVICES CORP. )
)
                Defendant )
_____ )

CASE NO.  4FA-13-_02101_Civil

DOCKETED

HAND DELIVERED

SEP 1 3 2013

DORSEY & WHITNEY LLP
ANCHORAGE
at _____1:45___P M

## COMPLAINT

COMES NOW Plaintiff Big State Logistics, Inc., by and through its attorney, Robert A. Sparks, the Law Office of Robert A. Sparks, and for its complaint against the Defendant Government Services Corp. alleges and states as follows:

1.   Plaintiff, Big State Logistics, Inc. (hereinafter "Big State"), is a resident Alaska corporation, that distributes and delivers petroleum produces in Alaska and is fully qualified to bring and maintain this action.

2.   Defendant MLDC Government Services Corp. is a Maryland corporation, with its principal place of business in Moscow, Idaho, that is registered to conduct business in the state of Alaska under the name "Government Services Corp." and was

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

Big State Logistics v. Government Services Corp.
page 1

formerly registered to conduct business in the state of Alaska under the name "MLDC Government Services Corp.".

3. On or about June 25, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted Plaintiff Big State in Fairbanks, Alaska, and ordered 10,000 gallons of gasoline to be delivered to Joint Base Elmendorf-Richardson (JBER) on June 26, 2013. The terms of sale were that the price would be determined by the price of product on the day of delivery to the base, and a $650 delivery charge, and that Defendant Government Services would pay Plaintiff Big State for the delivery within 15 days of receipt of the invoice for the delivery.

4. Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on June 26, 2013, in accordance with the contract with Defendant. Plaintiff Big State sent Defendant Government Services an invoice dated June 28, 2013, on or about July 10, 2013, in the amount of $38,620.00 for the cost of the gasoline and delivery charges. A true and correct copy of the June 28, 2013, invoice (faxed or emailed to the Defendant on July 10, 2013) is attached hereto as Exhibit "A".

5. On or about July 9, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted Plaintiff Big State and ordered a second delivery of 10,000 gallons of gasoline to be delivered to JBER on July 11, 2013. The terms of sale were that the price would be determined by the price of product on the day of

Big State Logistics v. Government Services Corp.
page 2

LAW OFFICES
ROBERT A. SPA
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-8675
FAX: (907) 451-9385

delivery to JBER, and a $650 delivery charge, and that Defendant would pay Plaintiff Big State for the delivery within 15 days of receipt of the invoice for the delivery.

6. Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on July 11, 2013, in accordance with the contract with Defendant. Plaintiff Big State sent Defendant Government Services an invoice dated July 10, 2013, on or about July 16, 2013, in the amount of $38,620.07 for the cost of the gasoline and delivery charges. A true and correct copy of the July 10, 2013, invoice (faxed to the Defendant on July 16, 2013) is attached hereto as Exhibit "B".

7. On or about July 25, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted Plaintiff Big State and ordered a third delivery of 10,000 gallons of gasoline to be delivered to JBER at Elmendorf Air Force Base on July 26, 2013. The terms of sale were that the price would be determined by the price of product on the day of delivery to JBER, and a $650 delivery charge, and that Defendant would pay Plaintiff Big State for the delivery within 15 days of receipt of the invoice for the delivery.

8. Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on July 26, 2013, in accordance with the contract with Defendant. Plaintiff Big State sent Defendant Government Services an invoice dated July 30, 2013, on or about

Big State Logistics v. Government Services Corp.
page 3

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

July 30, 2013, in the amount of $38,909.10 for the cost of the gasoline and delivery charges. A true and correct copy of the July 30, 2013, invoice (faxed to Defendant on July 30, 2013) is attached hereto as Exhibit "C".

9. On or about July 29, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted Plaintiff Big State and ordered a fourth delivery of 10,000 gallons of gasoline to be delivered to JBER on July 30, 2013. The terms of sale were that the price would be determined by the price of product on the day of delivery to JBER, and a $650 delivery charge, and that Defendant would pay Plaintiff Big State for the delivery within 15 days after receipt of the invoice for the delivery.

10. Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on July 30, 2013, in accordance with the contract with Defendant. Plaintiff Big State sent Defendant Government Services an invoice dated July 30, 2013, on or about August 1, 2013, in the amount of $38,905.22 for the cost of the gasoline and delivery charges. A true and correct copy of the July 30, 2013, invoice (which was faxed to defendant on August 1, 2013) is attached hereto as Exhibit "D".

11. Plaintiff Big State has duly performed all of its contractual duties that it owed to Defendant Government Services under the parties' contract by delivering the gasoline referenced above pursuant to the instructions received from Defendant

Big State Logistics v. Government Services Corp.
page 4

LAW OFFICES
ROBERT A. SPA
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

Government Services to JBER at Elmendorf Air Force Base and Eielson Air Force Base.

12. Defendant Government Services has failed and refused to pay the $155,054.39 owed to Plaintiff Big State, despite due demand for payment from Plaintiff. Attached as Exhibit "E" is a true and correct copy of Plaintiff Big States' accounts receivable showing the outstanding invoices.

13. Defendant Government Services is in default under the terms of the contact with Plaintiff Big State for failure to pay Plaintiff Big State for the fuel deliveries.

14. Defendant Government Services is in breach of its contract with Plaintiff Big State because of Defendant Government Services failure to pay the outstanding balance of $155,054.39 to Plaintiff Big State.

<u>COUNT I</u>

15. Plaintiff Big State realleges and reaffirms all prior allegations and further complains against the Defendant Government Services as follows:

16. Defendant Government Services is in breach of its contract with Plaintiff Big State for failure to pay for product delivered at Defendant's request pursuant to the parties' contract.

17. Defendant Government Services owes Plaintiff Big State $155,054.39 for breach of contract.

Big State Logistics v. Government Services Corp.
page 5

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

18.  Plaintiff Big State realleges and reaffirms all prior allegations and further complains against the Defendant Government Services as follows:

19.  Plaintiff Big State requests a pre-judgment attachment order from this court against Defendant Government Services in the amount of $155,054.39.

20.  Defendant Government Services owes Plaintiff Big State the principal amount of $155,054.39, for failure to pay for the products delivered to Defendant pursuant to the parties contract.

21.  The amount sought from Defendant Government Services pursuant to Plaintiff's Prejudgment Attachment Writ is over and above any legal setoffs or counterclaims.

22.  There is no security for the debt owed to Plaintiff Big State from Defendant Government Services.

23.  The attachment is not sought for and this action is not prosecuted to hinder, delay or defraud any other creditor of Defendant.

24.  The Plaintiff has no information or belief that the Defendant Government Services has filed any proceeding in Bankruptcy, nor has made any general assignment for the benefit of creditors.

WHEREFORE, Plaintiff Big State Logistics, Inc. requests relief from this Court as follows:

Big State Logistics v. Government Services Corp.
page 6

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

1.  For entry of an order granting Plaintiff Big State a pre-judgment writ of attachment against the Defendant Government Services Corp.'s assets in the amount of $155,054.39.

2.  For entry of an judgment against the Defendant Government Services in the amount of $155,054.39, with pre-judgment interest thereon at the maximum legal rate beginning on the following dates for the following overdue invoice amounts:

| | |
|---|---|
| 7/26/2013 | $38,620 |
| 8/1/2013 | $38,620.07 |
| 8/15/2013 | $38,909.10 |
| 8/15/2013 | $38,905.22 |
| total: | $155,054.39 |

3.  For payment of Plaintiff's costs, interest and attorney's fees for prosecution of this action.

4.  For such other and further relief as the court deems just and equitable in the premises.

DATED this ____ day of September, 2013, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

_____
Robert A. Sparks
Attorney for Plaintiff
Membership No.: 8611139

Big State Logistics v. Government Services Corp.
page 7

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH. (907) 451-0875
FAX. (907) 451-0385



**Big State Logistics, Inc.**

8621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600   Fax 907.458.8603
Email: AR@bslak.com

# INVOICE

DATE: 08/28/2013
INVOICE # 44548

Bill To:
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10,000.0 | BL#84231, UNLEADED, FLINT/UBER, MT#20339, 08/26/13 | 3.79700 | $37,970.00 |
| 10,000.0 | Transportation | 0.0650 | $650.00 |
| | ***All Taxes Included*** | | |

**FAXED** 07-10-13 DM

**SCANNED**

## We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

| | TOTAL | $38,620.00 |
|---|---|---|

Make all checks payable to Big State Logistics

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

Exhibit A



**Big State Logistics, Inc.**

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600  Fax 907.458.8603
Email: AR@bslak.com

# INVOICE

DATE: 07/15/2013
INVOICE # 44770

Bill To:
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10,001.0 | BL#1599, UNLEADED, FLINT/UBER, MT#21607, 07/10/13 | 3.84700 | $37,970.00 |
| 10,001.0 | Transportation | 0.0650 | $650.07 |
| | ***All Taxes Included*** | | |

SCANNED

FAXED
07-16-13
Dm

**We appreciate your business!**

Please mail checks to: PO-Box 71540, Fairbanks, AK  99707

Make all checks payable to **Big State Logistics**

| | TOTAL | $38,620.07 |
|---|---|---|

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

Exhibit B

**Big State Logistics, Inc.**

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600   Fax 907.458.8603
Email: AR@bislak.com

# INVOICE

DATE: 7/30/2013
INVOICE # 45003

Bill To:
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10,000.0 | BL#1828, UNLEADED, TESORO/UBER, MT# 35152, 07/26/13 | 3.82591 | $38,259.10 |
| 10,000.0 | Transportation | 0.0650 | $650.00 |

***All Taxes Included***

✉ **E-MAILED**
7-30-13
DK

**SCANNED**
7-30-13
DK

## We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

| | TOTAL | $38,909.10 |
|---|---|---|

Make all checks payable to Big State Logistics

Questions:  Contact Accounting (907) 452-8600 or AR@BSLAK.COM

Exhibit C



**Big State Logistics, Inc.**

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600 Fax: 907.458.8603
Email: AR@blsak.com

# INVOICE

DATE: 7/30/2013
INVOICE # 45035

Bill To:
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 9,999.0 | BL#1871, UNLEADED, TESORO/UBER, MT# 35457, 36469, 07/30/13 | 3.82591 | $38,255.28 |
| 9,999.0 | Transportation | 0.0650 | $649.94 |
| | ***All Taxes Included*** | | |

E-MAILED
8-1-13
PR

*SCANNED*

## We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

| | TOTAL | $38,905.22 |
|---|---|---|

Make all checks payable to **Big State Logistics**

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

Exhibit D

# Big State Logistics, Inc.
## A/R Aging QuickZoom
### As of September 6, 2013

| Type | Date | Num | Name | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|
| **Government Services** | | | | | | |
| Invoice | 06/26/2013 | 44548 | Government Services | 06/26/2013 | 72 | 38,620.00 |
| Invoice | 07/10/2013 | 44770 | Government Services | 07/10/2013 | 58 | 38,620.07 |
| Invoice | 07/26/2013 | 45003 | Government Services | 07/26/2013 | 42 | 38,909.10 |
| Invoice | 07/30/2013 | 45035 | Government Services | 07/30/2013 | 38 | 38,905.22 |
| Total Government Services | | | | | | 155,054.39 |
| **TOTAL** | | | | | | 155,054.39 |

exhibit e

HAND DELIVERED

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT FAIRBANKS

SEP 1 3 2013

DORSEY & WHITNEY LLP
ANCHORAGE
at _____ 1:45 ___ P M

BIG STATE LOGISTICS, INC., )
                          )
       Plaintiff(s), )
                          )
vs. )
                          )
GOVERNMENT SERVICES CORP. f/k/a )
MLDC GOVERNMENT SERVICES CORP., )
                          )
       Defendant(s). )

**COPY**

CASE NO. 4FA- 13- 02615 C1

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

DOCKETED

To Defendant: Government Services Corp.f/k/a MLDC Government Services Corp.

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented) Robert A. Sparks             , whose address is: 1552 Noble Street Fairbanks, AK 99701

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm , to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge *McConahy*.

_____9/13/2013_____
Date

CLERK OF COURT

By *MJWams*
Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 FBKS (1/10) (st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c) 55

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

BIG STATE LOGISTICS, INC.    )
                             )
            Plaintiff,       )
                             )
    vs.                      )
                             )
GOVERNMENT SERVICES          )
CORP. f/k/a MLDC GOVERNMENT  )
SERVICES CORP.               )
                             )
            Defendant        )
                             )
_____)

FILED in the Trial Courts
State of Alaska Fourth District

SEP 1 3 2013

By_____Deputy

DOCKETED

CASE NO.  4FA-13-2615  Civil

### MOTION AND MEMORANDUM FOR PREJUDGMENT ATTACHMENT

Plaintiff Big State Logistics, Inc. hereby moves this court pursuant to ARCP 89 and AS 09.40.010-.110 for issuance of a Writ of Prejudgment Attachment against Defendant Government Services Corp. in the amount of $155,054.39 for breach of contract arising from Defendant Government Services' failure to pay for gasoline delivered at its direction to Joint Base Elmendorf Richardson. Plaintiff's Motion is supported by the affidavit of its President Mervin Gilbertson explaining the facts regarding Plaintiff's contract with the Defendant and the Defendant's failure to pay.

### Facts

On or about June 25, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted Plaintiff Big State's President Mervin Gilbertson in Fairbanks, Alaska, and ordered 10,000

Big State Logistics v. Government Services Corp.
page 1

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-0385

gallons of gasoline to be delivered to Joint Base Elmendorf-Richardson (JBER) on June 26, 2013. See Gilbertson Aff. at 1. The terms of sale were that the price would be determined by the price of product on the day of delivery to the base, and a $650 delivery charge, and that Defendant Government Services would pay Plaintiff Big State for the delivery within 15 days of receipt of the invoice for the delivery. See Gilbertson Aff. at 1-2.

Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on June 26, 2013, in accordance with the contract with Defendant. See Gilbertson Aff. at 2. Plaintiff Big State faxed (or emailed) Defendant Government Services an invoice dated June 28, 2013, on or about July 10, 2013, in the amount of $38,620.00 for the cost of the gasoline and delivery charges. See Gilbertson Aff. at 2. A true and correct copy of the June 28, 2013, invoice (faxed to the Defendant on July 10, 2013) is attached to Mr. Gilbertson's Affidavit as Exhibit "A".

On or about July 9, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted Mr. Gilbertson again in Fairbanks, Alaska, and ordered a second delivery of 10,000 gallons of gasoline to be delivered to JBER on July 11, 2013. See Gilbertson Aff. at 2. The terms of sale were that the price would be determined by the price of product on the day of delivery to JBER, and a $650 delivery charge, and that Defendant would pay Plaintiff Big State for the delivery within 15 days of

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX (907) 451-9385

Big State Logistics v. Government Services Corp.
page 2

receipt of the invoice for the delivery.  <u>See</u> Gilbertson Aff. at 2.

Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER at Eielson Air Force Base on July 11, 2013, in accordance with the contract with Defendant.  <u>See</u> Gilbertson Aff. at 2-3. Plaintiff Big State faxed Defendant Government Services an invoice dated July 10, 2013, on or about July 16, 2013, in the amount of $38,620.07 for the cost of the gasoline and delivery charges. <u>See</u> Gilbertson Aff. at 3.   A true and correct copy of the July 10, 2013, invoice (faxed to the Defendant on July 16, 2013) is attached to Mr. Gilbertson's Affidavit as Exhibit "B".

On or about July 25, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted Mr. Gilbertson in Fairbanks, Alaska, and ordered a third delivery of 10,000 gallons of gasoline to be delivered to JBER at Elmendorf Air Force Base on July 26, 2013.  <u>See</u> Gilbertson Aff. at 3.  The terms of sale were that the price would be determined by the price of product on the day of delivery to JBER, and a $650 delivery charge, and that Defendant would pay Plaintiff Big State for the delivery within 15 days of receipt of the invoice for the delivery.   <u>See</u> Gilbertson Aff. at 3.

Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on July 26, 2013, in accordance with the contract with Defendant. <u>See</u> Gilbertson Aff. at 3.  Plaintiff Big State faxed

Big State Logistics v. Government Services Corp.
page 3

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-0385

Defendant Government Services an invoice dated July 30, 2013, on or about July 30, 2013, in the amount of $38,909.10 for the cost of the gasoline and delivery charges. See Gilbertson Aff. at 3. A true and correct copy of the July 30, 2013, invoice (faxed to Defendant on July 30, 2013) is attached to Mr. Gilbertson's Affidavit as Exhibit "C".

On or about July 29, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted Mr. Gilbertson in Fairbanks, Alaska, and ordered a fourth delivery of 10,000 gallons of gasoline to be delivered to JBER at Elmendorf Richardson on July 30, 2013. See Gilbertson Aff. at 3-4. The terms of sale were that the price would be determined by the price of product on the day of delivery to JBER, and a $650 delivery charge, and that Defendant would pay Plaintiff Big State for the delivery within 15 days after receipt of the invoice for the delivery. See Gilbertson Aff. at 4.

Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on July 30, 2013, in accordance with the contract with Defendant. See Gilbertson Aff. at 4. Plaintiff Big State faxed Defendant Government Services an invoice dated July 30, 2013, on or about August 1, 2013, in the amount of $38,905.22 for the cost of the gasoline and delivery charges. See Gilbertson Aff. at 4. A true and correct copy of the July 30, 2013, invoice (which was

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

Big State Logistics v. Government Services Corp.
page 4

faxed to defendant on August 1, 2013) is attached to Mr. Gilbertson's Affidavit as Exhibit "D".

Mr. Gilbertson explains in this affidavit that Plaintiff Big State has duly performed all of its contractual duties that it owed to Defendant Government Services under the parties' contract by delivering the gasoline referenced above pursuant to the instructions received from Defendant Government Services agent Matt Ruck to JBER at Elmendorf Richardson. See Gilbertson Aff. at 4. Copies of the signed delivery tickets for the four deliveries are attached to Mr. Gilbertson's Affidavit as Exhibit "E"

Defendant Government Services has failed and refused to pay the $155,054.39 owed to Plaintiff Big State, despite due demand for payment of its outstanding invoices. See Gilbertson Aff. at 4-5. Attached to Mr. Gilbertson's Affidavit as Exhibit "F" is a true and correct copy of Plaintiff Big States' accounts receivable for Defendant Government Services showing the outstanding invoices and the total due of $155,054.39.

### ARGUMENT

Plaintiff Big State has established Defendant Government Services' breach of contract and the amount owing, $155,054.39, over and above any setoffs or counterclaims, through the affidavit of its President Mervin Gilbertson. See Gilbertson Aff. Plaintiff is entitled to issuance of the Writ of Prejudgment Attachment, because the instant motion establishes all of the

Big State Logistics v. Government Services Corp.
page 5

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0675
FAX: (907) 451-9385

elements necessary for issuance of a prejudgment writ of attachment against Defendant under ARCP 89 and AS 09.010-.100.

A. ARCP 89 Affidavit Requirements:

Alaska Civil Rule 89(b) provides that plaintiff seeking attachment shall file a motion with the court requesting the attachment and an affidavit showing:

(1) that the action is one upon an express or implied contract for the payment of money, and the facts and circumstances relating thereo; and

(2) That the sum for which the attachment is asked is an existing debt due and owing from the defendant to the plaintiff, over and above all legal setoffs and counterclaims, and the facts and circumstances relating thereto; and

(3) That the payment of such debt has not been secured by any mortgage, lien or pledge upon real or personal property, or if so secured, that the value of the security (specifying its value) is insufficient to satisfy any judgment that may be recovered by the plaintiff in the action; and

(4) That the attachment is not sought nor the action prosecuted to hinder, delay, or defraud any other creditor of the defendant; and

(5) that the plaintiff has no information or belief that the defendant has filed any proceeding under the National Bankruptcy Act or has made a general assignment for the benefit of

Big State Logistics v. Government Services Corp.
page 6

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-8875
FAX: (907) 451-9385

creditors, or, if any such proceeding has been terminated, that the claim of the plaintiff was not discharged in such proceeding. ARCP 89(b)(1-5)

Plaintiff Big State has met the requirements of Rule (b) with the Affidavit of its President Mervin Gilbertson, which addresses each of the issues required by Rule 89(b). <u>See</u> Gilbertson Aff. p. 1-6.

<u>B. ARCP 89 Hearing and Burden of Proof Requirements</u>:

Rule 89 further provides that the court may issue the writ of attachment only after the defendant is served with notice of the motion and a copy of the affidavit and the defendant is given an opportunity for a judicial hearing to determine the necessity of and justification for the prejudgment attachment of the property. ARCP 89(c)(1-2). The rule provides that the hearing shall be held not less than three (3), nor more than seven (7) business days (exclusive of Saturdays, Sundays and legal holidays) after the service of the notice of motion upon the defendant. ARCP 89(c). If the Defendant does not appear at the hearing, the court without taking further evidence "shall immediately order the prejudgment attachment of the property."

At the hearing on the motion, the court shall require the plaintiff to establish by a preponderance of the evidence the probably validity of the plaintiff's claim for relief in the action and the absence of any reasonable probability that a

Big State Logistics v. Government Services Corp.
page 7

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

successful defense can be asserted by the defendant. ARCP 89(c)(3) If the Plaintiff establishes its burden of proof, the court shall issue the writ of attachment, unless the defendant posts sufficient security. ARCP 89(e) The writ shall be directed to a peace officer and shall require the peace officer to attach and safely keep property of the defendant not exempt from execution sufficient to satisfy plaintiff's demand, together with costs and expenses. ARCP 89(e).

C.  Big State Is Prepared to File A Bond.

Alaska Statute 09.40.020 requires that prior to issuance of the writ, the Plaintiff shall give a written undertaking with sufficient sureties equal to the amount claimed by the plaintiff to reimburse Defendant's costs and damages if the defendant is ultimately successful in resisting plaintiff's claims. See AS 09.40.020.

Plaintiff Big State is prepared to file a bond in the amount of $155,000 or in whatever amount the court requires for the issuance of the prejudgment attachment writ requested by Big State. See Robert A. Sparks Affidavit.

## CONCLUSION

Plaintiff Big State has established each of the elements for the issuance of a prejudgment attachment writ in the foregoing motion, it has supported its motion with an affidavit from its President Mervin Gilbertson explaining the facts surrounding the

Big State Logistics v. Government Services Corp.
page 8

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

Defendant's contract for fuel purchases and its failure to pay. Plaintiff Big State requests that the Court enter the attached order providing for issuance of the Prejudgment Attachment Writ against Defendant Government Services Corporation in the amount of $155,054.39, upon the filing of a written undertaking by an insurance company for Plaintiff Big State.

DATED this ___ day of September, 2013, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

Robert A. Sparks
Attorney for Plaintiff
Membership No.: 8611139

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

Big State Logistics v. Government Services Corp.
page 9

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

BIG STATE LOGISTICS, INC. )
)
Plaintiff, )
)
vs. )
)
GOVERNMENT SERVICES )
CORP. f/k/a MLDC GOVERNMENT )
SERVICES CORP. )
)
Defendant )
_____ )

**HAND DELIVERED**

**SEP 13** 2013

**DORSEY & WHITNEY LLP**
**ANCHORAGE**
at ___1:45___ P M

CASE NO.  4FA-13-02161 Civil

### WRIT FOR PREJUDGMENT ATTACHMENT

**TO: ANY PEACE OFFICER OR LICENSED PROCESS SERVER**

Plaintiff Big State Logistics, Inc. has complained that Defendant Government Services Corp. f/k/a MLDC Government Services Corp. is justly indebted to it in the amount of $155,054.39, and has filed the necessary affidavit and undertaking;

**YOU ARE COMMANDED:** to attach and safely keep sufficient of the defendant's property not exempt from execution to satisfy the demand and plaintiff's costs and expenses herein, and to make due service and return of this writ.

(1) Real property shall be attached by leaving a certified copy of the writ with the occupant of such property, or if there be no occupant, then in a conspicuous place on such property.

Big State Logistics v. Government Services Corp.
page 1

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH. (907) 451-0875
FAX (907) 451-8385

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

HAND DELIVERED

SEP 13 2013

DORSEY & WHITNEY LLP
ANCHORAGE

| | |
|---|---|
| BIG STATE LOGISTICS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GOVERNMENT SERVICES | ) |
| CORP. f/k/a MLDC GOVERNMENT | ) |
| SERVICES CORP. | ) |
| | ) |
| Defendant | ) |
| | ) |

at _____ 1:45 p M

FILED in the Trial Courts
State of Alaska Fourth District

SEP 13 2013

By_____Deputy

CASE NO. 4FA-13-2615 Civil

DOCKETED

## AFFIDAVIT OF MERVIN GILBERTSON

Mervin Gilbertson, being first duly sworn, deposes and states as follows:

1.   I am the President of Plaintiff Big State Logistics, Inc. ("Big State") and I have personal knowledge of the facts stated in this Affidavit.

2.   In my capacity as President of the Plaintiff Big State, I have authorized this action on behalf of the corporation against Defendant Government Services Corp.

3.   On or about June 25, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted me in Fairbanks, Alaska, and ordered 10,000 gallons of gasoline to be delivered to Joint Base Elmendorf-Richardson (JBER) on June 26, 2013. The terms of sale were that the price would be determined by the price of product

Big State Logistics v. Government Services Corp.
page 1

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-8385

on the day of delivery to the base, in addition to a $650 delivery charge, and that Defendant Government Services would pay Plaintiff Big State for the delivery within 15 days of receipt of the invoice for the delivery.

4. Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on June 26, 2013, in accordance with the contract with Defendant. Plaintiff Big State faxed Defendant Government Services an invoice dated June 28, 2013, on or about July 10, 2013, in the amount of $38,620.00 for the cost of the gasoline and delivery charges. A true and correct copy of the June 28, 2013, invoice (faxed to the Defendant on July 10, 2013) is attached hereto as Exhibit "A". While I use the term fax or faxed in this affidavit, the invoices may have been transmitted to Defendant via email on the day specified in this affidavit.

5. On or about July 9, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted me again in Fairbanks, Alaska, and ordered a second delivery of 10,000 gallons of gasoline to be delivered to JBER on July 11, 2013. The terms of sale were that the price would be determined by the price of product on the day of delivery to JBER, in addition to a $650 delivery charge, and that Defendant would pay Plaintiff Big State for the delivery within 15 days of receipt of the invoice for the delivery.

6. Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on July 11, 2013, in accordance with the

Big State Logistics v. Government Services Corp.
page 2

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

contract with Defendant. Plaintiff Big State faxed Defendant Government Services an invoice dated July 10, 2013, on or about July 16, 2013, in the amount of $38,620.07 for the cost of the gasoline and delivery charges. A true and correct copy of the July 10, 2013, invoice (faxed to the Defendant on July 16, 2013) is attached hereto as Exhibit "B".

7. On or about July 25, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted me in Fairbanks, Alaska, and ordered a third delivery of 10,000 gallons of gasoline to be delivered to JBER at Elmendorf Air Force Base on July 26, 2013. The terms of sale were that the price would be determined by the price of product on the day of delivery to JBER, in addition to a $650 delivery charge, and that Defendant would pay Plaintiff Big State for the delivery within 15 days of receipt of the invoice for the delivery.

8. Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on July 26, 2013, in accordance with the contract with Defendant. Plaintiff Big State faxed Defendant Government Services an invoice dated July 30, 2013, on or about July 30, 2013, in the amount of $38,909.10 for the cost of the gasoline and delivery charges. A true and correct copy of the July 30, 2013, invoice (faxed to Defendant on July 30, 2013) is attached hereto as Exhibit "C".

Big State Logistics v. Government Services Corp.
page 3

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

9. On or about July 29, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted me in Fairbanks, Alaska, and ordered a fourth delivery of 10,000 gallons of gasoline to be delivered to JBER at Elmendorf Air Force Base on July 30, 2013. The terms of sale were that the price would be determined by the price of product on the day of delivery to JBER, in addition to a $650 delivery charge, and that Defendant would pay Plaintiff Big State for the delivery within 15 days after receipt of the invoice for the delivery.

10. Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on July 30, 2013, in accordance with the contract with Defendant. Plaintiff Big State faxed Defendant Government Services an invoice dated July 30, 2013, on or about August 1, 2013, in the amount of $38,905.22 for the cost of the gasoline and delivery charges. A true and correct copy of the July 30, 2013, invoice (which was faxed to defendant on August 1, 2013) is attached hereto as Exhibit "D".

11. Plaintiff Big State has duly performed all of its contractual duties that it owed to Defendant Government Services under the parties' contract by delivering the gasoline referenced above pursuant to the instructions received from Defendant Government Services agent Matt Ruck to JBER at Elmendorf Air Force Base. Copies of the signed delivery tickets for the four deliveries are attached hereto as Exhibit "E"

Big State Logistics v. Government Services Corp.
page 4

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

12. Defendant Government Services has failed and refused to pay the $155,054.39 owed to Plaintiff Big State, despite due demand for payment of its outstanding invoices. Attached as Exhibit "F" is a true and correct copy of Plaintiff Big States' accounts receivable for Defendant Government Services showing the outstanding invoices and the total due of $155,054.39.

13. Defendant Government Services is in default under the terms of the contact with Plaintiff Big State for failure to pay Plaintiff Big State the outstanding balance of $155,054.39 owed to Plaintiff Big State for the 4 gasoline deliveries.

14. Plaintiff Big State requests a Pre-judgment Attachment Writ from this court against Defendant Government Services Corp. in the amount of $155,054.39.

15. The amount sought from Defendant Government Services Corp. pursuant to Plaintiff's Prejudgment Attachment Writ is over and above any legal setoffs or counterclaims owed by Plaintiff Big State to Defendant Government Services Corp.

16. The debt owed to Plaintiff Big State by Defendant Government Services Corp. has not been secured by any mortgage, lien or pledge upon real or personal property,

17. This attachment is not sought for and this action is not prosecuted to hinder, delay or defraud any other creditor of Defendant Government Services Corp.

Big State Logistics v. Government Services Corp.
page 5

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-4675
FAX: (907) 451-9385

18. The Plaintiff Big State has no information or belief that the Defendant Government Services Corp. has filed any proceeding in Bankruptcy.

19. Plaintiff Big State has no information or belief that Defendant Government Services Corp. has made any general assignment for the benefit of creditors.

20. For all the reasons stated previously in this affidavit, Plaintiff Big State Logistics, Inc. respectfully requests that the Court enter Plaintiff's proposed Order and enter Plaintiff's proposed Prejudgment Writ of Attachment.

**END OF AFFIDAVIT.**

Dated this *13* day of September 2013.

_Mervin Gilbertson_
Mervin Gilbertson

SUBSCRIBED AND SWORN to before me this ____ day of September, 2013.

**OFFICIAL SEAL**
**ROBERT A. SPARKS**
**NOTARY PUBLIC**
**STATE OF ALASKA**

Notary Public in and for Alaska
My Commission expires_____

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-8675
FAX: (907) 451-8585

Big State Logistics v. Government Services Corp.
page 6

**Big State Logistics, Inc.**

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600  Fax: 907.458.8603
Email: AR@bslak.com

# INVOICE

DATE: 08/28/2013
INVOICE # 44548

Bill To:
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10,000.0 | BL#84221, UNLEADED, FLINT/JBER, MT#20339, 09/28/13 | 3.79700 | $37,970.00 |
| 10,000.0 | Transportation | 0.0650 | $650.00 |
| | ***All Taxes Included*** | | |

**FAXED**
07-10-13
DM

**SCANNED**

## We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

| | TOTAL | $38,620.00 |
|---|---|---|

Make all checks payable to **Big State Logistics**

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

Exhibit A



**Big State Logistics, Inc.**

3521 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600  Fax 907.458.8603
Email: AR@bisak.com

# INVOICE

DATE: 07/15/2013
INVOICE # 44770

**Bill To:**
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10,001.0 | BL#1699, UNLEADED, FLINT/UBER, MTI#21607, 07/10/13 | 3.84700 | $37,970.00 |
| 10,001.0 | Transportation | 0.0650 | $650.07 |
| | ***All Taxes Included*** | | |

**SCANNED**

**FAXED**
07-16-13
DM

## We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

| | | TOTAL | |
|---|---|---|---|
| Make all checks payable to Big State Logistics | | | **$38,620.07** |
| Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM | | | |

Exhibit B



**Big State Logistics, Inc.**

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600 Fax 907.458.8603
Email: AR@blsak.com

# INVOICE

DATE: 7/30/2013
INVOICE # 45003

**Bill To:**
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10,000.0 | BL#1828, UNLEADED, TESORO/JBER, MT# 35152, 07/26/13 | 3.82591 | $38,259.10 |
| 10,000.0 | Transportation | 0.0650 | $650.00 |
| | ***All Taxes Included*** | | |

✉ **E-MAILED**
7-30-13
*VK*

**SCANNED**
7-30-13
*VK*

## We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

| | TOTAL | $38,909.10 |
|---|---|---|

Make all checks payable to Big State Logistics

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

Exhibit C



**Big State Logistics, Inc.**

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600  Fax: 907.458.8603
Email: AR@bslak.com

# INVOICE

DATE: 7/30/2013
INVOICE # 45035

Bill To:
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 9,999.0 | BL#1871, UNLEADED, TESORO/JBER, MT# 35467, 35469, 07/30/13 | 3.82591 | $38,255.28 |
| 9,999.0 | Transportation | 0.0650 | $649.94 |
| | ***All Taxes Included*** | | |

E-MAILED
8-1-13
DR

*SCANNED*

## We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

| | TOTAL | $38,905.22 |
|---|---|---|

Make all checks payable to Big State Logistics

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

Exhibit D

STRAIGHT BILL OF LADING – ORIGINAL – NOT NEGOTIABLE

Shipper's No. **84231**

Carrier **BIG STATE LOGISTICS INC.**   SCAC **BGSL**   Carrier's No. _____

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and all applicable state and federal regulations.

at **NORTH POLE**, date **6/25/13** from **FLINT HILLS**

the Property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said Property that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

TO:
Consignee **GOVERNMENT SVCS JBER**

Street **JOINT BASE ELMENDORF/RICHARDSON**

Destination **ANCHORAGE   AK** Zip **99501**
Route

FROM:
Shipper **BIG STATE LOGISTICS**

Street **3621 ROYAL RD**

Origin **FAIRBANKS   AK** Zip **99701**

Delivering Carrier **BIG STATE LOGISTICS**   Vehicle Number **133/5425**   U.S. DOT Hazmat Reg. No. **051012SS1047WW**

| Number and Type of Packages | HM | I.D. Number | Description of Articles | Hazard Class | Pkg. Grp. | Total Quantity (mass, volume, or activity) | Weight (subject to correction) | Class or Rate |
|---|---|---|---|---|---|---|---|---|
| | X | UN1203 | GASOLINE | 3 | II | 10,000 | | |
| | | | ERG #128 | | | | | |
| | | | Start 1445 | | | | | |
| | | | End 1615 | | | | | |
| | | | Seth Henson | | | | | |

RECEIVED
JUN 28 2013

Remit COD to:
Address:
City:        State:        Zip:

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ Per_____

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. Per

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

**COD AMT:**
$_____

TOTAL CHARGES:
$_____

**COD FEE:**
Prepaid ☐
Collect ☐ $_____

FREIGHT CHARGES:
☐ Prepaid  ☐ Collect

PLACARDS REQUIRED ▶ **UN 1203**

PLACARDS SUPPLIED ☐ BY SHIPPER ☑ BY CARRIER

DRIVER'S SIGNATURE:

SHIPPER:                          CARRIER:
PER:              DATE:          PER:              DATE:

EMERGENCY RESPONSE TELEPHONE NUMBER: (888) 452-8600   BIG STATE LOGISTICS INC.   NAME OR CONTRACT NUMBER OR OTHER UNIQUE IDENTIFIER:   Exhibit E

**CONTAINS HAZARDOUS MATERIALS**

```
Driver: LITTR  ROBERT LITTLE
Truck No:          166
Trailer No:        5435
Order #:  0001599  Org- North Pole   AK  Dst- Eielson AFB      AK
```

```
ORDER# 0001599    SHIPPER- BIG STATE LOGISTICS            907-452-8600
COMMODITY- ULRG               GLNS 10,001
             7/11/13          M/TICKET# 2-1607
```

```
PICKUP    907-488-2741     FLINT HILLS RESOURCES        PCS-       1
  7/10     1 -  7/10 23:59  1150 H & H LN                PAL-
ARR _____  DPT _____  North Pole  AK     99705 WGT-  10000

SEAL# _____


DELIVERY  907-552-5180     MILITARY SERVICES STATION    PCS-       1
  7/11  8:00 -  7/11 15:00  JBER                         PAL-
                            8317 JOHNSTON AVE 99506
ARR _____   DPT _____  Eielson AFB  AK       99506 WGT-  10000
RECEIVED BY/AUTH SIGNATURE: _____
                    PRINT:  R Little
```

```
            O R D E R   C O M M E N T S
    SP6600-11-D-4009  /BX 97X4930-5CFX 001 2620
        NEED METER TICKET
```

RECEIVED
JUL 15 2013

Exhibit e p2

Driver: ISCAW  WILLIAM ISCA
Truck No:            167
Trailer No:         5431
Order #:  0001828  Org- Anchorage    AK  Dst- Elmendorf A F B AK
----
                                          10,000
COMMODITY- ULRG           GLNS-~~10000~~
              7/26/13     M/TICKET# 33152, 35176
===============================================================================

PICKUP    907-277-5015     TESORO ALASKA PETR TERM#1
7/26  8:00 -  7/26 10:00   4522 ANCHORAGE PORT RD
ARR 1120   DPT 1150        Anchorage     AK      99501     GAL-  10000

SEAL#_____


DELIVERY  907-552-5180     MILITARY SERVICES STATION
7/26 11:00 -  7/26 13:00   JBER
ARR 1200   DPT 1413        8317 JOHNSTON AVE 99506
                           Elmendorf A FAK      99506     GAL-  10000
RECEIVED BY/AUTH SIGNATURE:
              PRINT:_____

       O R D E R   C O M M E N T S
    LOAD AT TESORO 1 PIN # 306426
    CALL 907-552-5180 FROM THE LOAD RACK WITH ETA


RECEIVED

JUL 3 0 2013


Exhibit E p3

*BSL COPIES GET SIGNED*

Driver: BURKR  RONALD BURK
Truck No:            141
Trailer No:        5437          8135
Order #:   0001871  Org- Anchorage        AK  Dst- Elmendorf A F B AK
_____

COMMODITY- ULRG          GLNS: 4000
                7/30/13    M/TICKET# 35467
====================================================================

PICKUP    907-277-5015      TESORO ALASKA PETR TERM#1
  7/30  7:00 - 7/30 10:00   4522 ANCHORAGE PORT RD
ARR _____ DPT _____   Anchorage    AK    99501       GAL-   10000

SEAL# _____


DELIVERY  907-552-5180      MILITARY SERVICES
  7/30 10:00 - 7/30 10:00   988 OTTER LAKE RD
ARR _____ DPT _____   Fort RichardsAK    99506       GAL-    4000

RECEIVED BY/AUTH SIGNATURE: _____
           PRINT: ___ David Leland _____
                 STOPOFF REFERENCE NUMBERS
     C  5000 REG GAS  meter ticket  35469        5999 glns

DELIVERY  907-552-5180      MILITARY SERVICES STATION
  7/30 10:01 - 7/30 15:00   JBER
                            8317 JOHNSTON AVE 99506
ARR _____ DPT _____   Elmendorf A FAK    99506       GAL-    6000

RECEIVED BY/AUTH SIGNATURE: _____
           PRINT: ___ David Leland _____
_____

       O R D E R   C O M M E N T S
    DRIVER MUST CARRY VALID IDENTIFICATION
    DRV TO REPORT TO POST GATE CONTACT FUEL CENT.
    907- 552-5180
    DLA PURCHASE ORDER  SP0600-11-D-4009
    SPE00015-GS

REC'D
AUG 0 1 2013

Exhibit e p4

# Big State Logistics, Inc.
## A/R Aging QuickZoom
### As of September 6, 2013

| Type | Date | Num | Name | Due Date | Aging | Open Balance |
|------|------|-----|------|----------|-------|--------------|
| **Government Services** | | | | | | |
| Invoice | 06/26/2013 | 44548 | Government Services | 06/26/2013 | 72 | 38,620.00 |
| Invoice | 07/10/2013 | 44770 | Government Services | 07/10/2013 | 58 | 38,620.07 |
| Invoice | 07/26/2013 | 45003 | Government Services | 07/26/2013 | 42 | 38,909.10 |
| Invoice | 07/30/2013 | 45035 | Government Services | 07/30/2013 | 38 | 38,905.22 |
| Total Government Services | | | | | | 155,054.39 |
| **TOTAL** | | | | | | 155,054.39 |

exhibit f

Case 4:13-cv-00029-TMB-SAO   Document 1-1   Filed 09/25/13   Page 38 of 40
Exhibit A
Page 38 of 40

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

HAND DELIVERED

SEP 1 3 2013

DORSEY & WHITNEY LLP
ANCHORAGE
at _____ 1:45 P M

BIG STATE LOGISTICS, INC.          )
                                   )
                                   )
              Plaintiff,           )
                                   )
       vs.                         )
                                   )
GOVERNMENT SERVICES                )
CORP. f/k/a MLDC GOVERNMENT        )
SERVICES CORP.                     )
                                   )
              Defendant            )
                                   )

FILED in the Trial Courts
State of Alaska Fourth District

SEP 1 3 2013

By _____ Deputy

DOCKETED

CASE NO.  4FA-13-2615  Civil

**AFFIDAVIT OF ROBERT A. SPARKS**

Robert A. Sparks, being first duly sworn, deposes and states as follows:

1.  I am the Attorney representing Plaintiff Big State Logistics, Inc. in the above-referenced case.

2.  I have been in contact with Plaintiff's Insurance Agent Carol Lowell at Alaska USA Insurance to confirm arrangements for issuance of a prejudgment attachment bond for this case in the amount of at least $155,054.39 or in the amount to be set by the court in this case.

3.  As soon as the court sets the amount of the bond, Plaintiff Big State Logistics, Inc. ("Big State") is prepared to have the bond issued by Alaska USA or another insurance company for the prejudgment attachment writ.

Big State Logistics v. Government Services Corp.
page 1

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH. (907) 451-0875
FAX (907) 451-1385

**END OF AFFIDAVIT.**

Dated this 3⁰ day of September 2013.



Robert A. Sparks

    SUBSCRIBED AND SWORN to before me this 13 day of September, 2013.

_____
Notary Public in and for Alaska
My Commission expires 1-25-16

NOTARY PUBLIC
CAROLYN J. SPARKS
STATE OF ALASKA

LAW OFFICES
ROBERT A. SPARKS
ATTORNEY AT LAW
1552 NOBLE STREET
FAIRBANKS, ALASKA 99701
PH: (907) 451-0875
FAX: (907) 451-9385

Big State Logistics v. Government Services Corp.
page 2