Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
907-451-0875 voice
907-451-9385 fax
sparkslawoffice@yahoo.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| BIG STATE LOGISTICS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GOVERNMENT SERVICES CORP. f/k/a MLDC GOVERNMENT SERVICES CORP., a Delaware Corporation. | ) |
| | ) |
| Defendant | ) |

CASE NO. 4:13-cv-00029-TMB

## AMENDED COMPLAINT

COMES NOW Plaintiff Big State Logistics, Inc., by and through its attorney, Robert A. Sparks, the Law Office of Robert A. Sparks, and for its Amended Complaint against the Defendant Government Services Corp. a Delaware Corporation, alleges and states as follows:

1.  Plaintiff, Big State Logistics, Inc. (hereinafter "Big State"), is a resident Alaska corporation, that distributes and delivers petroleum produces in Alaska and is fully qualified to bring and maintain this action.

2.  Defendant Government Services Corp. f/k/a MLDC Government Services Corp. is a Delaware corporation, with its principal place of business in Moscow, Idaho, that is registered

Page 1

to conduct business in the state of Alaska under the name "Government Services Corp." and was formerly registered to conduct business in the state of Alaska under the name "MLDC Government Services Corp.".

3.  On or about June 25, 2013, Defendant Government Services Corp.'s agent Matt Ruck contacted Plaintiff Big State in Fairbanks, Alaska, and ordered 10,000 gallons of gasoline to be delivered to Joint Base Elmendorf-Richardson (JBER) on June 26, 2013.  The terms of sale were that the price would be the rack price on the day of delivery to the base, and a $650 delivery charge, and that Defendant Government Services would pay Plaintiff Big State for the delivery within a commercially reasonable period of time, but in no event exceeding 15 days after Defendant's receipt of the invoice for the delivery.

4.  Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on June 26, 2013, in accordance with the contract with Defendant.  Plaintiff Big State sent Defendant Government Services an invoice dated June 28, 2013, on or about July 10, 2013, in the amount of $38,620.00 for the cost of the gasoline and delivery charges.  A true and correct copy of the June 28, 2013, invoice emailed to the Defendant on July 10, 2013 is attached hereto as Exhibit "A".

5.  On or about July 9, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted Plaintiff Big State and ordered a second delivery of 10,000 gallons of gasoline to be delivered to JBER on July 11, 2013.  The terms of sale were that the price

Page 2

would be the rack price of product on the day of delivery to JBER, and a $650 delivery charge, within a commercially reasonable period of time, but in no event exceeding 15 days after Defendant's receipt of the invoice for the delivery.

6. Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on July 11, 2013, in accordance with the contract with Defendant. Plaintiff Big State sent Defendant Government Services an invoice dated July 10, 2013, on or about July 16, 2013, in the amount of $38,620.07 for the cost of the gasoline and delivery charges. A true and correct copy of the July 10, 2013, invoice (emailed to the Defendant on July 16, 2013) is attached hereto as Exhibit "B".

7. On or about July 25, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted Plaintiff Big State and ordered a third delivery of 10,000 gallons of gasoline to be delivered to JBER at Elmendorf Air Force Base on July 26, 2013. The terms of sale were that the price would be the rack price of product on the day of delivery to JBER, and a $650 delivery charge, and that Defendant would pay Plaintiff Big State within a commercially reasonable period of time, but in no event exceeding 15 days after Defendant's receipt of the invoice for the delivery

8. Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on July 26, 2013, in accordance with the contract with Defendant. Plaintiff Big State sent Defendant Government Services an invoice dated July 30, 2013, on or about July 30, 2013, in the amount of $38,909.10 for the cost of the

gasoline and delivery charges.  A true and correct copy of the July 30, 2013, invoice (emailed to Defendant on July 30, 2013) is attached hereto as Exhibit "C".

9.  On or about July 29, 2013, Defendant Government Service Corp.'s agent Matt Ruck contacted Plaintiff Big State and ordered a fourth delivery of 10,000 gallons of gasoline to be delivered to JBER on July 30, 2013.  The terms of sale were that the price would be the rack price of product on the day of delivery to JBER, and a $650 delivery charge, and that Defendant would pay Plaintiff Big State for the delivery within a commercially reasonable period of time, but in no event exceeding 15 days after Defendant's receipt of the invoice for the delivery.

10. Plaintiff Big State delivered the 10,000 gallons of gasoline to JBER on July 30, 2013, in accordance with the contract with Defendant.  Plaintiff Big State sent Defendant Government Services an invoice dated July 30, 2013, on or about August 1, 2013, in the amount of $38,905.22 for the cost of the gasoline and delivery charges.  A true and correct copy of the July 30, 2013, invoice (which was emailed to defendant on August 1, 2013) is attached hereto as Exhibit "D".

11.  Plaintiff Big State has duly performed all of its contractual duties that it owed to Defendant Government Services under the parties' contract by delivering the gasoline referenced above pursuant to the instructions received from Defendant Government Services to JBER at Elmendorf Air Force Base.

12.  Defendant Government Services has failed and refused to

pay the $155,054.39 owed to Plaintiff Big State, despite expiration of a commercially reasonable period of time and expiration of the 15 day time period provided in Plaintiff's invoices issued to Defendant, and due demand for payment from Plaintiff. Attached as Exhibit "E" is a true and correct copy of Plaintiff Big States' accounts receivable showing the outstanding invoices.

    13. Defendant Government Services is in default under the terms of its contact with Plaintiff Big State for failure to pay Plaintiff Big State for the fuel deliveries in a timely manner.

    14. Defendant Government Services is in breach of its contract with Plaintiff Big State because of Defendant Government Services failure to pay the outstanding balance of $155,054.39 to Plaintiff Big State in a timely manner.

### COUNT I

    15. Plaintiff Big State realleges and reaffirms all prior allegations and further complains against the Defendant Government Services as follows:

    16. Defendant Government Services is in breach of its contract with Plaintiff Big State for failure to pay for product delivered at Defendant's request pursuant to the parties' contract.

    17. Defendant Government Services owes Plaintiff Big State $155,054.39 for breach of contract.

---

Page 5

Case 4:13-cv-00029-TMB   Document 4   Filed 09/26/13   Page 5 of 8

## COUNT II

18. Plaintiff Big State realleges and reaffirms all prior allegations and further complains against the Defendant Government Services as follows:

19. Plaintiff Big State requests a pre-judgment attachment order from this court pursuant to FRCP 64(a) and AS 09.40.010 - 09.40.110, ARCP 89, against Defendant Government Services in the amount of $155,054.39.

20. Defendant Government Services owes Plaintiff Big State the principal amount of $155,054.39, for failure to pay for the products delivered to Defendant pursuant to the parties contract.

21. The amount sought from Defendant Government Services pursuant to Plaintiff's Prejudgment Attachment Writ is over and above any legal setoffs or counterclaims.

22. There is no security for the debt owed to Plaintiff Big State from Defendant Government Services.

23. The attachment is not sought for and this action is not prosecuted to hinder, delay or defraud any other creditor of Defendant.

24. The Plaintiff has no information or belief that the Defendant Government Services has filed any proceeding in Bankruptcy, nor has made any general assignment for the benefit of creditors.

WHEREFORE, Plaintiff Big State Logistics, Inc. requests relief from this Court as follows:

1. For entry of an order granting Plaintiff Big State a

pre-judgment writ of attachment against the Defendant Government Services Corp.'s assets in the amount of $155,054.39.

    2. For entry of an judgment against the Defendant Government Services in the amount of $155,054.39, with pre-judgment interest thereon at the maximum legal rate beginning on the following dates for the following overdue invoice amounts:

| | |
|---|---|
| 7/26/2013 | $38,620 |
| 8/1/2013 | $38,620.07 |
| 8/15/2013 | $38,909.10 |
| 8/15/2013 | <u>$38,905.22</u> |
| total: | $155,054.39 |

    3. For payment of Plaintiff's costs, interest and attorney's fees for prosecution of this action.

    4. For such other and further relief as the court deems just and equitable in the premises.

DATED this 26th day of September, 2013 at Fairbanks, Alaska.

    THE LAW OFFICES OF ROBERT A. SPARKS

<u>    Robert A. Sparks /s/    </u>
Robert A. Sparks
Attorney for Plaintiff
Membership No. 8611139
1552 Noble Street
Fairbanks, Alaska 99701
Phone: 907-451-0875
Fax: 907-451-9385

/
/
/
/
/
/

Page 7

I hereby certify that on
September 26, 2013, a copy
of the foregoing document was
served via email ecf on:

Michael A. Grisham
Defendant's attorney

<u>Robert Sparks   /s/</u>
Robert A. Sparks

Page 8