**Big State Logistics, Inc.**

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600  Fax: 907.458.8603
Email: AR@bslak.com

**INVOICE**

DATE: 06/28/2013
INVOICE # 44548

Bill To:
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10,000.0 | BL#84231, UNLEADED, FLINT/JBER, MT#20339, 06/28/13 | 3.79700 | $37,970.00 |
| 10,000.0 | Transportation | 0.0650 | $650.00 |
| | ***All Taxes included*** | | |

FAXED 07-10-13 DM

SCANNED

We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

**TOTAL** $38,620.00

Make all checks payable to Big State Logistics

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

Exhibit A