## Big State Logistics, Inc.

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600  Fax: 907.458.8603
Email: AR@bslak.com

# INVOICE

DATE: 07/15/2013
INVOICE # 44770

**Bill To:**
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10,001.0 | BL#1599, UNLEADED, FLINT/JBER, MT#21607, 07/10/13 | 3.84700 | $37,970.00 |
| 10,001.0 | Transportation | 0.0650 | $650.07 |
| | ***All Taxes included*** | | |

SCANNED

FAXED
07-16-13
DM

We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

Make all checks payable to Big State Logistics

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

**TOTAL** $38,620.07

Exhibit B