**Big State Logistics, Inc.**

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600  Fax: 907.458.8603
Email: AR@bslak.com

# INVOICE

DATE: 7/30/2013
INVOICE # 45003

Bill To:
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10,000.0 | BL#1828, UNLEADED, TESORO/JBER, MT# 35152, 07/26/13 | 3.82591 | $38,259.10 |
| 10,000.0 | Transportation | 0.0650 | $650.00 |

***All Taxes included***

E-MAILED
7-30-13
DK

SCANNED
7-30-13
DK

We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

Make all checks payable to Big State Logistics

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

TOTAL  $38,909.10

Exhibit C