

**Big State Logistics, Inc.**

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600   Fax: 907.458.8603
Email: AR@bslak.com

# INVOICE

DATE: 7/30/2013
INVOICE # 45035

Bill To:
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 9,999.0 | BL#1871, UNLEADED, TESORO/JBER, MT# 35467, 35469, 07/30/13 | 3.82591 | $38,255.28 |
| 9,999.0 | Transportation | 0.0650 | $649.94 |

\*\*\*All Taxes included\*\*\*

E-MAILED
8-1-13
pR

SCANNED

We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

Make all checks payable to Big State Logistics

**TOTAL** $38,905.22

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

Exhibit D