

# Big State Logistics, Inc.

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600  Fax: 907.459.8603
Email: AR@bslak.com

# INVOICE

DATE: 08/28/2013
INVOICE # 44548

**Bill To:**
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10,000.0 | BL#84231, UNLEADED, FLINT/JBER, MT#20339, 08/26/13 | 3.79700 | $37,970.00 |
| 10,000.0 | Transportation | 0.0650 | $650.00 |
| | ***All Taxes Included*** | | |

FAXED
07-10-13
DM

SCANNED

We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

| | TOTAL | $38,620.00 |
|---|---|---|

Make all checks payable to **Big State Logistics**

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

Exhibit A