STRAIGHT BILL OF LADING – ORIGINAL – NOT NEGOTIABLE

Shipper's No. **84231**

Carrier **BIG STATE LOGISTICS INC.**   SCAC **BGSL**   Carrier's No. _____

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and all applicable state and federal regulations;

at **NORTH POLE**, date **6/25/13** from **FLINT HILLS**

the Property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said Property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said Property that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**TO:**
Consignee **GOVERNMENT SVCS JBER**
Street **JOINT BASE ELMENDORF/RICHARDSON**
Destination **ANCHORAGE** AK Zip **99501**
Route

**FROM:**
Shipper **BIG STATE LOGISTICS**
Street **3621 ROYAL RD**
Origin **FAIRBANKS** AK Zip **99701**

Delivering Carrier **BIG STATE LOGISTICS**
Vehicle Number **133/5425**
U.S. DOT Hazmat Reg. No. **051012551047WW**

| Number and Type of Packages | HM | I.D. Number | Description of Articles | Hazard Class | Pkg. Grp. | Total Quantity (mass, volume, or activity) | Weight (subject to correction) | Class or Rate |
|---|---|---|---|---|---|---|---|---|
| | X | UN 1203 | GASOLINE | 3 | II | 10,000 | | |
| | | | ERG #128 | | | | | |
| | | | Start 1445 | | | | | |
| | | | End 1515 | | | | | |
| | | | *[signature]* Seth Hanson | | | | | |

RECEIVED JUN 28 2013

Remit COD to:
Address:
City:       State:       Zip:

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**COD AMT:** $
(Signature of Consignor)

**COD FEE:** Prepaid ☐  Collect ☐ $
**TOTAL CHARGES:** $
**FREIGHT CHARGES:** ☐ Prepaid  ☐ Collect

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ Per _____

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. Per

**PLACARDS REQUIRED** UN 1203
**PLACARDS SUPPLIED** ☐ BY SHIPPER ☑ BY CARRIER
DRIVER'S SIGNATURE:

SHIPPER: _____   CARRIER: _____
PER: _____ DATE: _____   PER: _____ DATE: _____

**EMERGENCY RESPONSE TELEPHONE NUMBER:** (888) 452-8600   **BIG STATE LOGISTICS INC.**
**NAME OR CONTRACT NUMBER OR OTHER UNIQUE IDENTIFIER:** Exhibit E

**CONTAINS HAZARDOUS MATERIALS**

```
Driver: LITTR   ROBERT LITTLE
Truck No:            166
Trailer No:          5435
Order #:  0001599  Org- North Pole    AK  Dst- Eielson AFB    AK
```

```
ORDER# 0001599      SHIPPER- BIG STATE LOGISTICS            907-452-8600
COMMODITY- ULRG              GLNS  10,001
                   7/11/13   M/TICKET#  2-1607
=================================================================================

PICKUP     907-488-2741      FLINT HILLS RESOURCES       PCS-   1
 7/10    1 -  7/10 23:59     1150 H & H LN               PAL-
ARR _____ DPT _____ North Pole   AK    99705  WGT-  10000

SEAL# _____


DELIVERY   907-552-5180      MILITARY SERVICES STATION   PCS-   1
 7/11  8:00 -  7/11 15:00    JBER                        PAL-
                             8317 JOHNSTON AVE 99506
ARR _____ DPT _____ Eielson AFB   AK   99506  WGT-  10000

RECEIVED BY/AUTH SIGNATURE: _____
                    PRINT:  R. Gibson

                    O R D E R   C O M M E N T S
              SP6600-11-D-4009   /BX 97X4930-5CFX 001 2620
              NEED METER TICKET
```

RECEIVED
JUL 15 2013

Exhibit e  p2

```
Driver: ISCAW   WILLIAM ISCA
Truck No:          167
Trailer No:        5431
Order #:  0001828  Org- Anchorage.     AK  Dst- Elmendorf A F B AK
```

COMMODITY- ULRG          GLNS: ~~10000~~ 10,000
              7/26/13    M/TICKET# 35152, 35176

========================================================================

```
PICKUP      907-277-5015       TESORO ALASKA PETR TERM#1
 7/26  8:00 - 7/26 10:00       4522 ANCHORAGE PORT RD
ARR  1120    DPT 1150          Anchorage     AK      99501    GAL-  10000

SEAL#_____


DELIVERY    907-552-5180       MILITARY SERVICES STATION
 7/26 11:00 - 7/26 13:00       JBER
                               8317 JOHNSTON AVE 99506
ARR  1200    DPT 1415          Elmendorf A FAK      99506     GAL-  10000

RECEIVED BY/AUTH SIGNATURE: _____
                  PRINT: _____
```

            O R D E R   C O M M E N T S
      LOAD AT TESORO 1 PIN # 306426
      CALL 907-552-5180 FROM THE LOAD RACK WITH ETA

RECEIVED
JUL 3 0 2013

Exhibit E p3

**BSL COPIES GET SIGNED**

```
Driver: BURKR  RONALD BURK
Truck No:          141
Trailer No:        5437           8135
Order #:  0001871  Org- Anchorage      AK  Dst- Elmendorf A F B AK
```

```
COMMODITY- ULRG              GLNS: 4000
              7/30/13        M/TICKET# 35467
=====================================================================
```

```
PICKUP    907-277-5015     TESORO ALASKA PETR TERM#1
 7/30  7:00 - 7/30 10:00   4522 ANCHORAGE PORT RD
ARR _____ DPT _____    Anchorage     AK      99501    GAL-   10000

SEAL#_____


DELIVERY  907-552-5180     MILTARY SERVICES
 7/30 10:00 - 7/30 10:00   988 OTTER LAKE RD
ARR _____ DPT _____    Fort RichardsAK       99506    GAL-   4000

RECEIVED BY/AUTH SIGNATURE: _____
                    PRINT:  David Leland
                        STOPOFF REFERENCE NUMBERS
         C  5000 REG GAS  meter ticket 35469  (5999 glns)

DELIVERY  907-552-5180     MILITARY SERVICES STATION
 7/30 10:01 - 7/30 15:00   JBER
                           8317 JOHNSTON AVE 99506
ARR _____ DPT _____    Elmendorf A FAK       99506    GAL-   6000

RECEIVED BY/AUTH SIGNATURE: _____
                    PRINT:  David Leland
```

```
              O R D E R   C O M M E N T S
    DRIVER MUST CARRY VALID IDENTIFICATION
    DRV TO REPORT TO POST GATE CONTACT FUEL CENT.
    907- 552-5180
    DLA PURCHASE ORDER  SP0600-11-D-4009
    SPE00015-GS
```

REC'D
AUG 0 1 2013

Exhibit e p4