Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
907-451-0875 voice
907-451-9385 fax
sparkslawoffice@yahoo.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| BIG STATE LOGISTICS, INC. | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| GOVERNMENT SERVICES CORP. f/k/a MLDC GOVERNMENT SERVICES CORP., a Delaware Corporation. | ) <br> ) <br> ) <br> ) <br> ) |
| Defendant | ) <br> ) |

CASE NO. 4:13-cv-00029-TMB

**AFFIDAVIT OF ROBERT A. SPARKS**
**IN SUPPORT OF SHORTENED TIME EVIDENTIARY HEARING**

Robert A. Sparks, being first duly sworn, deposes and states as follows:

1. I am the Attorney representing Plaintiff Big State Logistics, Inc. in the above-referenced case.

2. Under FRCP 64, Plaintiff is supposed to have the same remedies in federal court, prejudgment and post-judgment, as are available to Plaintiff in Alaska state court. Alaska Rule of Civil Procedure 89 requires that the trial court hold the hearing on Plaintiff's Prejudgment Attachment Motion no less than 3 days and no more than 7 days following service of notice of the motion on the Defendant. See ARCP 89(c)(2).

Page 1

3. Unless the court schedules the hearing in an expedited manner, Plaintiff's ability to attach Defendant's assets will dissipate as time passes and Defendant is able to shift business operations to conceal and hide assets that might otherwise be available to Plaintiff.

4. I discussed Plaintiff's Motion for Shortened time with Defendant's attorney Michael Grisham. Mr. Grisham stated that Defendant does not agree to expedited hearing of Plaintiff's Motion for Prejudgment Attachment. Mr. Grisham stated that he did not have any trials scheduled in the next week.

**END OF AFFIDAVIT**.

Dated this \_\_\_ day of September 2013.

_____
Robert A. Sparks

SUBSCRIBED AND SWORN to before me this \_\_\_\_\_ day of September, 2013.

_____
Notary Public in and for Alaska
My Commission expires_____

I hereby certify that on
September 27, 2013, a copy
of the foregoing document was
served via email ecf on:

Michael A. Grisham
Defendant's attorney

 Robert Sparks   /s/
Robert A. Sparks

Page 2

Page 3