05/01/2007 Dismissed Before Trial Or Hearing

05/01/2007 Final Judgement, Order Or Decree Entered

---

**State of Idaho vs. Matt Eugene Ruck**
**No hearings scheduled**

**Case: CR-2006-0001645 District**    Judge: **Carl B. Kerrick**    Amount due: **$0.00**    **Closed**

| Charges: Violation Date Charge | Citation | Degree | Disposition |
|---|---|---|---|
| 02/21/2006 **I18-3106(A) Fraud-no Account Check** **Officer: Other Officer,, 9000** | | **Felony** | **Finding: Dismissed By Prosecutor** **Disposition date: 10/05/2006** **Fines/fees: $0.00** |

| Register of actions: | Date |
|---|---|
| | 04/26/2006 New Case Filed |
| | 04/26/2006 Prosecutor assigned William W. Thompson Jr. |
| | 04/26/2006 Affidavit Of Probable Cause |
| | 04/26/2006 Criminal Information |
| | 04/26/2006 Hearing Scheduled (Probable Cause Hearing 06/28/2006 11:30 AM) |
| | 04/28/2006 Subpoena Returned Duces Tecum-JP Morgan Chase Bank |
| | 05/25/2006 Affidavit with Bank Records |
| | 06/27/2006 Hearing result for Probable Cause Hearing held on 06/28/2006 11:30 AM: Hearing Vacated |
| | 10/05/2006 Order Of Dismissal |
| | 10/05/2006 Dismissed by Motion of the Prosecutor with hearing (I18-3106(A) Fraud-no Account Check) |
| | 10/19/2007 Change Assigned Judge |
| | 10/19/2007 Final Judgement, Order Or Decree Entered |

---

**State of Idaho vs. Matt Eugene Ruck**
**No hearings scheduled**

**Case: CR-2005-0002960 District**    Judge: **Carl B. Kerrick**    Amount due: **$0.00**    **Closed pending clerk acti**

| Charges: Violation Date Charge | Citation | Degree | Disposition |
|---|---|---|---|
| 06/30/2005 **I18-3601 Forgery Officer: Lawrence, J W, 1000** | | **Felony** | **Finding: Guilty Disposition date: 09/27/2006 Fines/fees: $92.50 Det Penitentiary: 2 years Indet Penitentiary: 5 years** |
| 06/01/2005 **I18-3601 Forgery Officer: Lawrence, J W, 1000** | | **Felony** | **Finding: Dismissed By Prosecutor Disposition date: 12/21/2006 Fines/fees: $0.00** |
| 06/02/2005 **I18-3601 Forgery Officer: Lawrence, J W, 1000** | | **Felony** | **Finding: Dismissed By Prosecutor Disposition date: 12/21/2006 Fines/fees: $0.00** |

Case 4:13-cv-00029-TMB   Document 25-2   Filed 10/09/13   Page 1 of 7

| | | | |
|---|---|---|---|
| 06/07/2005 | I18-3601 Forgery Officer: Lawrence, J W, 1000 | Felony | Finding: Dismissed By Prosecutor Disposition date: 12/21/2006 Fines/fees: $0.00 |
| 09/19/2013 | IPV Probation Violation-Misdemeanor Officer: Lawrence, J W, 1000 | Misdemeanor | |

Register of actions:

| Date | |
|---|---|
| 09/19/2005 | New Case Filed |
| 09/19/2005 | Prosecutor assigned William W. Thompson Jr. |
| 09/19/2005 | Affidavit Of Probable Cause |
| 09/19/2005 | Hearing Scheduled (Probable Cause Hearing 10/03/2005 11:45 AM) |
| 09/21/2005 | Subpoena Returned Duces Tecum-U.S. Global |
| 09/28/2005 | Hearing result for Probable Cause Hearing held on 10/03/2005 11:45 AM: Hearing Vacated - RECEIVED BANK RECORDS |
| 09/28/2005 | Received Bank Records |
| 01/05/2006 | Hearing Scheduled (Probable Cause Hearing 01/23/2006 11:45 AM) |
| 01/09/2006 | Subpoena Returned Duces Tecum-National Subpoena Processing |
| 01/09/2006 | Subpoena Returned Duces Tecum-Rent a Center |
| 01/17/2006 | Received Bank Records - JP MorganChase |
| 01/23/2006 | Received Records from Rent A Center |
| 01/23/2006 | Hearing result for Probable Cause Hearing held on 01/23/2006 11:45 AM: Hearing Vacated |
| 03/15/2006 | Amended Complaint Filed |
| 03/15/2006 | Initial Determination of Probable Cause After Arrest Without Warrant |
| 03/15/2006 | Summons Issued Ruck, Matt Eugene |
| 03/15/2006 | Hearing Scheduled (Initial Appearance-Felony 03/27/2006 08:45 AM) |
| 03/15/2006 | Acknowledgment of Oath and Examination of Oath |
| 03/15/2006 | Affidavit for Search Warrant |
| 03/15/2006 | Acknowledgment of Oath and Examination of Oath |
| 03/15/2006 | Affidavit for Search Warrant |
| 03/16/2006 | Court Minutes |
| 03/16/2006 | Interim Hearing Held |
| 03/16/2006 | Receipt and Inventory |
| 03/16/2006 | search warrant |
| 03/16/2006 | return of search warrant |
| 03/16/2006 | Order |
| 03/16/2006 | receipt and inventory |
| 03/16/2006 | search warrant |
| 03/16/2006 | Return Of search warrant |
| 03/16/2006 | Order |
| 03/17/2006 | Summons Returned Ruck, Matt Eugene |
| 03/24/2006 | Notice Of Appearance |
| 03/24/2006 | Request for Discovery |

Case 4:13-cv-00029-TMB   Document 25-2   Filed 10/09/13   Page 2 of 7

03/27/2006 Defendant: Ruck, Matt Eugene Appearance Brian D Thie

03/27/2006 Hearing result for Initial Appearance-Felony held on 03/27/2006 08:45 AM: Interim Hearing Held

03/27/2006 Initial Appearance

03/27/2006 Court Minutes

03/27/2006 Hearing Scheduled (Preliminary 04/20/2006 09:00 AM)

03/27/2006 Notice Of Preliminary Hearing

03/28/2006 Waiver and Consent to Extend Time Limits for Preliminary Hearing

04/03/2006 Response To Request For Discovery

04/06/2006 Subpoena Returned - Miller

04/07/2006 Subpoena Returned Duces Tecum- - Lawrence

04/07/2006 Subpoena Returned - Taylor

04/19/2006 Defendant: Ruck, Matt Eugene Appearance James Edward Siebe

04/19/2006 Notice Of Substitution Of Counsel

04/19/2006 Waiver of Speedy Preliminary Hearing

04/19/2006 Stipulation to Vacate and Continue Preliminary Hearing

04/20/2006 Continued (Preliminary 05/18/2006 01:00 PM)

04/20/2006 Order Vacating and Continuing Preliminary Hearing

04/24/2006 Subpoena Returned - NOT SERVED - Yockey

04/26/2006 Subpoena Returned Duces Tecum- Lawrence

05/02/2006 Subpoena Returned - Miller

05/04/2006 Subpoena Returned - Yockey

05/05/2006 Subpoena Returned - Taylor

05/18/2006 Hearing result for Preliminary held on 05/18/2006 01:00 PM: Bound Over (after Prelim)

05/18/2006 Hearing Scheduled (Arraignment 06/02/2006 01:30 PM)

05/22/2006 Motion to Disqualify Judge

05/22/2006 Criminal Information

05/23/2006 Order Granting Motion to Disqualify Judge

05/25/2006 Order Assigning Judge - Kerrick

05/25/2006 Change Assigned Judge

05/25/2006 *************FILE MAILED TO LEWISTON**********

06/01/2006 Hearing result for Arraignment held on 06/02/2006 01:30 PM: Hearing Vacated - Now Assigned to Judge Kerrick

06/02/2006 Request For Discovery Disclosure; Alibi Demand

06/05/2006 Hearing Scheduled (Arraignment 06/08/2006 10:30 AM)

06/08/2006 Hearing result for Arraignment held on 06/08/2006 10:30 AM: Arraignment / First Appearance

06/08/2006 Appear & Plead Not Guilty

06/08/2006 Court Minutes

06/08/2006 Arraignment / First Appearance

06/12/2006 Request For Discovery Disclosure; Alibi Demand

06/15/2006 Hearing Scheduled (Pretrial Motion Hearing 09/07/2006 09:00 AM)

06/15/2006 Hearing Scheduled (Jury Trial 09/25/2006 09:00 AM)

06/15/2006 Hearing Scheduled (Pretrial Conference 09/14/2006 09:00 AM)

06/23/2006 Preliminary Hearing Transcript

07/24/2006 Hearing Scheduled (Sentencing 09/20/2006 03:00 PM)

07/25/2006 Motion for Leave to Amend Criminal Information

07/31/2006 Order for Leave to Amend Criminal Information

07/31/2006 Amended Criminal Information

09/20/2006 Motion to Vacate and Continue Sentencing

09/20/2006 Hearing result for Sentencing held on 09/20/2006 03:00 PM: Continued

09/20/2006 Hearing Scheduled (Sentencing 09/27/2006 01:30 PM)

09/20/2006 Hearing result for Jury Trial held on 09/25/2006 09:00 AM: Hearing Vacated

09/20/2006 Hearing result for Pretrial Conference held on 09/14/2006 09:00 AM: Hearing Vacated

09/20/2006 Hearing result for Pretrial Motion Hearing held on 09/07/2006 09:00 AM: Hearing Vacated

09/20/2006 Order vacating & cont sent

09/27/2006 Hearing result for Sentencing held on 09/27/2006 01:30 PM: Hearing Held

09/27/2006 Court Minutes

09/27/2006 Sentenced To Incarceration (I18-3601 Forgery) Confinement terms: Penitentiary determinate: 2 years. Penitentiary indeterminate: 5 years.

09/27/2006 Sentenced To Fine And Incarceration

09/27/2006 Final Judgement, Order Or Decree Entered

09/27/2006 Execution Of Judgment Suspended - (120/180 Days)

09/28/2006 Bond Transferred To County: (Amount 88.50 transferred from case CR-2003-0000518)

09/28/2006 Bond Converted (Receipt number 139752 dated 9/28/2006 amount 88.50)

10/05/2006 Judgment Of Conviction and Order Retaining Jurisdiction Pursuant to IC 19-2601(4)

10/11/2006 Bond Posted - Cash (Receipt 140091 Dated 10/11/2006 for 92.50)

10/11/2006 Bond Converted (Receipt number 140092 dated 10/11/2006 amount 4.00)

10/11/2006 Cash Bond Exonerated (Amount 88.50)

12/21/2006 Dismissed by Motion of the Prosecutor with hearing (I18-3601 Forgery)

12/21/2006 Dismissed by Motion of the Prosecutor without hearing

12/21/2006 Dismissed by Motion of the Prosecutor with hearing (I18-3601 Forgery)

12/21/2006 Dismissed by Motion of the Prosecutor without hearing

12/21/2006 Dismissed by Motion of the Prosecutor with hearing (I18-3601 Forgery)

12/21/2006 Dismissed by Motion of the Prosecutor without hearing

02/13/2007 Motion for Jurisdictional Review Hearing

02/14/2007 State's Response to Defendant's "Motion for Jurisdictional Review Hearing"

02/15/2007 Notice of WITHDRAWL of Motion for Jurisdictional Review Hearing

02/15/2007 Letter

03/08/2007 Addendum To Presentence Report

03/13/2007 Motion For Jurisdictional Review Hearing

03/13/2007 Hearing Scheduled (Hearing Scheduled 04/11/2007 03:30 PM)

03/13/2007 Order Re: Jurisdiction

04/11/2007 Hearing result for Hearing Scheduled held on 04/11/2007 03:30 PM: Continued

04/12/2007 Hearing Scheduled (review of retained jurisdiction 04/23/2007 10:00 AM)

04/12/2007 Notice Of Hearing

Case 4:13-cv-00029-TMB   Document 25-2   Filed 10/09/13   Page 4 of 7

| | |
|---|---|
| 08/24/2005 | Miscellaneous Payment: For Certifying The Same Additional Fee For Certificate And Seal Paid by: romer brown Receipt number: 0128959 Dated: 8/24/2005 Amount: $2.00 (Cashiers Check) |
| 08/26/2005 | Stipulation to Allow P-to File Second Amended Complaint |
| 09/09/2005 | Notice Of Telephone Conference Call - Sept 27, 2005, 9am |
| 09/20/2005 | Motion to Enlarge Time to File Brief and Affidavit(s) |
| 09/21/2005 | Bettger's Objection to P-Motion to Amend, Motion to Dismiss and Brief |
| 09/21/2005 | Affidavit of Stephanice L. Bettger |
| 10/25/2005 | Order Allowing P-Second Amended Complaint as to MLDC; Matt Ruck, Lewis Development, LLC |
| 10/25/2005 | SECOND Amended Complaint Filed |
| 10/25/2005 | Summons Issued - by Jenny (Lewis Development) |
| 10/27/2005 | Notice Discovery as to Defendants - MLDC Inc and Matt Ruck |
| 10/31/2005 | Answer to Cross-Claim |
| 10/31/2005 | Filing: J7B - Special Motions Cross Claim With Prior Appearance Paid by: landeck Receipt number: 0130666 Dated: 11/2/2005 Amount: $8.00 (Cashiers Check) |
| 11/09/2005 | Filing: J7B - Special Motions Cross Claim With Prior Appearance Paid by: thie Receipt number: 0130891 Dated: 11/9/2005 Amount: $8.00 (Cashiers Check) |
| 11/09/2005 | Defendant: Ruck, Matt Eugene Appearance Brian D Thie |
| 11/09/2005 | Answer to P-Second Amended Complaint; Cross-Claim |
| 11/09/2005 | Answer to P-Second Amended Complaint; First & Second Causes of Action |
| 11/10/2005 | Filing: I1A - Civil Answer Or Appear. More Than $1000 No Prior Appearance Paid by: thie Receipt number: 0130929 Dated: 11/10/2005 Amount: $52.00 (Cashiers Check) |
| 11/10/2005 | Defendant: Lewis Development, LLC, Appearance Brian D Thie |
| 12/15/2005 | Notice of Discovery as to D-Lewis Devlopment, LLC |
| 01/23/2006 | P-Motion for Summary Judgment - Ruck, MLDC, Lewis Development |
| 01/23/2006 | Affidavit of R. Romer Brown in Support of Motion for Summary Judgment |
| 01/23/2006 | Brief in Support of Motion for Summary Judgment |
| 01/23/2006 | P-Motion to Dismiss against Stephanie L. Bettger & Mortgage Authority, Inc. |
| 01/23/2006 | Notice Of Hearing - Feb 28 - 9am in Lewiston |
| 02/10/2006 | Stipulation for Judgment by Plf against MLDC Inc, Matt Ruck & Lewis Development |
| 02/10/2006 | Memorandum of Costs |
| 02/13/2006 | Judgment - $39,805.88 |
| 02/16/2006 | Response to P-Motion to Dismiss against Stephanie L. Bettger |
| 03/03/2006 | Stipulation to Dismiss as to Stephanie L. Bettger & Mortgage Electronics Registration Systems, Inc |
| 03/07/2006 | Order of Dismissal as to Stephanie L. Bettger & Mortgage Electronics Registration Systems, Inc. |
| 07/21/2006 | Answer to Cross-Claim of Lewis Development, LLC |
| 01/11/2007 | Notice Of Service |
| 02/28/2007 | Miscellaneous Payment: For Comparing And Conforming A Prepared Record, Per Page Paid by: brown justh Receipt number: 0143876 Dated: 2/28/2007 Amount: $1.50 (Cashiers Check) |

Filing: I1A - Civil Answer Or Appear. More Than $1000 No Prior

02/09/2005 Appearance Paid by: ruck Receipt number: 0124213 Dated: 2/9/2005 Amount: $47.00 (Cash)

02/09/2005 Notice Of Appearance

02/09/2005 Motion to Disqualify Judge

02/16/2005 Order of Voluntary Recusal

02/16/2005 Order Assigning Judge - KERRICK

02/16/2005 Change Assigned Judge

02/16/2005 *************FILE MAILED TO J. KERRICK***********

04/18/2005 3-Day Notice of Default - Ruck

04/20/2005 Declaration of Service of Complaint and Summons

Filing: I10 - Any Answer After An Appearance Paid by: jw Receipt

04/25/2005 number: 0126048 Dated: 4/25/2005 Amount: $.00 (Cashiers Check)

Filing: I1A - Civil Answer Or Appear. More Than $1000 No Prior

04/25/2005 Appearance Paid by: jw Receipt number: 0126049 Dated: 4/25/2005 Amount: $47.00 (Cashiers Check)

04/25/2005 Notice Of Appearance

04/25/2005 Defendant: Bettger, Stephanie L. Appearance Ronald J. Landeck

05/04/2005 Amended Complaint Filed

05/04/2005 Amended Summons Issued

Filing: J7B - Special Motions Cross Claim With Prior Appearance

05/16/2005 Paid by: landeck Receipt number: 0126625 Dated: 5/17/2005 Amount: $8.00 (Cashiers Check)

05/16/2005 Answer & Cross-Claim

Filing: I1A - Civil Answer Or Appear. More Than $1000 No Prior

06/06/2005 Appearance Paid by: Brian Thie Receipt number: 0127118 Dated: 6/6/2005 Amount: $47.00 (Cashiers Check)

06/06/2005 Defendant: M.L.D.C. Inc, Appearance Brian D Thie

06/06/2005 Notice Of Appearance

06/10/2005 Certificate Of Service

Filing: J7B - Special Motions Cross Claim With Prior Appearance

07/08/2005 Paid by: Brian Thie Receipt number: 0127922 Dated: 7/8/2005 Amount: $8.00 (Cash)

07/08/2005 Answer to Complaint; and

07/08/2005 Answer to Cross Claim; and

07/08/2005 Cross Claim

08/19/2005 Motion to Amend P-Complaint

08/19/2005 Motion to Dismiss Mortgage Electronic Registration Systems, Inc ONLY

08/24/2005 Release of Lis Pendens

08/24/2005 Notice of Lis Pendens

Miscellaneous Payment: For Comparing And Conforming A

08/24/2005 Prepared Record, Per Page Paid by: romer brown Receipt number: 0128950 Dated: 8/24/2005 Amount: $4.00 (Cashiers Check)

Miscellaneous Payment: For Certifying The Same Additional Fee

08/24/2005 For Certificate And Seal Paid by: romer brown Receipt number: 0128950 Dated: 8/24/2005 Amount: $2.00 (Cashiers Check)

Miscellaneous Payment: For Comparing And Conforming A

08/24/2005 Prepared Record, Per Page Paid by: romer brown Receipt number: 0128959 Dated: 8/24/2005 Amount: $3.00 (Cashiers Check)

Case 4:13-cv-00029-TMB   Document 25-2   Filed 10/09/13   Page 6 of 7

01/11/2005 Summons Issued

01/19/2005 Summons Returned - Jan 18, 2005

05/05/2005 Cost Bill

05/05/2005 Affidavit Of Non-military Service

05/05/2005 Affidavit RE: Attorney Fees

05/05/2005 Application for Default

05/05/2005 Order for Default

05/05/2005 Default Judgment Entered Without Hearing

05/05/2005 Judgment - $2131.42

05/05/2005 Certificate Of Mailing

05/25/2005 Miscellaneous Payment: For Comparing And Conforming A Prepared Record, Per Page Paid by: cblc Receipt number: 0126820 Dated: 5/25/2005 Amount: $1.50 (Cashiers Check)

05/25/2005 Miscellaneous Payment: For Certifying The Same Additional Fee For Certificate And Seal Paid by: cblc Receipt number: 0126820 Dated: 5/25/2005 Amount: $1.00 (Cashiers Check)

10/01/2008 Change Assigned Judge

04/26/2010 Motion to Renew Judgment

04/26/2010 Filing: K6 - Renewing a judgment Paid by: Credit Bureau Of Lewiston Clarkston, Inc (plaintiff) Receipt number: 0174848 Dated: 4/26/2010 Amount: $9.00 (Cashiers Check) For: Credit Bureau Of Lewiston Clarkston, Inc (plaintiff)

04/26/2010 Renewed Judgment

---

### Stock Building Supply West Inc vs. M.L.D.C. Inc., etal.

Case: **CV-2004-0001191 District**    Filed: **12/27/2004** Subtype: **Other Claims**    Judge: **Carl B. Kerrick**    Status: **Clc 01**

Defendants: **Bettger, Stephanie Lewis Development M.L.D.C. Inc. Mortgage Authority, Mortgage Electronic Registration Systems, Inc., Ruck, Matt Eugene**

Plaintiffs: **Stock Building Supply West Inc,**

| Register of actions: | Date |
|---|---|

12/27/2004 New Case Filed

12/27/2004 Plaintiff: Stock building supply west inc, Appearance R. Romer Brown

12/27/2004 Filing: A1 - Civil Complaint, More Than $1000 No Prior Appearance Paid by: brown,justh&romero Receipt number: 0123205 Dated: 12/27/2004 Amount: $77.00 (Cashiers Check)

12/27/2004 Summons Issued

01/16/2005 Answer & Cross-Claim

01/21/2005 Summons Returned / Not Found

01/21/2005 Summons Returned - served Jan 18

01/21/2005 Summons Returned - served Jan 18

01/27/2005 Not Found Return Of Service

01/27/2005 Motion for Personal Service outside the State

01/27/2005 Affidavit or Personal Service

01/27/2005 Affidavit of Return NOT FOUND

01/27/2005 Motion for Personal Service Outside the State

01/27/2005 Affidavit for Personal Service

02/08/2005 Motion For Entry of Default

Case 4:13-cv-00029-TMB   Document 25-2   Filed 10/09/13   Page 7 of 7