# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Big State Logistics, Inc. v. Government Services Corp.*

Case No. 4:13-cv-00029 TMB

By: THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS: Minute Order from Chambers on Motions for Pre-Conference Discovery & Reconsideration

DATE: October 18, 2013

---

The Court has reviewed Defendant's Response to Plaintiff's motions for expedited discovery and reconsideration and Plaintiff's Reply. The Court finds that Plaintiff has failed to show "good cause" for pre-conference discovery.

Plaintiff requests pre-conference discovery to obtain information that it alleges may support the issuance of a prejudgment writ of attachment. Defendant confirms in its Response that Defendant has no assets in Alaska.[1] Plaintiff states in its Reply that it nonetheless desires a prejudgment writ of attachment because of the "collateral consequences" that a writ of attachment would allegedly have on Defendant.[2] Alaska Rule of Civil Procedure 89(a) permits a plaintiff to "apply to the court to have the property of the defendant attached . . . as security for satisfaction of a judgment."[3] The rule does not permit a plaintiff to obtain a writ of attachment solely for the purpose of inflicting collateral consequences upon a defendant. The information Plaintiff seeks through expedited discovery would not support the issuance of an enforceable prejudgment writ of attachment. The Court therefore sees no good cause for ordering pre-conference discovery.

Defendant submitted a declaration from Matt Ruck dated October 1, 2013 that states: "To date Government Services has not been paid for the goods and services provided by Big State."[4] The Declaration also states that Mr. Ruck informed Plaintiff that it would pay Plaintiff "within 24 hours" of receiving payment for Plaintiff's goods and services from the government.[5] Defendant shall confirm that it has not yet been paid by the government for the goods and services provided by Big State. Within 24 hours of receiving payment from the government, Defendant shall provide notice to the Court that they have paid Plaintiff or inform the Court why payment to Plaintiff has not been made.

Plaintiff's motion seeking limited expedited discovery at **Docket 24** is **DENIED**. Plaintiff's motion for reconsideration of the Court's order at **Docket 22 is DENIED**.

**IT IS SO ORDERED.**

---

[1] Dkt. 29 at 6.
[2] Dkt. 32 at 4.
[3] Alaska R. Civ. P. 89(a) (emphasis added).
[4] Dkt. 19 at 3.
[5] *Id.* at 2-3.