*Discovery*

Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
907-451-0875 voice
907-451-9385 fax
sparkslawoffice@yahoo.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

BIG STATE LOGISTICS, INC. )
)
)
Plaintiff, )
)
vs. )
)
GOVERNMENT SERVICES )
CORP. f/k/a MLDC GOVERNMENT )
SERVICES CORP., a Delaware )
Corporation. )
)
Defendant )
)

CASE NO. 4:13-cv-00029-TMB

## PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

COMES NOW Plaintiff Big State Logistics, Inc., by and through its Attorney, Robert A. Sparks, and pursuant to Federal Rules of Civil Procedure 33 34, 35 and 36, hereby submits the following Interrogatories, Requests for Admissions, and Requests for Production to Defendant Government Services Corp. f/k/a MLDC Government Services Corp., a Delaware Corporation (hereinafter referred to as "Government Services" or Defendant) to be answered under oath and responded to within 30 days of the date of service or such time as agreed or ordered by the Court.

### I. GENERAL DEFINITIONS AND INSTRUCTIONS

Unless conclusively negated by the context of the question, the following definitions are to be considered applicable to all discovery requests contained in this pleading:

A. The Defendant refers to Defendant Government Services Corp. its agents and contractors.

B. The singular number and the masculine gender, as used herein, shall embrace,

Page 1

and be read and applied as, the plural or the feminine or neuter, as circumstances may make appropriate;

    C. When a question is asked concerning any "statement" by Defendant or their employees and agents, the term is intended to apply to <u>any</u> communication regardless of form. Statements may be oral, written, taped, to a stenographer, etc.

    D. When a question is asked of you, such as "what did you do" or "do you know" or "do you have in your possession", it is intended that you also answer with respect to your attorney and anyone else acting on any Defendant or their attorney's behalf.

    E. When you are asked to state "in detail," it is intended that you answer exhaustively, giving each and every fact stated, <u>e.g.</u>, such as identification of a document or witness. Furthermore, you are requested and instructed to produce each and every document identified and the statements of each and every witness identified.

    F. Words used in the conjunctive are to be interpreted to include the disjunctive. Words used in the disjunctive are to be interpreted to include the conjunctive.

    G. If privilege is claimed in respect to any discovery request or any part thereof, the complete factual basis or grounds for each such privilege shall be stated and if any documents responsive to the request are withheld, they should be compiled in a list showing the date, author, recipients and subject of each document.

    H. Where a discovery request seeks identification of documents, in lieu thereof, a copy of the document may be attached to the response to the discovery request.

    I. If objection is made to any discovery request, the request should be responded to the extent that it seeks information that is not objectionable.

    J. For each document which is produced, indicate on the document or in some other reasonable manner, the numbered request to which it responds.

    K. If anything is deleted from a document which is produced, state: the reasons for the deletion, the subject matter of the deletion, and if the deletion is based on a claim of

privilege, state additionally the privilege asserted and the facts allegedly giving rise to the claim of privilege.

L. If you do not answer or do not provide all the documents requested by a request, the reason why the documents or information is not provided should be stated and, if the reason is lack of information or possession of the documents, please explain why you do not have the documents or set forth the steps which have been taken or are being taken to obtain the information. If any documents that have been requested have been destroyed, please identify the document(s), explain the reason(s) the document was destroyed and identify the person(s) with knowledge of the document and the person(s) with knowledge of any of the circumstances involving destruction of the document.

M. The term "document" means the complete original, or duplicate of the original as defined by Rule 1001(4) of the Federal Rules of Evidence and each non-identical copy (whether different from the original because of notes made on the copy or otherwise) or any written, printed, typed, filmed, taped, photo-copied, photographic, and graphic matter of any kind or character, in the possession of defendant or any agent or person acting for or on behalf of defendant. It includes, without limiting the generality of the foregoing, all drafts, contracts, letters, articles, agreements, applications, transcripts, agenda, regulations, instructions, photographs, directives, bulletins, news-letters, notices, manuals, diaries, calendars, desk pads, correspondence, communications, telegrams, teletypes, memoranda, notes, studies, reports, lists, minutes, transcripts, logs, ledgers, financial records, audits, cables and entries in books of account relating in any way to the subject matter of these interrogatories. Document or documents shall include any materials contained on audio or video tape or in computer retrievable form.

N. The term "identify":

1. When used in reference to an individual, means to state his or her full name, present or last known address, the position(s) of employment held by the person at the time to

Page 3

which the interrogatory relates and holds at the present time, the names and addresses of his or her employer(s) at the time to which the interrogatory relates and at the present time, and the present or last known telephone numbers (residence and work) at which the person may be reached.

  2. When used in reference to a corporation, means to state its full name, and all other official and unofficial names by which it is known or ever was known, its place(s) of incorporation, and its principal place of business, mailing address and phone number.

  3. When used in reference to a person other than an individual or corporation, means to state its official name and all other names by which it is known or ever was known, its organizational form, and its principal place of business, mailing address and phone number.

  4. When used in reference to a document, means to state the type of document, title, date, author(s), addressor(s), ad-dressee(s), of all copies, recipients of all copies, the present location of all copies to the extent known, the name and address of the custodian of all copies to the extent known, the substance of the contents thereof and form control or file number if any, of each copy.

  5. If the document is a published work, it is sufficient to provide the standard bibliographic data: author, title publisher, date of publication, edition, etc.

  N. "Complaint" shall refer to the Plaintiff's Amended Complaint filed in this case.

  O. The answering person officer, or officers, agent or agents or other persons who may be responding to these requests which follow shall furnish such documents and information as is available to the all Defendants, including, but not limited to documents and information which is in the possession of their agents, attorneys, investigators, insurance carriers, employees and anyone else acting on their behalf, and not merely that which is available personally to the answering person.

  P. The term "person" or "persons" means any individual, partnership, firm, non-profit or for-profit corporation, association, proprietorship, business association, joint venture,

Page 4

Big State v. GSC
Motion to Compel
Exhibit "A" page4

state, municipality, any department, agency or division of any state, municipal or local government or any other governmental subdivision, or any other business or legal entity. "Person" or "persons" is not limited to natural persons.

## II. DUTY TO SUPPLEMENT YOUR RESPONSE

The following requests are governed by the Federal Rules of Civil procedure. In this regard, you are reminded that Rule 26(e) of the FRCP imposes upon Defendant an affirmative duty to supplement the responses to the following requests:

**INTERROGATORY NO. 1.** Please identify each bank account into which Defendant deposited any federal fuel contract payments during 2013, including the complete name of each bank, the address of the bank, and the account numbers for each such account.

**Answer:**

**INTERROGATORY NO. 2.** Please identify the bank account into which Defendant deposited any funds received from fuel contract no. SP660-11-D-4009, including the name of each bank, the address of the bank, and the account numbers for each such account.

**Answer:**

**REQUEST FOR PRODUCTION NO. 1:** Please sign the release for bank and financial records attached hereto as Exhibit "A".

**Response:**

**REQUEST FOR PRODUCTION NO. 2:** Please produce copies of any and all invoices

Page 5

submitted by Defendant to the United States concerning the fuel delivered by Plaintiff to Joint Base Elmendorf-Richardson during June and July 2013

**Response:**

**REQUEST FOR PRODUCTION NO. 3:** Please produce all documents concerning any delayed or late payments by the United States concerning any of the fuel delivered by Plaintiff.

**Response:**

**REQUEST FOR PRODUCTION NO. 4:** Please produce a copy of fuel contract SP660-11-D-4009.

**Response:**

**INTERROGATORY NO. 3.** Please identify each person to whom Defendant communicated concerning any late or delayed payment by the United States for the fuel delivered by Plaintiff, including the date of each such communication, the method of communication (including the phone number of any phone used to make a phone call), and identify any documents related to each such communication and identify the person to who Defendant communicated, including their address and phone number.

**Answer:**

Page 6

**INTERROGATORY NO. 4.** If any document(s) requested to be produced or identified by Defendant in these requests is no longer available, please identify why the document is no longer available, the date on which the document no longer became available, the date on which Defendant knew the documents was unavailable and identify any witnesses with knowledge of the circumstances of each document's unavailability or its possible location.

**Answer:**

**INTERROGATORY NO. 5.** Please identify each fuel delivery under fuel contract No. SP660-11-D-4009, made by or on behalf of Defendant during 2013 and for each such delivery please:

    a. identify the fuel supplier (including its name, address and phone number),

    b. the amount of fuel delivered

    c. the address where the fuel was delivered.

    d. the cost to Defendant of the fuel delivered.

    e. the date that Defendant received payment from the federal government for each fuel delivery.

    f. the date that Defendant paid its supplier for the delivered fuel.

**Answer:**

**REQUEST FOR PRODUCTION NO. 5:** Please produce all documents identified in defendant's response to interrogatory no. 3.

**Response:**

Page 7

Big State v. GSC
Motion to Compel
Exhibit "A" page7

**REQUEST FOR PRODUCTION NO. 6:** Please produce all documents identified in interrogatory response no. 4, including cancelled checks.

**Response:**


**REQUEST FOR PRODUCTION NO. 7:** Please produce all documents identified in interrogatory response no. 5.

**Response:**


**REQUEST FOR ADMISSION No. 1:** Please admit that the United States has paid Defendant for the fuel delivered by Plaintiff.

**Response:**


**INTERROGATORY NO. 6:** If your response the foregoing request for admissions No. 1, is anything other than an unqualified admission, please state all the grounds supporting your denial or qualification of your response.

**Response:**


**REQUEST FOR ADMISSION No. 2:** Please admit that Matt Ruck's statement that Defendant has not yet received payment from the United States for the fuel delivered by Plaintiff is false.

**Response:**

Page 8

**INTERROGATORY NO. 7:** If your response the foregoing request for admissions No. 2, is anything other than an unqualified admission, please state all the grounds supporting your denial or qualification of your response.

**Response:**


**INTERROGATORY NO. 8:** Please identify the contract under which the fuel delivered by Plaintiff was sold to the United States, including the name and address and phone number of the contracting officer.

**Response:**


**REQUEST FOR PRODUCTION NO. 8:** Please produce all documents related to the fuel delivered by Plaintiff, including invoices and payment records.

**Response:**


**INTERROGATORY NO. 9:** Please explain how Defendant expects to be paid by the United States for the fuel delivered by Plaintiff to Joint Base Elmendorf Richardson, including identification of any financial institutions at which payments would be received, their addresses and account numbers.

**Response:**


Page 9

DATED this 29th day of October, 2013, at Fairbanks, Alaska.

THE LAW OFFICES OF ROBERT A. SPARKS

_____
Robert A. Sparks
Attorney for Plaintiff
Membership No. 8611139

CERTIFICATE OF SERVICE
I hereby certify that on the 29th day of October, 2013, a copy of the foregoing Report was served via U.S. Mail, postage prepaid on:
Michael A. Grishman, Attorney for Government Services Corp.

By: _____

Page 10

# FINANCIAL RECORDS RELEASE AUTHORIZATION

To: _____ (name of institution)

Address: _____

City, State, Zip Code: _____

Contact: Mr./Ms./Mrs. _____
                        Financial Institution

Company Tax Identification Number: _____

      This form is authorization from Government Services Corp. to release any and all information and documents concerning all of Government Services Corp.'s bank accounts with your institution from January 1, 2013 to present, to attorney Robert A. Sparks, 1552 Noble Street, Fairbanks, Alaska 99701, or to an agent of Mr. Sparks agent bearing a copy of this Financial Records Release Authorization form.

Account Name Per Financial Records: _____.
Company Name: Government Services Corp.
Company Address: _____.
Company City, State, Zip: _____.
Account Numbers: _____.

Authorized Signature: _____.
               By: _____.

# Exhibit A