Michael A. Grisham
DORSEY & WHITNEY LLP
1031 WEST 4TH AVENUE, SUITE 600
ANCHORAGE, AK 99501-5907
TELEPHONE: (907) 276-4557
FACSIMILE: (907) 276-4152

Attorneys for Defendant
GOVERNMENT SERVICES CORP.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BIG STATE LOGISTICS, INC. ) | Case No. 4:13-cv-00029-TMB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOVERNMENT SERVICES CORP. f/k/a ) | |
| MLDC GOVERNMENT SERVICES ) | |
| CORP., a Delaware Corporation. ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS

Defendant, by and through undersigned, responds to Plaintiff's First Set of Requests for Admissions as follows:

## GENERAL OBJECTIONS

Defendant objects to the instructions set forth in Plaintiff's First Discovery Requests to the extent they deviate from the requirements of the Federal Rules of Civil Procedure.

DEFENDANT'S RESPONSES TO PLAINTIFF'S
FIRST REQUESTS FOR ADMISSIONS
Page 1 of 2

*Big State v. Government Service*
Case No. 4:13-cv-00029-TM

Case 4:13-cv-00029-TMB-SAO   Document 40-3   Filed 02/03/14   Page 1 of 2

**REQUEST FOR ADMISSION NO. 1:** Please admit that the United States has paid Defendant for the fuel delivered by Plaintiff.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 2:** Please admit that Matt Ruck's statement that Defendant has not yet received payment from the United States for the fuel delivered by Plaintiff is false.

**RESPONSE:** Denied.

DATED this 2nd day of December, 2013, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: _____
MICHAEL A. GRISHAM (ABA 9411104)
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152
grisham.michael@dorsey.com
Attorneys for Defendant

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 2nd day of December, 2013, a true and correct copy of this document was served by email/mail on

Robert A. Sparks
1552 Noble Street
Fairbanks, AK 99701

_____

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

DEFENDANT'S RESPONSES TO PLAINTIFF'S
FIRST REQUESTS FOR ADMISSIONS
Page 2 of 2

*Big State v. Government Service*
Case No. 4:13-cv-00029-TM