Michael A. Grisham
DORSEY & WHITNEY LLP
1031 WEST 4TH AVENUE, SUITE 600
ANCHORAGE, AK 99501-5907
TELEPHONE: (907) 276-4557
FACSIMILE: (907) 276-4152

Attorneys for Defendant
GOVERNMENT SERVICES CORP.

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BIG STATE LOGISTICS, INC. ) | Case No. 4:13-cv-00029-TMB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOVERNMENT SERVICES CORP. f/k/a ) | |
| MLDC GOVERNMENT SERVICES ) | |
| CORP., a Delaware Corporation. ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF
## INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendant, by and through undersigned counsel, hereby responds to Plaintiff's

First Set of Interrogatories and Requests for Production as follows:

### GENERAL OBJECTIONS

Defendant objects to the instructions within the Plaintiff's First Set of

Interrogatories and Requests for Production to the extent they differ from the duties

imposed by the Federal Rules of Civil Procedure.

*Big State v. Government Services*
Case No. 4:13-cv-00029-TMB
Big State v. GSSC
Motion to Compel
Exhibit "C" page1   12-1

1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

# INTERROGATORIES, REQUESTS FOR PRODUCTION

**INTERROGATORY NO. 1:** Please identify each bank account into which Defendant deposited any federal fuel contract payments during 2013, including the complete name of each bank, the address of the bank, and the account numbers for each such account.

**ANSWER:** Defendant objects on the grounds that the interrogatory is overly broad, unduly burdensome, unduly vague, and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects on the grounds that its banking and account information is highly sensitive and proprietary business information in which Defendant has significant privacy interests, and that Defendant cannot be required to produce such banking and account information without significant protections.

**INTERROGATORY NO. 2:** Please identify the bank account into which Defendant deposited any funds received from fuel contract No. SP660-11-D-4009, including the name of each bank, the address of the bank, and the account numbers for each such account.

**ANSWER:** Defendant objects on the grounds that the interrogatory is overly broad, unduly burdensome, unduly vague, and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects on the grounds that its banking and account information is highly sensitive and proprietary business information in which Defendant has significant privacy interests, and that Defendant cannot be

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

DEFENDANT'S RESPONSES TO PLAINTIFF'S
1ST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Page2 of 12

*Big State v. Government Services*
Big State v. GSS cv-00029-TMB
Motion to Compel
Exhibit "C" page2

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 2 of 71

required to produce such banking and account information without significant protections. Without waiving these objections, Defendant responds that it has no responsive information regarding the referenced "contract No. SP660-11-D-4009."

**REQUEST FOR PRODUCTION NO. 1:** Please sign the release for bank and financial records attached hereto as Exhibit "A".

**RESPONSE:** Defendant objects on the grounds that the request is overly broad, unduly burdensome, unduly vague, not reasonably calculated to lead to the discovery of admissible evidence, and beyond the scope of an appropriate request under Civil Rule 34. Defendant further objects on the grounds that its banking and account information and other "financial records" are highly sensitive and proprietary business information in which Defendant has significant privacy interests, that it cannot be required to produce such banking and account information without significant protections, and that it cannot be compelled to execute the broad-ranging release regarding such information sought by Plaintiff.

**REQUEST FOR PRODUCTION NO. 2:** Please produce copies of any and all invoices submitted by Defendant to the United States concerning the fuel delivered by Plaintiff to Joint Base Elmendorf-Richardson during June and July 2013.

**RESPONSE:** Defendant objects on the grounds that the interrogatory is overly broad, unduly burdensome, lacking in specificity, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, responsive documents within Defendant's possession and control are attached hereto (Bates

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

DEFENDANT'S RESPONSES TO PLAINTIFF'S
1ST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Page3 of 12

Big State v. Government Services
Big State v. GSSC v-00029-TMB
Motion to Compel
Exhibit "C" page3
Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 3 of 71

Nos. GSC 00001-GSC 00008).

**REQUEST FOR PRODUCTION NO. 3:** Please produce all documents concerning any delayed or late payments by the United States concerning any of the fuel delivered by Plaintiff.

**RESPONSE:** Defendant objects on the grounds that the interrogatory is overly broad, unduly burdensome, unduly vague, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, [responsive documents are available for inspection and copying on reasonable notice at its offices located at (street address in Moscow, Idaho) (Dorsey Anchorage offices)]. Defendant has been unable to locate any responsive documents, although it document review is still ongoing.

**REQUEST FOR PRODUCTION NO. 4:** Please produce a copy of fuel contract SP660-11-D-4009.

**RESPONSE:** Defendant objects on the grounds that the interrogatory is overly broad, unduly burdensome, unduly vague, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Defendant responds that it has no information on any "contract No. SP660-11-D-4009."

**INTERROGATORY NO. 3:** Please identify each person to whom Defendant communicated concerning any late or delayed payment by the United States for the fuel delivered by Plaintiff, including the date of each such communication, the method of communication (including the phone number of any phone used to make a phone call),

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

DEFENDANT'S RESPONSES TO PLAINTIFF'S
1ST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Page4 of 12

*Big State v. Government Services*
Big State v. GSC cv-00029-TMB
Motion to Compel
Exhibit "C" page4

and identify any documents related to each such communication and identify the person

to who Defendant communicated, including their address and phone number.

**ANSWER:** Defendant objects on the grounds that the interrogatory is overly

broad, unduly burdensome, unduly vague, and not reasonably calculated to lead to the

discovery of admissible evidence. Defendant further objects on the grounds that its

telephone information is highly sensitive and proprietary information in which Defendant

has significant privacy interests, and that it cannot be required to produce such

information without significant protections. Without waiving these objections,

Defendant states that it has had communications related to payment for fuel delivered by

Plaintiff, beginning on or around August 01, 2013, and continuing through the present,

with the following individuals:

1. Marty Pratt
   Defense Logistics Agency
   Defense Energy Support Center
   8725 John J. Kingman Road, Suite 4950
   Fort Belvoir, VA 22060-6222
   703 767 8500

2. Gerald Tinner
   Defense Logistics Agency
   Defense Energy Support Center
   8725 John J. Kingman Road, Suite 4950
   Fort Belvoir, VA 22060-6222
   703 767 8500

3. Tonya Sterling
   Defense Logistics Agency
   Defense Energy Support Center
   8725 John J. Kingman Road, Suite 4950
   Fort Belvoir, VA 22060-6222
   703 767 8500

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

DORSEY & WHITNEY LLP

1031 West Fourth Avenue

Suite 600

Anchorage, AK 99501-5907
(907) 276-4557

4. Kimberly Binns
   Defense Logistics Agency
   Defense Energy Support Center
   8725 John J. Kingman Road, Suite 4950
   Fort Belvoir, VA 22060-6222
   703 767 8500

5. Gregory Thevenin
   Defense Logistics Agency
   Defense Energy Support Center
   8725 John J. Kingman Road, Suite 4950
   Fort Belvoir, VA 22060-6222
   703 767 8500

6. Tyler Parker
   Defense Logistics Agency
   Defense Energy Support Center
   8725 John J. Kingman Road, Suite 4950
   Fort Belvoir, VA 22060-6222
   703 767 8500

7. Rodnoosh Dehghi
   Defense Logistics Agency
   Defense Energy Support Center
   8725 John J. Kingman Road, Suite 4950
   Fort Belvoir, VA 22060-6222
   703 767 8500

8. James Shillingford
   Defense Logistics Agency
   Defense Energy Support Center
   8725 John J. Kingman Road, Suite 4950
   Fort Belvoir, VA 22060-6222
   703 767 8500

9. David Peterson
   Defense Logistics Agency
   Defense Energy Support Center
   8725 John J. Kingman Road, Suite 4950
   Fort Belvoir, VA 22060-6222
   703 767 8500

Big State v. Government Services
Big State v. GSSCv-00029-TMB
Motion to Compel
Exhibit "C" page6

10. Christine Owens
    Defense Logistics Agency
    Defense Energy Support Center
    8725 John J. Kingman Road, Suite 4950
    Fort Belvoir, VA 22060-6222
    703 767 8500

11. Kenneth Kessler
    Defense Logistics Agency
    Defense Energy Support Center
    8725 John J. Kingman Road, Suite 4950
    Fort Belvoir, VA 22060-6222
    703 767 8500

12. Gladys Morales
    Defense Logistics Agency
    Defense Energy Support Center
    8725 John J. Kingman Road, Suite 4950
    Fort Belvoir, VA 22060-6222
    703 767 8500

13. Sabrina Holland
    Defense Logistics Agency
    Defense Energy Support Center
    8725 John J. Kingman Road, Suite 4950
    Fort Belvoir, VA 22060-6222
    703 767 8500

14. Rita Westerlund
    Defense Logistics Agency
    Defense Energy Support Center
    8725 John J. Kingman Road, Suite 4950
    Fort Belvoir, VA 22060-6222
    703 767 8500

15. John Stanislaus
    Defense Logistics Agency
    Defense Energy Support Center
    8725 John J. Kingman Road, Suite 4950
    Fort Belvoir, VA 22060-6222
    703 767 8500

DEFENDANT'S RESPONSES TO PLAINTIFF'S
1ST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Page7 of 12

*Big State v. Government Services*
Big State v. IGSSC00029-TMB
Motion to Compel
Exhibit "C" page7

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 7 of 71

**INTERROGATORY NO. 4:** If any document(s) requested to be produced or identified by Defendant in these requests is no longer available, please identify why the document is no longer available, the date on which the document no longer became available, the date on which Defendant knew the documents was unavailable and identify any witnesses with knowledge of the circumstances of each document's unavailability or its possible location.

**ANSWER:** Defendant objects on the grounds that the interrogatory is overly broad, unduly burdensome, unduly vague, and not reasonably calculated to lead to the discovery of admissible evidence. Without waving these objections, Defendant responds that it has no information responsive to this request.

**INTERROGATORY NO. 5:** Please identify each fuel delivery under fuel contract No. SP660-11-D-4009, made by or on behalf of Defendant during 2013 and for each such delivery please:

     a.     identify the fuel supplier (including its name, address and phone number),

     b.     the amount of fuel delivered,

     c.     the address where the fuel was delivered,

     d.     the cost to Defendant of the fuel delivered,

     e.     the date that Defendant received payment from the federal government for each fuel delivery,

     f.     the date that Defendant paid its supplier for the delivered fuel.

**ANSWER:** Defendant objects on the grounds that the interrogatory is overly

DEFENDANT'S RESPONSES TO PLAINTIFF'S
1ST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Page8 of 12

*Big State v. Government Services*
Big State v. GSSC v-00029-TMB
Motion to Compel
Exhibit "C" page8

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 8 of 71

broad, unduly burdensome, unduly vague, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, Defendant responds that it has no information related to "fuel contract No. SP660-11-D-4009."

**REQUEST FOR PRODUCTION NO. 5:** Please produce all documents identified in defendant's response to interrogatory No. 3.

**RESPONSE:** Defendant objects on the grounds that the interrogatory is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Defendant responds that it has no documents responsive to the request. See Response to Interrogatory No. 3.

**REQUEST FOR PRODUCTION NO. 6:** Please produce all documents identified in interrogatory response No. 4, including cancelled checks.

**RESPONSE:** Defendant objects on the grounds that the interrogatory is overly broad, unduly burdensome, unduly vague, and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects on the grounds that the request is nonsensical, as Interrogatory No. 4 explicitly requests information regarding documents that are "no longer available." Without waiving these objections, Defendant responds that it has no documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 7:** Please produce all documents identified in interrogatory response No. 5.

**RESPONSE:** Defendant objects on the grounds that the interrogatory is overly broad, unduly burdensome, unduly vague, and not reasonably calculated to lead to the

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

DEFENDANT'S RESPONSES TO PLAINTIFF'S
1ST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Page9 of 12

*Big State v. Government Services*
Case Big State v. GSSC 029-TMB
Motion to Compel
Exhibit "C" page9

discovery of admissible evidence. Without waiving this objection, Defendant responds that it has no documents or information related to "fuel contract No. SP660-11-D-4009." *See* Response to Interrogatory No. 5.

**INTERROGATORY NO. 6:** If your response the [*sic*] foregoing request for admissions [*sic*] No. 1, is anything other than an unqualified admission, please state all the grounds supporting your denial or qualification of your response.

**ANSWER:** Defendant objects on the grounds that the interrogatory is overly broad, unduly burdensome, unduly vague, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Defendant responds that it has not received payment for the fuel delivered by Plaintiff.

**INTERROGATORY NO. 7:** If your response the [*sic*] foregoing request for admissions [*sic*] No. 2, is anything other than an unqualified admission, please state all the grounds supporting your denial or qualification of your response.

**ANSWER:** Defendant objects on the grounds that the interrogatory is overly broad, unduly burdensome, unduly vague, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Defendant responds that it has not received payment for the fuel delivered by Plaintiff.

**INTERROGATORY NO. 8:** Please identify the contract under which the fuel delivered by Plaintiff was sold to the United States, including the name and address and phone number of the contracting officer.

**ANSWER:** Defendant objects on the grounds that the interrogatory is overly

DEFENDANT'S RESPONSES TO PLAINTIFF'S
1ST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Page 10 of 12

*Big State v. Government Services*
Case Big State v. GSSC 0029-TMB
Motion to Compel
Exhibit "C" page 10

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 10 of 71

broad, unduly burdensome, unduly vague, and not reasonably calculated to lead to the

discovery of admissible evidence. Without waiving these objections, Defendant responds

that the Contracting Officer for Contract # SPO600-11-D-4009 is:

> Jezabel Aviles
> DEFENSE LOGISTICS AGENCY
> DEFENSE ENERGY SUPPORT CENTER
> 8725 JOHN J. KINGMAN ROAD, SUITE 4950
> FORT BELVOIR, VA 22060-6222
> 703 767 8500

**REQUEST FOR PRODUCTION NO. 8:** Please produce all documents related

to the fuel delivered by Plaintiff, including invoices and payment records.

**RESPONSE** Defendant objects on the grounds that the interrogatory is overly

broad, unduly burdensome, unduly vague, and not reasonably calculated to lead to the

discovery of admissible evidence. Without waiving these objections, Defendant responds

that responsive documents within its possession and control are attached hereto (Bates

Nos. GSC 00009 through GSC 00059).

**INTERROGATORY NO. 9:** Please explain how Defendant expects to be paid

by the United States for the fuel delivered by Plaintiff to Joint Base Elmendorf

Richardson, including identification of any financial institutions at which payments

would be received, their addresses and account numbers.

**ANSWER** Defendant objects on the grounds that the interrogatory is overly

broad, unduly burdensome, and not reasonably calculated to lead to the discovery of

admissible evidence. Defendant further objects on the grounds that its banking and

account information is highly sensitive and proprietary business information in which

*Big State v. Government Services*
Case 4:13-cv-00029-TMB
Motion to Compel
Exhibit "C" page11

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Defendant has significant privacy interests, and that Defendant cannot be required to produce such banking and account information without significant protections. Without waiving these objections, Defendant responds that the standard procedure for payment is for the contractor to prepare and submit an invoice for agency approval. Once the invoice is approved and scheduled for payment, the U.S. Treasury Department transfers funds via EFT into the contractor's registered account.

DATED this 4th day of December, 2013, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:

Michael A. Grisham, ABA #9411104
4031 W. 4th Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152
grisham.michael@dorsey.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on
the 4th day of December, 2013, a true and correct
copy of this document was served by mail on:

Robert A. Sparks
1552 Noble Street
Fairbanks, AK 99701

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

DEFENDANT'S RESPONSES TO PLAINTIFF'S
1ST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Page 12 of 12

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 12 of 71

Government Services Corp

212 East Sixth Street
Moscow, ID 83843

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/26/2013 | 11322-3268 |

| Bill To |
|---------|
| DLA Energy<br>8725 John J Kingman<br>Suite 4950<br>Ft. Belvoir, VA 22060 |

| Ship To |
|---------|
| |

| BPA CALL # | Contract Number | Req. Number | Terms | Account # | Project |
|------------|-----------------|-------------|-------|-----------|---------|
| SPE 0005 | SPO60011D4009 | SPE 0005 | 1% 7 NEt 30 | | JBER |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Regular unleaded gasoline (MUR / GUR) | 9,884 | ▬▬▬ | ▬▬▬ |

| | |
|---|---|
| **Total** | ▬▬▬ |
| **Payments/Credits** | ▬▬▬ |
| **Balance Due** | ▬▬▬ |

Remit Payment
Government Services Corp
212 East Sixth Street
Moscow, Idaho 83843

▬▬▬▬▬

Tax ID 27-4329446
DUNS# 966192580
CAGE CODE 68AW8

For questions with this
invoice contact
Matt Ruck
Office 509 795 5043
Cell   509 432 3660

| | |
|---|---|
| **Job Total Balance** | $485,380.15 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 509 795 5043 | 509 561 7551 | matt.e.r@govserv.us |

## Matt Ruck

| | |
|---|---|
| **From:** | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
| **Sent:** | Monday, July 08, 2013 6:56 PM |
| **To:** | matt@mldcgs.com |
| **Subject:** | SP060011D4009\0005\68AW8\ \ECI\JBER005Z\113223268\ \ \Processed |

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Invoice

Status: Processed

Acceptance Date:

Processed Date: 2013/07/08

Contract Number: SP060011D4009

Delivery Order Number: 0005

Contract Issue Date: 2013/06/25

Vendor CAGE\Ext: 68AW8

Shipment Number: JBER005Z

Shipment Date: 2013/06/26

Invoice Number: 113223268

Invoice Date: 2013/07/08

Has been Submitted by matt ruck on 2013/07/08. Status is Processed.
It has been Processed via EDI.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.


THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

1

Big State v. GSSC
Motion to Compel
Exhibit "C" page14

Government Services Corp

# Invoice

212 East Sixth Street
Moscow, ID 83843

| Date | Invoice # |
|------|-----------|
| 7/15/2013 | 11322-3278 |

| Bill To | Ship To |
|---------|---------|
| DLA Energy<br>8725 John J Kingman<br>Suite 4950<br>Ft. Belvoir, VA 22060 | |

| BPA CALL # | Contract Number | Req. Number | Terms | Account # | Project |
|------------|-----------------|-------------|-------|-----------|---------|
| JBER 0011 | SPO60011D4009 | JBER 0011 | 1% 7 NEt 30 | | JBER |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Regular unleaded gasoline (MUR / GUR) | 9,994 | ▓▓▓ | ▓▓▓ |

| | Total | ▓▓▓ |
|--|-------|-----|

Remit Payment
Government Services Corp
212 East Sixth Street
Moscow, Idaho 83843

Tax ID 27-4329446
DUNS# 966192580
CAGE CODE 68AW8

For questions with this
invoice contact
Matt Ruck
Office 509 795 5043
Cell    509 432 3660

| Payments/Credits | ▓▓▓ |
|------------------|-----|
| **Balance Due** | ▓▓▓ |

| **Job Total Balance** | $485,380.15 |
|------------------------|-------------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 509 795 5043 | 509 561 7551 | matt.e.r@govserv.us |

Big State v. GSSC
Motion to Compel
Exhibit "C" page15

# Matt Ruck

**From:** disa.ogden.esd.mbx.wawfnoreply@mail.mil
**Sent:** Tuesday, July 16, 2013 4:21 PM
**To:** matt@mldcgs.com
**Subject:** SP060011D4009\0011\68AW8\ \ECI\EBS0011Z\113223279\ \ \Processed

Action DoDAAC\Ext: SE8FOB

Document Type: Energy Invoice

Status: Processed

Acceptance Date:

Processed Date: 2013/07/16

Contract Number: SP060011D4009

Delivery Order Number: 0011

Contract Issue Date: 2013/07/10

Vendor CAGE\Ext: 68AW8

Shipment Number: EBS0011Z

Shipment Date: 2013/07/11

Invoice Number: 113223279

Invoice Date: 2013/07/16

Has been Submitted by matt ruck on 2013/07/16. Status is Processed.
It has been Processed via EDI.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.

THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

1

Government Services Corp

212 East Sixth Street
Moscow, ID 83843

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2013 | 11322-3299 |

| Bill To | Ship To |
|---------|---------|
| DLA Energy<br>8725 John J Kingman<br>Suite 4950<br>Ft. Belvoir, VA 22060 | |

| BPA CALL # | Contract Number | Req. Number | Terms | Account # | Project |
|------------|-----------------|-------------|-------|-----------|---------|
| 0015 | SPO60011D400 | 0015 | 1% 7 NEt 30 | | JBER |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Regular unleaded gasoline (MUR / GUR) | 10,024 | ▬▬▬ | ▬▬▬ |

| | |
|---|---|
| Remit Payment<br>Government Services Corp<br>212 East Sixth Street<br>Moscow, Idaho 83843<br><br>▬▬▬▬▬ | Tax ID 27-4329446<br>DUNS# 966192580<br>CAGE CODE 68AW8<br><br>For questions with this<br>invoice contact<br>Matt Ruck<br>Office 509 795 5043<br>Cell    509 432 3660 |

**Total**

**Payments/Credits**  ▬▬▬

**Balance Due**  ▬▬▬

**Job Total Balance**  $485,380.15

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 509 795 5043 | 509 561 7551 | matt.e.r@govserv.us |

# Matt Ruck

| | |
|---|---|
| **From:** | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
| **Sent:** | Wednesday, July 31, 2013 3:12 PM |
| **To:** | matt@mldcgs.com |
| **Subject:** | SP060011D4009\0015\68AW8\ \ECI\EBS0015Z\113223299\ \ \Processed |

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Invoice

Status: Processed

Acceptance Date:

Processed Date: 2013/07/31

Contract Number: SP060011D4009

Delivery Order Number: 0015

Contract Issue Date: 2013/07/23

Vendor CAGE\Ext: 68AW8

Shipment Number: EBS0015Z

Shipment Date: 2013/07/26

Invoice Number: 113223299

Invoice Date: 2013/07/31

Has been Submitted by matt ruck on 2013/07/31. Status is Processed.
It has been Processed via EDI.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.

THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

1

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 18 of 71

Government Services Corp

212 East Sixth Street
Moscow, ID 83843

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/7/2013 | 11322-3309 |

| Bill To | Ship To |
|---------|---------|
| DLA Energy<br>8725 John J Kingman<br>Suite 4950<br>Ft. Belvoir, VA 22060 | |

| BPA CALL # | Contract Number | Req. Number | Terms | Account # | Project |
|------------|-----------------|-------------|-------|-----------|---------|
| 0018 | SPO60011D4009 | 0018 | 1% 7 NEt 30 | | JBER |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Regular unleaded gasoline (MUR / GUR) | 9,941 | ▬▬▬ | ▬▬▬ |

| | |
|---|---|
| Remit Payment<br>Government Services Corp<br>212 East Sixth Street<br>Moscow, Idaho 83843 | Tax ID 27-4329446<br>DUNS# 966192580<br>CAGE CODE 68AW8 |
| | For questions with this<br>invoice contact<br>Matt Ruck<br>Office 509 795 5043<br>Cell  509 432 3660 |

**Total** ▬▬▬

**Payments/Credits** ▬▬▬

**Balance Due** ▬▬▬

**Job Total Balance**  $485,380.15

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 509 795 5043 | 509 561 7551 | matt.e.r@govserv.us |

Big State v. GSSC
Motion to Compel
Exhibit "C" page19

## Matt Ruck

| | |
|---|---|
| From: | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
| Sent: | Wednesday, August 07, 2013 5:50 PM |
| To: | matt@mldcgs.com |
| Subject: | SP060011D4009\0018\68AW8\ \ECI\EBS0018Z\113223309\ \ \Processed |

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Invoice

Status: Processed

Acceptance Date:

Processed Date: 2013/08/07

Contract Number: SP060011D4009

Delivery Order Number: 0018

Contract Issue Date: 2013/08/07

Vendor CAGE\Ext: 68AW8

Shipment Number: EBS0018Z

Shipment Date: 2013/07/30

Invoice Number: 113223309

Invoice Date: 2013/08/07

Has been Submitted by matt ruck on 2013/08/07. Status is Processed.
It has been Processed via EDI.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.

THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

1

Big State v. GSSC
Motion to Compel
Exhibit "C" page20

# ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT/PURCH ORDER/AGREEMENT NO. SP0600-11-D-4009 | 2. DELIVERY ORDER/CALL NO. 0005 | 3. DATE OF ORDER/CALL (YYYYMMDD) 2013 JUN 20 | 4. REQUISITION/PURCH REQUEST NO. 0050100466 | 5. PRIORITY |
|---|---|---|---|---|

| 6. ISSUED BY | | CODE | SPE600 | 7. ADMINISTERED BY (if other than 6) | | CODE | SPE600 | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|---|---|

6. ISSUED BY
DLA ENERGY
8725 JOHN J KINGMAN RD STE 4909
FT BELVOIR VA 22060-6222
USA
Initiator:

7. ADMINISTERED BY (if other than 6)
DLA ENERGY
8725 JOHN J KINGMAN RD STE 4900
FT BELVOIR VA 22060-6222
USA
Officially: C FAS Hole

8. DELIVERY FOB
X DESTINATION
OTHER
(See Schedule if other)

| 9. CONTRACTOR | CODE | GSAWB | FACILITY | | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMDD) 2013 JUN 25 | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|---|

9. CONTRACTOR
NAME AND ADDRESS
GOVERNMENT SERVICES CORP.
212 E 6TH ST
MOSCOW ID 83843-2930
USA

12. DISCOUNT TERMS
Net 30 days

13. MAIL INVOICES TO THE ADDRESS IN BLOCK
See Block 15

11. X IF BUSINESS IS
X SMALL
SMALL DISADVANTAGED
WOMEN-OWNED

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | SL4701 |
|---|---|---|---|---|

14. SHIP TO
SEE SCHEDULE, DO NOT SHIP TO ADDRESSES ON THIS PAGE

15. PAYMENT WILL BE MADE BY
DEF FIN AND ACCOUNTING SVC
BSM
P O BOX 369031
COLUMBUS OH 43236-9031
USA

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

| 16. TYPE OF ORDER | DELIVERY/CALL | X | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your ___ |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |
|---|---|---|---|

If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE

BX: 97X4930 5CFX 001 2620 633189

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | See Section B | 10,000 | | | |
| | Terms and Conditions in accordance with Basic Contract | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
Uniqueka Davis
Uniqueka.Davis@dla.mil
BY: FBD9098

Uniqueka Davis Uniqueka...Z
CONTRACTING/ORDERING OFFICER

| 25. TOTAL | |
|---|---|
| 26. DIFFERENCES | |

27a. QUANTITY IN COLUMN 20 HAS BEEN

| INSPECTED | | RECEIVED | | ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED: | | |
|---|---|---|---|---|---|---|

b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| c. DATE (YYYYMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|

e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|
| PARTIAL | | |
| FINAL | | |

| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS |
|---|---|

| 31. PAYMENT | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
|---|---|---|
| COMPLETE | | |

36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT.

| a. DATE (YYYYMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | | PARTIAL | | 34. CHECK NUMBER |
|---|---|---|---|---|---|
| | | | FINAL | | 35. BILL OF LADING NO. |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

DD FORM 1155, DEC 2001     PREVIOUS EDITION IS OBSOLETE.     Adobe Professional 6.0

# SECTION B

PURCHASE PGM: 3.9
PR: 0050100466
SUPPLIES/SERVICES:
9130001487103

GASOLINE, AUTOMOTIVE

| CLIN | BASIC<br>REF<br>CLIN | QUANTITY | UI | UNIT PRICE | DOLLAR VALUE | DELIVERY<br>DATE |
|---|---|---|---|---|---|---|
| 0001 | 0004 | 10,000.000 | UG6 | ▆▆▆▆ | ▆▆▆▆ | 2013 JUN 25 |

BDN:

QTY VARIANCE: PLUS 10% MINUS 10%

INSPECTION POINT: DESTINATION

ACCEPTANCE POINT: DESTINATION

ACCEPTANCE DODAAC: SE8F0B

DELIVER FOB: DESTINATION

PERIOD OF PERFORMANCE 2013 JUN 25 - 2013 JUN 25

MODE OF SHIPMENT: TT

LOCATION ID: JBER

DELIVERY DODAAC: SE8F0B

3 WG/LGSF 32069 CEDAR STREET
NOT LOCATED
3 WO/LGSF 32069 CEDAR STREET , AK 99506 US

PLEASE DELIVER 10K MUR TO MSS TK 7.  UPON ARRIVAL AT POST ROAD GATE PLEASE CONTACT FSC (552-5180)

Big State v. GSSC
Motion to Compel
Exhibit "O" page22



# Big State Logistics, Inc.

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600 Fax: 907.458.8603
Email: AR@bisak.com

# INVOICE

DATE: 06/28/2013
INVOICE # 44548

Bill To:
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| 10,000.0 | BL#84231, UNLEADED, FLINT/UBER, MT#20339, 06/28/13 | 3.87700 | $38,770.00 |
| 10,000.0 | Transportation | 0.0650 | $650.00 |
| | | | |
| | ***All Federal and State Taxes Included*** | | |

## We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

Make all checks payable to Big State Logistics

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

TOTAL $39,420.00

# STRAIGHT BILL OF LADING – ORIGINAL – NOT NEGOTIABLE

Shipper's No. 84231

Carrier __BIG STATE LOGISTICS INC.__  SCAC __BGSL__  Carrier's No. _____

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and all applicable state and federal regulations.

at __NORTH POLE__, date __6 25 13__ from __FLINT HILLS__

The Property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said Property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said Property that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

TO:

Consignee __GOVERNMENT SVCS JBER__  Shipper __BIG STATE LOGISTICS__

Street __JOINT BASE ELMENDORF/RICHARDSON__ Street __3621 ROYAL RD__

Destination __ANCHORAGE AK__ Zip __99501__  Origin __FAIRBANKS AK__ Zip __99701__
Route

Delivering Carrier __BIG STATE LOGISTICS__  Vehicle/Number __133/5425__  U.S. DOT Hazmat Reg. No. __051012551D47WN__

| Number and Type of Packages | HM | I.D. Number | Description of Articles | Hazard Class | Pkg Grp. | Total Quantity (mass, volume, or activity) Weight (subject to correction) | Class or Rate |
|---|---|---|---|---|---|---|---|
| | X | UN1203 | GASOLINE | 3 | II | 10,000 | |
| | | | ERG # 128 | | | | |
| | | | Start 1445 | | | | |
| | | | End 1515 | | | | |
| | | | Seth Hanson | | | | |

RECEIVED
JUN 28 2015

Remit COD to:
Address:
City: _____ State: _____ Zip: _____

NOTE! Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ Per _____

NOTE! Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. Per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

COD AMT: $_____

COD FEE:
Prepaid ☐
Collect ☐ $_____

TOTAL CHARGES: $_____

(Signature of Consignor)

FREIGHT CHARGES:
☐ Prepaid ☐ Collect

PLACARDS REQUIRED __UN1203__

PLACARDS SUPPLIED ☐ BY SHIPPER ☑ BY CARRIER

DRIVER'S SIGNATURE:

SHIPPER: _____  CARRIER: _____
PER: _____ DATE: _____  PER: _____ DATE: _____

EMERGENCY RESPONSE TELEPHONE NUMBER: (888) 452-8600

BIG STATE LOGISTICS INC.

NAME OR CONTRACT NUMBER OR OTHER UNIQUE IDENTIFIER:

**CONTAINS HAZARDOUS MATERIALS**

CONTAINS HAZARDOUS MATERIALS

Ticket: **20339**　　　Date: **06/26/2013**
　　　　　　　　　　　Time: **06:15:54**

Origin:
Flint Hills Resources Alaska, LLC
16 Mile Old Richardson Highway
North Pole, AK 99705
Phone (907) 488-2741
Facility ID 81623

Supplier:
Flint Hills Resources, LP
4111 E. 37th Street North
Wichita, KS 67220
Acct. Office/Phone (800) 856-2747
EPA ID #4071

Sold To　TESORO ALASKA PETROLEUM COMPANY　　9008000
　　　　　Exchange - WILLI00007
　　　　　19100 RIDGEWOOD PARKWAY

　　　　　SAN ANTONIO, TX US 78259
　　　　　EPA ID #4068

Final Destination: 302
BIG STATE LOG-NON TAX-UNBRANDED
3521 ROYAL ROAD
FAIRBANKS, AK 99701

JBRE

Carrier: BIG STATE LOGISTICS　　　　　26　　FOB Destination: NORTH POLE　　　　02001
Delivered: NORTH POLE　　　　　　　02001　　Meter #: 480/13
Truck #: NA　　　Containers: 5441
Seal No:

| HM | Commodity Description | Qty | Container | Unit | Gross | Net @ 60°F |
|----|----------------------|-----|-----------|------|-------|-----------|
| x | UN1203, GASOLINE, 3, PG II PLACARDED: FLAMMABLE 87NL AID 1.1 + IVD | 1 | T/T | GAL | 10000 | 9884 |

Emergency Phone: CHEMTREC 1-800-424-9300
Use North American Emergency Response Guidebook #128

SHIPPER: FLINT HILLS RESOURCES ALASKA, LLC

This product does not meet the requirements for reformulated gasoline and may not be used in any reformulated gasoline covered area.

E0: Contains no ethanol.

The product sold hereunder is not intended for use in any product marketed as E15, as defined in 40CFR80.1500. Use of this product in E15 is prohibited by seller and buyer agrees that it shall not use or sell this product for use in any product marketed as E15.

This product is properly detergent additized gasoline.

RECEIVED
JUN 2 8 2013

Notation: Government station JBER

These commodities, technology, or software were shipped from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Cargo Tank Supplied By Carrier/Carrier Compliance to Laws - Where the cargo tank is supplied by the carrier, the carrier hereby certifies that the cargo tank supplied for this shipment is a proper container for the transportation of this commodity. This is to acknowledge that the carrier has in their possession or has been offered and accepted the required hazard materials placards and/or emergency response information. The property described herein in apparent good order is received by the carrier shown on this Bill of Lading and the carrier agrees to transport the property to the consignee and the destination set forth herein subject to the classifications and tariffs, and the terms and conditions of the Uniform Domestic Straight Bill of Lading found in National Motor Freight Classification, in effect on the date of issuance of this Bill of Lading or the applicable contract with shipper. It is further agreed by the carrier that the transportation of this shipment will be performed in compliance with all applicable rules, regulations and laws.

Driver X　Mark Terry　　　　1183

To request a current MSDS in non-emergency situations, please call (316) 828-7986 during regular business hours (CST).
TBN 800459

Big State v. GSSC
Motion to Compel
Exhibit "C" page25



# Big State Logistics, Inc.

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600   Fax: 907.458.8603
Email: AR@bsak.com

# INVOICE

DATE: 06/28/2013
INVOICE # 44546

**Bill To:**
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10,000.0 | BL#84231, UNLEADED, FLINTUBER, MT#20838, 06/26/13 | 3.79700 | $37,970.00 |
| 10,000.0 | Transportation | 0.0650 | $650.00 |
| | ***All Taxes Included*** | | |

We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

Make all checks payable to Big State Logistics

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

| | TOTAL | $38,620.00 |
|---|---|---|

## FEDERAL DLA PURCHASE ORDER SPO600-11-D-4009 SPE0005-GS

**DELIVERY AGENT**
BIG STATE LOGISTICS
3621 ROYAL RD
FAIRBANKS AK 99701
907 452 8600

10,000 GALLONS REGULAR UNLEADED GASOLINE (MUR)

$3.877 + $0.065 = $3.952 PER GALLON DELIVERED

**DELIVER TO:**
ELMENDORF AFB; JBER
MILITARY SERVICES STATION
ON ARRIVAL AT POST ROAD GATE CONTACT HOURS CONTROL CENTER 907 552 5180

TANK TRUCK (TT)
DELIVERY HOURS: 0800 TO 1500, JUNE 26, 2013 ONLY
DRIVER MUST CARRY VALID IDENTIFICATION
VEHICLE MAY BE SEARCHED UPON ARRIVAL IN SECURED AREAS.
ESCORT REQUIRED
TANKS SIZES 2@20,000 BELOW GROUND

METERED DELIVERY TICKET AND TERMINAL LOADING TICKET REQUIRED FOR
EACH DELIVERY

DELIVERY LOC: FUELS CONTROL 907 552 5180
CONTACT MUST BE MADE ON ARRIVAL AT POST ROAD GATE

IN THE EVENT UNABLE TO DELIVER IMMEDIATE NOTIFICATION REQUIRED
MATT RUCK 509 432 3660

INVOICE ALONG WITH DELIVERY TICKET SHALL BE SENT TO ONE OR MORE OF THE FOLLOWING

EMAIL INVOICE TO; MATT.E.R@GOVSERV.US PREFERRED

MAIL INVOICE TO; GOVERNMENT SERVICES 93 S JACKSON ST SUITE 54213 SEATTLE WA 98104

FAX INVOICE TO; 509 561 7551

INCLUDE THIS DOCUMENT WITH INVOICE TO ENSURE PROPER PAYMENT

RECEIVED
JUN 28 2013

**Matt Ruck**

From:              disa.ogden.esd.mbx.wawfnoreply@mail.mil
Sent:              Monday, July 08, 2013 6:56 PM
To:                Matt Ruck
Subject:           SP060011D4009\0005\68AW8\ \ECOMBO\JBER005Z\113223268\SE8F0B\ \Submitted

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Invoice and Energy Receiving Report

Status: Submitted

Acceptance Date:

Processed Date: 2013/07/08

Contract Number: SP060011D4009

Delivery Order Number: 0005

Contract Issue Date: 2013/06/25

Vendor CAGE\Ext: 68AW8

Shipment Number: JBER005Z

Shipment Date: 2013/06/26

Invoice Number: 113223268

Invoice Date: 2013/07/08

Has been Submitted by matt ruck on 2013/07/08. Status is Submitted.


THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

1

## Matt Ruck

| | |
|---|---|
| **From:** | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
| **Sent:** | Monday, July 08, 2013 6:56 PM |
| **To:** | matt@mldcgs.com |
| **Subject:** | SP060011D4009\0005\68AW8\ \ERR\JBER005Z\113223268\SE8FOB\ \Submitted |

Action DoDAAC\Ext: SE8FOB

Document Type: Energy Receiving Report

Status: Submitted

Acceptance Date:

Processed Date: 2013/07/08

Contract Number: SP060011D4009

Delivery Order Number: 0005

Contract Issue Date: 2013/06/25

Vendor CAGE\Ext: 68AW8

Shipment Number: JBER005Z

Shipment Date: 2013/06/26

Invoice Number: 113223268

Invoice Date: 2013/07/08

Has been Submitted by matt ruck on 2013/07/08. Status is Submitted.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.


THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

Big State v. GSSC
Motion to Compel
Exhibit "C" page29

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 29 of 71

Government Services Corp

212 East Sixth Street
Moscow, ID 83843

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/26/2013 | 11322-3268 |

| Bil To |
|--------|
| DLA Energy
8725 John J Kingman
Suite 4950
Ft. Belvoir, VA 22060 |

| Ship To |
|---------|
| |

| BPA CALL # | Contract Number | Req. Number | Terms | Account # | Project |
|------------|-----------------|-------------|-------|-----------|---------|
| SPE 0005 | SPO60011D4009 | SPE 0005 | 1% 7 NEt 30 | | JBER |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Regular unleaded gasoline (MUR / GUR) | 9,884 | ▇▇▇▇ | ▇▇▇▇ |

| Remit Payment
Government Services Corp
212 East Sixth Street
Moscow, Idaho 83843 | Tax ID 27-4329446
DUNS# 966192580
CAGE CODE 68AW8

For questions with this
invoice contact
Matt Ruck
Office 509 795 5043
Cell   509 432 3660 |

**Total** ▇▇▇▇

**Payments/Credits** ▇▇▇▇

**Balance Due** ▇▇▇▇

| **Job Total Balance** | $485,380.15 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 509 795 5043 | 509 561 7551 | matt.e.r@govserv.us |

## Matt Ruck

From:        disa.ogden.esd.mbx.wawfnoreply@mail.mil
Sent:        Monday, July 08, 2013 6:56 PM
To:          matt@mldcgs.com
Subject:     SP060011D4009\0005\68AW8\ \ECI\JBER005Z\113223268\ \ \Processed

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Invoice

Status: Processed

Acceptance Date:

Processed Date: 2013/07/08

Contract Number: SP060011D4009

Delivery Order Number: 0005

Contract Issue Date: 2013/06/25

Vendor CAGE\Ext: 68AW8

Shipment Number: JBER005Z

Shipment Date: 2013/06/26

Invoice Number: 113223268

Invoice Date: 2013/07/08

Has been Submitted by matt ruck on 2013/07/08. Status Is Processed.
It has been Processed via EDI.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.


THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

1

Big State v. GSSC
Motion to Compel
Exhibit "C" page31

# ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT/PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SP0600-11-D-4009 | 0011 | 2013 JUL 10 | 0050273249 | |

| 6. ISSUED BY | CODE | SPE600 | 7. ADMINISTERED BY (if other than 6) | CODE | SPEE00 | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|
| DLA ENERGY<br>8725 JOHN J KINGMAN RD STE 4950<br>FT BELVOIR VA 22060-6222<br>USA<br>Initiator: steven udall<br>steven.udall@dla.at.mil | | | DLA ENERGY<br>8725 JOHN J KINGMAN RD STE 4950<br>FT BELVOIR VA 22060-6222<br>USA<br>Criticality: C PAS: None | | | X DESTINATION<br>OTHER<br>(See Schedule if other) |

| 9. CONTRACTOR | CODE | 66AW8 | FACILITY | | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|---|
| NAME<br>AND<br>ADDRESS | GOVERNMENT SERVICES CORP.<br>212 E 6TH ST<br>MOSCOW ID 83843-2930<br>USA | | | | 2013 JUL 11 | X SMALL |
| | | | | 12. DISCOUNT TERMS<br>Net 30 days | | SMALL DISAD-<br>VANTAGED<br>WOMEN-OWNED |
| | | | | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK<br>See Block 15 | | |

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | SL4701 | MARK ALL<br>PACKAGES AND<br>PAPERS WITH<br>IDENTIFICATION<br>NUMBERS IN<br>BLOCKS 1 AND 2. |
|---|---|---|---|---|---|
| SEE SCHEDULE, DO NOT SHIP TO ADDRESSES ON THIS PAGE | | DEF FIN AND ACCOUNTING SVC<br>BSM<br>P O BOX 369031<br>COLUMBUS OH 43236-9031<br>USA | | | |

| 16.<br>TYPE<br>OF<br>ORDER | DELIVERY/<br>CALL | X | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your _____ furnish the following on terms specified herein.<br>ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. |

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |
|---|---|---|---|
| If this box is marked, supplier must sign Acceptance and return the following number of copies: | | | |

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE

BX: 97X4930 5CFX 001 2620 S33189

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | See Section B<br><br>Terms and Conditions in accordance with Basic Contract | 10,000 | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>Uniqueka Davis<br>BY: Uniqueka.Davis@dla.mil<br>FB09096 | *Uniqueka R. Davisbury*<br>CONTRACTING/ORDERING OFFICER | 25. TOTAL |
|---|---|---|---|
| | | | 26. DIFFERENCES |

27a. QUANTITY IN COLUMN 20 HAS BEEN

| INSPECTED | RECEIVED | ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED: |
|---|---|---|

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | FINAL | |
| | | 31. PAYMENT | 34. CHECK NUMBER |
| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | COMPLETE | |
| a. DATE (YYYYMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | PARTIAL | 35. BILL OF LADING NO. |
| | | FINAL | |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CON- TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

DD FORM 1155, DEC 2001     PREVIOUS EDITION IS OBSOLETE.     Adobe Professional 8.0

## SECTION B

PURCHASE PGM: 3.9
PR: 0050273246
SUPPLIES/SERVICES:
9130001487103

GASOLINE, AUTOMOTIVE

| CLIN | BASIC QUANTITY REF CLIN | UI | UNIT PRICE | DOLLAR VALUE | DELIVERY DATE |
|---|---|---|---|---|---|
| 0001 | 0004 | 10,000.000 | UG6 | ~~████████████~~ | JUL 11 |

BDN:

QTY VARIANCE: PLUS 10% MINUS 10%

INSPECTION POINT: DESTINATION

ACCEPTANCE POINT: DESTINATION

ACCEPTANCE DODAAC: SE8F0B

DELIVER FOB: DESTINATION

PERIOD OF PERFORMANCE 2013 JUL 11 - 2013 JUL 11

MODE OF SHIPMENT: TT

LOCATION ID: JBER

DELIVERY DODAAC: SE8F0B

3 WG/LGSF 32069 CEDAR STREET
NOT LOCATED
3 WG/LGSF 32069 CEDAR STREET , AK 99506 US

PLEASE DELIVER 10K OF MUR TO MSS TK 7.  UPON ARRIVAL AT POST RD. GATE PLEASE CONTACT PSC AT
552-5180.

Big State v. GSSC
Motion to Compel
Exhibit "C" page33

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 33 of 71

Driver: LITTR  ROBERT LITTLE
Truck No:            166
Trailer No:         5435
Order #: 0001599  Org- North Pole     AK  Dst- Eielson AFB     AK

---

ORDER# 0001599        SHIPPER- BIG STATE LOGISTICS
COMMODITY- ULRG              GLNS  10,001                   907-452-8600
            7/11/13    M/TICKET# 2-1607
========================================================================

PICKUP    907-488-2741     FLINT HILLS RESOURCES      PCS-      1
  7/10    1 -  7/10 23:59  1150 H & H LN              PAL-
ARR            DPT         North Pole    AK   99705 WGT-    10000

SEAL#

---

DELIVERY  907-552-5180     MILITARY SERVICES STATION  PCS-      1
  7/11  8:00 -  7/11 15:00  JBER                      PAL-
ARR            DPT         8317 JOHNSTON AVE 99506
                           Eielson AFB  AK   99506 WGT-    10000
RECEIVED BY/AUTH SIGNATURE:
                    PRINT:   R. Little

---

                    O R D E R   C O M M E N T S
            SP6600-11-D-4009  /BX 97X4930-5CFX 001 2620
            NEED METER TICKET

Big State v. GSSC
Motion to Compel
Exhibit "C" page 34

Ticket: __21607__   Date: __07/10/2013__
Time: __16:25:11__

Origin:
Flint Hills Resources Alaska, LLC
15 Mile Old Richardson Highway
North Pole, AK 99705
Phone (907) 488-2741
Facility ID 81623

Supplier:
Flint Hills Resources, LP
4111 E. 37th Street North
Wichita, KS 67220
Acct. Office/Phone (800) 858-2747
EPA ID #4071

Sold To   TESORO ALASKA PETROLEUM COMPANY      9008000
Exchange - WILLI00007
18100 RIDGEWOOD PARKWAY

SAN ANTONIO, TX US 78259
EPA ID #4068

Final Destination: 302
BIG STATE LOG-NON TAX-UNBRANDED
3621 ROYAL ROAD
FAIRBANKS, AK 99701

Carrier: BIG STATE LOGISTICS           26      FOB Destination: NORTH POLE                  02001
Delivered: NORTH POLE                  02001      Meter #: 110/26
Truck #: NA          Containers: 5435
Seat No:

| HM | Commodity Description | Qty | Container | Unit | Gross | Net @ 60°F |
|----|----------------------|-----|-----------|------|-------|-----------|
| x | UN1203, GASOLINE, 3, PG II PLACARDED; FLAMMABLE 87NL ADD 1.1 + IVD | 1 | T/T | GAL | 10001 | 9994 |

Emergency Phone:   CHEMTREC 1-800-424-9300
Use North American Emergency Response Guidebook #128

SHIPPER: FLINT HILLS RESOURCES ALASKA, LLC

This product does not meet the requirements for reformulated gasoline and may not be used in any reformulated gasoline covered area.

E0: Contains no ethanol,

The product sold hereunder is not intended for use in any product marketed as E15, as defined in 40CFR80.1500. Use of this product in E15 is prohibited by seller and buyer agrees that it shall not use or sell this product for use in any product marketed as E15.

This product is properly detergent additized gasoline.

Notation:

These commodities, technology, or software were shipped from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Cargo Tank Supplied By Carrier/Carrier Compliance to Laws - Where the cargo tank is supplied by the carrier, the carrier hereby certifies that the cargo tank supplied for this shipment is a proper container for the transportation of this commodity. This is to acknowledge that the carrier has in their possession or has been offered and accepted the required hazard materials placards and/or emergency response information. The property described herein in apparent good order is received by the carrier shown on this Bill of Lading and the carrier agrees to transport the property to the consignee and the destination set forth herein subject to the classifications and tariffs, and the terms and conditions of the Uniform Domestic Straight Bill of Lading found in National Motor Freight Classification, in effect on the date of issuance of this Bill of Lading or the applicable contract with shipper, it is further agreed by the carrier that the transportation of this shipment will be performed in compliance with all applicable rules, regulations and laws.

Driver X   Rob Little                              963

To request a current MSDS in non-emergency situations, please call (316) 828-7988 during regular business hours (CST).
TSN 902481 MSN 22051

Big State v. GSSC
Motion to Compel
Exhibit "C" page35

# ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT/PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SP0600-11-D-4009 | 0009 | 2013 JULY 08 | 0049672076 | |

| 6. ISSUED BY | CODE | SPE600 | 7. ADMINISTERED BY (If other than 6) | CODE | SPE600 | 8. DELIVERY FOR |
|---|---|---|---|---|---|---|

6. ISSUED BY
DLA ENERGY
8725 JOHN J BINGHAN RD STE 4601
FT BELVOIR VA 25063-0222
USA
Initiator:

7. ADMINISTERED BY (If other than 6)
DLA ENERGY
8725 JOHN J KNIGMAN RD STE 4950
FT BELVOIR VA 22060-6222
USA
Criticality: C   PAS: None

8. DELIVERY FOR
[X] DESTINATION
OTHER
(See Schedule if other)

| 9. CONTRACTOR | CODE | 60AW8 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMDD) 2013 JUN 26 | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|

9. CONTRACTOR
GOVERNMENT SERVICES.
NAME AND ADDRESS
USA

10. DELIVER TO FOB POINT BY (Date) (YYYYMMDD)
2013 JUN 26

12. DISCOUNT TERMS

13. MAIL INVOICES TO THE ADDRESS IN BLOCK

11. X IF BUSINESS IS
[X] SMALL
SMALL DISAD-VANTAGED
WOMEN-OWNED

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | SL4701 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2. |
|---|---|---|---|---|---|

14. SHIP TO
SEE SCHEDULE, DO NOT SHIP TO ADDRESSES ON THIS PAGE

15. PAYMENT WILL BE MADE BY
DEF FIN AND ACCOUNTING SVC
BSM
P O BOX 369031
COLUMBUS OH 43236-9031

| 16. TYPE OF ORDER | DELIVERY/CALL | X | This delivery order/call is issued on another Government agency or in accordance with terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your _____ Furnish the following on terms specified herein. |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |
|---|---|---|---|

If this box is marked, supplier must sign Acceptance and return the following number of copies: _____

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE

BX: 97X4930 5CFX 001 2620 S33189

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | See Section B | 10,000 | | | |
| | Terms and Conditions in accordance with Basic Contract | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA BY: | 25. TOTAL |
|---|---|---|
| | CONTRACTING/ORDERING OFFICER | 26. DIFFERENCES |

27a. QUANTITY IN COLUMN 20 HAS BEEN

| INSPECTED | | RECEIVED | | ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED: | |
|---|---|---|---|---|---|

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| | PARTIAL | | |
| | FINAL | | |

| f. TELEPHONE NUMBER | g. EMAIL ADDRESS | 31. PAYMENT | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
|---|---|---|---|---|
| | | COMPLETE | | 34. CHECK NUMBER |

34. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT.

| a. DATE (YYYYMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | PARTIAL | | 35. BILL OF LADING NO. |
|---|---|---|---|---|
| | | FINAL | | |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CON-TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

DD FORM 1155, DEC 2001        PREVIOUS EDITION IS OBSOLETE.        Adobe Professional 6.0

Big State v. GSSC
Motion to Compel
Exhibit "C" page36

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 1

| 1. CONTRACT/PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SP0600-11-D-4000 | 8009 | 2013 JULY 08 | 0049872976 | |

| 6. ISSUED BY | CODE | SPE800 | 7. ADMINISTERED BY (if other than 6) | CODE | SPE800 | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|

DLA ENERGY
8725 JOHN J KINGMAN RD STE 4950
FT BELVOIR VA 22060-6222
USA
Incoterm:

DLA ENERGY
8725 JOHN J KINGMAN RD STE 4950
FT BELVOIR VA 22060-6222
USA
Criticality: C   PAS: RN34

8. DELIVERY FOB
[X] DESTINATION
OTHER
(See Schedule if other)

| 9. CONTRACTOR | CODE | 58AW8 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|

GOVERNMENT SERVICES.

NAME AND ADDRESS

USA

2013 JUN 26

12. DISCOUNT TERMS

13. MAIL INVOICES TO THE ADDRESS IN BLOCK

11. X IF BUSINESS IS
[X] SMALL
SMALL DISAD-VANTAGED
WOMEN-OWNED

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | SL4701 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2. |
|---|---|---|---|---|---|

SEE SCHEDULE, DO NOT SHIP TO ADDRESSES ON THIS PAGE

DEF FIN AND ACCOUNTING SVC
BSM
P O BOX 369091
COLUMBUS OH 43236-9091

| 16. TYPE OF ORDER | DELIVERY/ CALL | [X] | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|

Reference your

Furnish the following on terms specified herein.

PURCHASE

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD) |
|---|---|---|---|

If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE

BX: 97X4930 5CFX 001 2620 S33189

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | | 10,000 | | | |
| | See Section B | | | | |
| | Terms and Conditions in accordance with Basic Contract | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA

By: _____

CONTRACTING/ORDERING OFFICER

| 25. TOTAL |
|---|
| 26. DIFFERENCES |

27a. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED   [ ] RECEIVED   ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED:

| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS | |
|---|---|---|---|---|
| | PARTIAL | 32. PAID BY | 31. AMOUNT VERIFIED CORRECT FOR | |
| f. TELEPHONE NUMBER   g. EMAIL ADDRESS | FINAL | | 34. CHECK NUMBER | |
| | 31. PAYMENT | | | |
| 35. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | COMPLETE | | | |
| a. DATE (YYYYMMMDD)   b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | PARTIAL | | 35. BILL OF LADING NO. | |
| | FINAL | | | |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CON-TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

DD FORM 1155, DEC 2001          PREVIOUS EDITION IS OBSOLETE.          Adobe Professional 8.0

TESORO 382
Big State v. GSSC
Motion to Compel
Exhibit "C" page37

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 37 of 71



# Big State Logistics, Inc.

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600   Fax 907.458.8803
Email: AR@bsiak.com

# INVOICE

DATE: 07/15/2013
INVOICE # 44770

Bill To:
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10,001.0 | BL#1599, UNLEADED, FLINT/JBER, MT#21607, 07/10/13 | 3.84700 | $37,970.00 |
| 10,001.0 | Transportation | 0.0650 | $650.07 |
| | ***All Taxes Included*** | | |

## We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

Make all checks payable to Big State Logistics

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

| | TOTAL | $38,620.07 |
|---|---|---|

Big State v. GSSC
Motion to Compel
Exhibit "C" page38

OPMNRP2                          BIG STATE LOGISTICS INC    Page:     1
                                 BIG STATE DRIVER DISPATCH SHEET


Driver: LITTR  ROBERT LITTLE
Truck No:          166
Trailer No:        5435
Order #:  0001599  Org- North Pole    AK  Dst- Eielson AFB    AK

---

ORDER# 0001599       SHIPPER- BIG STATE LOGISTICS        907-452-8600
COMMODITY- ULRG                 GLNS 10,001
              7/11/13  M/TICKET# 2-1607
================================================================================

PICKUP     907-488-2741      FLINT HILLS RESOURCES     PCS-      1
  7/10     1 -  7/10 23:59   1150 H & H LN             PAL-
ARR _____ DPT _____    North Pole   AK    99705 WGT-  10000

SEAL# _____

---

DELIVERY  907-552-5180       MILITARY SERVICES STATION  PCS-      1
  7/11  8:00 -  7/11 15:00   JBER                       PAL-
                             8317 JOHNSTON AVE 99506
ARR _____ DPT _____    Eielson AFB  AK    99506 WGT-  10000

RECEIVED BY/AUTH SIGNATURE: _____
                    PRINT: __R.Little___

---

            O R D E R   C O M M E N T S
       SP6600-11-D-4009  /BX 97X4930-5CFX 001 2620
       NEED METER TICKET


RECEIVED
JUL 1 5 2013

Big State v. GSSC
Motion to Compel
Exhibit "C" page39

Ticket: 21607

Date: 07/10/2013
Time: 16:25:11

Origin:
Flint Hills Resources Alaska, LLC
15 Mile Old Richardson Highway
North Pole, AK 99705
Phone (907) 488-2741
Facility ID 81623

Supplier:
Flint Hills Resources, LP
4111 E. 37th Street North
Wichita, KS 87220
Acct. Office/Phone (800) 858-2747
EPA ID #4071

Sold To: TESORO ALASKA PETROLEUM COMPANY      8005000
Exchange - WILLI00007
19100 RIDGEWOOD PARKWAY

SAN ANTONIO, TX US 78259
EPA ID #4088

Final Destination: 302
BIG STATE LOG-NON TAX-UNBRANDED
3621 ROYAL ROAD
FAIRBANKS, AK 99701

Carrier: BIG STATE LOGISTICS                  26     FOB Destination: NORTH POLE                    02001
Delivered: NORTH POLE                       02001        Meter #: 110/28
Truck #: NA          Containers: 5435
Seal No:

| HM | Commodity Description | Qty | Container | Unit | Gross | Net @ 60°F |
|----|----------------------|-----|-----------|------|-------|------------|
| X | UN1203, GASOLINE, 3, PG II PLACARDED: FLAMMABLE 87NL ADD 1.1 + IVD | 1 | T/T | GAL | 10001 | 9994 |

Emergency Phone:  CHEMTREC 1-800-424-9300
Use North American Emergency Response Guidebook #128

SHIPPER: FLINT HILLS RESOURCES ALASKA, LLC

This product does not meet the requirements for reformulated gasoline and may not be used in any reformulated gasoline covered area.

60: Contains no ethanol.

The product sold hereunder is not intended for use in any product marketed as E15, as defined in 40CFR80.1500. Use of this product in E15 is prohibited by seller and buyer agrees that it shall not use or sell this product for use in any product marketed as E15.
This product is properly detergent additized gasoline.

RECEIVED
JUL 1 5 2013

Notation:

These commodities, technology, or software were shipped from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Cargo Tank Supplied By Carrier/Danfar Compliance to Laws - Where the cargo tank is supplied by the carrier, the carrier hereby certifies that the cargo tank supplied for this shipment is a proper container for the transportation of this commodity. This is to acknowledge that the carrier has in their possession or has been offered and accepted the required hazard materials placards and/or emergency response information. The property described herein in apparent good order is received by the carrier shown on this Bill of Lading and the carrier agrees to transport the property to the consignee and the destination set forth herein subject to the classifications and tariffs, and the terms and conditions of the Uniform Domestic Straight Bill of Lading found in National Motor Freight Classification, in effect on the date of issuance of this Bill of Lading or the applicable contract with shipper. It is further agreed by the carrier that the transportation of this shipment will be performed in accordance with all applicable rules, regulations and laws.

Driver X _____                               093
Rob Little

To request a current MSDS in non-emergency situations, please call (316) 828-7888 during regular business hours.

## FEDERAL DLA PURCHASE ORDER SPO600-11-D-4009  SPE0010-GS

**DELIVERY AGENT**
BIG STATE LOGISTICS
3621 ROYAL RD
FAIRBANKS AK 99701
907 452 8600

10,000 GALLONS REGULAR UNLEADED GASOLINE (MUR)

$TBD$ PER GALLON DELIVERED

**DELIVER TO:**
ELMENDORF AFB; JBER
MILITARY SERVICES STATION
ON ARRIVAL AT POST ROAD GATE CONTACT FUELS CONTROL CENTER 907 552 5180

TANK TRUCK (TT)
**DELIVERY HOURS:  0800 TO 1500,  JULY 11, 2013 ONLY**
DRIVER MUST CARRY VALID IDENTIFICATION
VEHICLE MAY BE SEARCHED UPON ARRIVAL IN SECURED AREAS.
ESCORT REQUIRED
TANKS SIZES 2@20,000 BELOW GROUND

METERED DELIVERY TICKET AND TERMINAL LOADING TICKET REQUIRED FOR
EACH DELIVERY

**DELIVERY POC: FUELS CONTROL 907 552 5180**
**CONTACT MUST BE MADE ON ARRIVAL AT POST ROAD GATE**

RECEIVED
JUL 1 5 2013

IN THE EVENT UNABLE TO DELIVER IMMEDIATE NOTIFICATION REQUIRED
MATT RUCK 509 432 3660

INVOICE ALONG WITH DELIVERY TICKET SHALL BE SENT TO ONE OR MORE OF THE FOLLOWING

EMAIL INVOICE TO; MATT.E.R@GOVSERV.US  PREFERRED

MAIL INVOICE TO; GOVERNMENT SERVICES 93 S JACKSON ST SUITE 54213 SEATTLE WA 98104

FAX INVOICE TO; 509 561 7551

INCLUDE THIS DOCUMENT WITH INVOICE TO ENSURE PROPER PAYMENT

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 3

| 1. CONTRACT/PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SP0600-11-D-6009 | 0009 | 2013 JULY 08 | 0049272076 | |

| 6. ISSUED BY | | CODE | SPE600 | 7. ADMINISTERED BY (If other than 6) | | CODE | SPE600 | 8. DELIVERY FOR |
|---|---|---|---|---|---|---|---|---|
| DLA ENERGY 8725 JOHN J KINGMAN RD STE 4950 FT BELVOIR VA 22060-6222 USA Initiate: | | | | DLA ENERGY 8725 JOHN J KINGMAN RD STE 4950 FT BELVOIR VA 22060-6222 USA Criticality: C  PAC: None | | | | [X] DESTINATION <br> [ ] OTHER <br> (See Schedule If noted) |

| 9. CONTRACTOR | CODE | 8SAW6 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMDD) | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|
| GOVERNMENT SERVICES. NAME AND ADDRESS       USA | | | | 2015 JUN 26 | [X] SMALL |
| | | | | 12. DISCOUNT TERMS | [ ] SMALL DISAD-VANTAGED <br> [ ] WOMEN-OWNED |
| | | | | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK | |

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | SL4701 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2. |
|---|---|---|---|---|---|
| SEE SCHEDULE, DO NOT SHIP TO ADDRESSES ON THIS PAGE | | DEF FIN AND ACCOUNTING SVC BSM P O BOX 369031 COLUMBUS OH 43236-9031 | | | |

| 16. TYPE OF ORDER | DELIVERY CALL | [X] | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your _____ furnish the following on terms specified herein. ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. |

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |
|---|---|---|---|
| If this box is marked, supplier must sign Acceptance and return the following number of copies: | | | |

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE

BX: 97X4930 5CFX 001 2920 S33189

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | See Section B Terms and Conditions in accordance with Basic Contract | 10,000 | | RECEIVED JUL 15 2013 | |

| *If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA  BY: | | 25. TOTAL | |
|---|---|---|---|---|
| | | CONTRACTING/ORDERING OFFICER | 26. DIFFERENCES | |

| 27a. QUANTITY IN COLUMN 20 HAS BEEN | | | | |
|---|---|---|---|---|
| [ ] INSPECTED  [ ] RECEIVED  [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED: | | | | |
| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | c. DATE (YYYYMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | |
| a. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
| | | [ ] PARTIAL [ ] FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER | g. EMAIL ADDRESS | 31. PAYMENT [ ] COMPLETE | | 34. CHECK NUMBER |
| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | | [ ] PARTIAL | | |
| a. DATE (YYYYMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | [ ] FINAL | | 35. BILL OF LADING NO. |
| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |

DD FORM 1155, DEC 2001     PREVIOUS EDITION IS OBSOLETE.     Adobe Professional 8.0

TESORO

Big State v. GSSC
Motion to Compel
Exhibit "C" page42

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 42 of 71

1599

## ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 2

| 1. CONTRACT/PURCH ORDER/AGREEMENT NO. SP0600-11-D-4909 | 2. DELIVERY ORDER/CALL NO. 0009 | 3. DATE OF ORDER/CALL (YYYYMMDD) 2013 JULY 09 | 4. REQUISITION/PURCH REQUEST NO. 0049972078 | 5. PRIORITY |
|---|---|---|---|---|

| 6. ISSUED BY | CODE | SPE600 | 7. ADMINISTERED BY (If other than 6) | CODE | SPE600 | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|
| DLA ENERGY 8725 JOHN J KINGMAN RD STE 4950 FT BELVOIR VA 22060-6222 USA NSN:C | | | DLA ENERGY 8725 JOHN J KINGMAN RD STE 4950 FT BELVOIR VA 22060-6222 USA Criticality: C FAX: None | | | X DESTINATION OTHER (See Schedule if other) |

| 8. CONTRACTOR | CODE 0BAW8 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMDD) 2013 JUN 26 | 11. X IF BUSINESS IS |
|---|---|---|---|---|
| NAME AND ADDRESS GOVERNMENT SERVICES. USA | | | 12. DISCOUNT TERMS | X SMALL SMALL DISAD-VANTAGED WOMEN-OWNED |
| | | | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK | |

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE SL4701 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2. |
|---|---|---|---|---|
| SEE SCHEDULE, DO NOT SHIP TO ADDRESSES ON THIS PAGE | | DEF FIN AND ACCOUNTING SVC BSM P O BOX 369031 COLUMBUS OH 43236-9031 | | |

| 16. TYPE OF ORDER | DELIVERY CALL | X | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your _____ furnish the following on terms specified herein. ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. |

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |
|---|---|---|---|
| If this box is marked, supplier must sign Acceptance and return the following number of copies: | | | |

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE

BX: 97X4930 5CFX 001 2620 S33189

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | See Section B Terms and Conditions in accordance with Basic Contract | 10,000 | | RECEIVED JUL 15 2013 | |

| | | 24. UNITED STATES OF AMERICA | | 25. TOTAL | |
|---|---|---|---|---|---|
| *If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | | BY: _____ | CONTRACTING/ORDERING OFFICER | 26. DIFFERENCES | |

| 27a. QUANTITY IN COLUMN 20 HAS BEEN INSPECTED ☐ RECEIVED ☐ | ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED: | | |
|---|---|---|---|
| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | c. DATE (YYYYMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | |
| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 28. SHIP. NO. PARTIAL FINAL | 29. D.O. VOUCHER NO. | 30. INITIALS |
| f. TELEPHONE NUMBER | g. EMAIL ADDRESS | 31. PAYMENT COMPLETE PARTIAL FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR 34. CHECK NUMBER |
| 36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | | | | |
| a. DATE (YYYYMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | | | 35. BILL OF LADING NO. |
| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CON-TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |

DD FORM 1155, DEC 2001     PREVIOUS EDITION IS OBSOLETE.     Adobe Professional 8.0

| CONTINUATION SHEET | ORDER NUMBER / CALL NUMBER | Page of Pages |
|---|---|---|
| | SP0600-11-D-4009    - 0009 | 2 \| 2 |

## SECTION B

PURCHASE PGM: 3.9
PR: 0049872078
SUPPLIES/SERVICES:
9130001487103

GASOLINE, AUTOMOTIVE

| CLIN | BASIC QUANTITY | UI | UNIT PRICE | DOLLAR VALUE | DELIVERY DATE |
|---|---|---|---|---|---|
| | REF | | | | |
| | CLIN | | | | |
| 0001 | 0004    10,000.000 | UGG | | | 2013 JULY 11 |

BIN:

QTY VARIANCE: PLUS 10% MINUS 10%

INSPECTION POINT: DESTINATION

ACCEPTANCE POINT: DESTINATION

ACCEPTANCE DODAAC: SE8F0B

DELIVER FOB: DESTINATION

PERIOD OF PERFORMANCE 2013 JULY 11 - 2013 JULY 11

MODE OF SHIPMENT: TT

LOCATION ID: JBER

DELIVERY DODAAC: SE8F0B

3 WG/LGSP 32069 CEDAR STREET
NOT LOCATED
3 WG/LGSF 32069 CEDAR STREET , AK 99506 US

PLEASE DELIVER 10K OF MUR TO MSS TK7.  PLEASE NOTIFY FSC WHEN THEY REACH POST ROAD GATE @
907 552-5180.

RECEIVED

JUL 15 2013

Big State v. GSSC
Motion to Compel
Exhibit "C" page44
032

**Matt Ruck**

| | |
|---|---|
| From: | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
| Sent: | Tuesday, July 16, 2013 4:21 PM |
| To: | matt@mldcgs.com |
| Subject: | SP060011D4009\0011\68AW8\ \ECI\EBS0011Z\113223279\ \ \Processed |

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Invoice

Status: Processed

Acceptance Date:

Processed Date: 2013/07/16

Contract Number: SP060011D4009

Delivery Order Number: 0011

Contract Issue Date: 2013/07/10

Vendor CAGE\Ext: 68AW8

Shipment Number: EBS0011Z

Shipment Date: 2013/07/11

Invoice Number: 113223279

Invoice Date: 2013/07/16

Has been Submitted by matt ruck on 2013/07/16. Status is Processed.
It has been Processed via EDI.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.


THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

1

## Matt Ruck

From:            disa.ogden.esd.mbx.wawfnoreply@mail.mil
Sent:            Monday, July 15, 2013 11:49 AM
To:              matt@mldcgs.com
Subject:         SP060011D4009\0011\68AW8\ \ECI\JBER011Z\113223278\ \ \Processed

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Invoice

Status: Processed

Acceptance Date:

Processed Date: 2013/07/15

Contract Number: SP060011D4009

Delivery Order Number: 0011

Contract Issue Date: 2013/07/10

Vendor CAGE\Ext: 68AW8

Shipment Number: JBER011Z

Shipment Date: 2013/07/11

Invoice Number: 113223278

Invoice Date: 2013/07/15

Has been Submitted by matt ruck on 2013/07/15. Status is Processed.
It has been Processed via EDI.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.


THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

1

Big State v. GSSC
Motion to Compel
Exhibit "C" page46

## Matt Ruck

| | |
|---|---|
| **From:** | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
| **Sent:** | Tuesday, July 16, 2013 4:21 PM |
| **To:** | Matt Ruck |
| **Subject:** | SP060011D4009\0011\68AW8\ \ECOMBO\EBS0011Z\113223279\SE8F0B\ \Submitted |

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Invoice and Energy Receiving Report

Status: Submitted

Acceptance Date:

Processed Date: 2013/07/16

Contract Number: SP060011D4009

Delivery Order Number: 0011

Contract Issue Date: 2013/07/10

Vendor CAGE\Ext: 68AW8

Shipment Number: EBS0011Z

Shipment Date: 2013/07/11

Invoice Number: 113223279

Invoice Date: 2013/07/16

Has been Submitted by matt ruck on 2013/07/16. Status is Submitted.

THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

1

Big State v. GSSC
Motion to Compel
Exhibit "C" page47

# Matt Ruck

| | |
|---|---|
| From: | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
| Sent: | Monday, July 15, 2013 11:51 AM |
| To: | Matt Ruck |
| Subject: | SP060011D4009\0011\68AW8\ \ECOMBO\JBER011Z\113223278\SE8F0B\ \Submitted |

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Invoice and Energy Receiving Report

Status: Submitted

Acceptance Date:

Processed Date: 2013/07/15

Contract Number: SP060011D4009

Delivery Order Number: 0011

Contract Issue Date: 2013/07/10

Vendor CAGE\Ext: 68AW8

Shipment Number: JBER011Z

Shipment Date: 2013/07/11

Invoice Number: 113223278

Invoice Date: 2013/07/15

Has been Submitted by matt ruck on 2013/07/15. Status is Submitted.


THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

Big State v. GSSC
Motion to Compel
Exhibit "C" page48

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 48 of 71

**Matt Ruck**

| | |
|---|---|
| From: | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
| Sent: | Tuesday, July 16, 2013 4:21 PM |
| To: | matt@mldcgs.com |
| Subject: | SP060011D4009\0011\68AW8\ \ERR\EBS0011Z\113223279\SE8F0B\ \Submitted |

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Receiving Report

Status: Submitted

Acceptance Date:

Processed Date: 2013/07/16

Contract Number: SP060011D4009

Delivery Order Number: 0011

Contract Issue Date: 2013/07/10

Vendor CAGE\Ext: 68AW8

Shipment Number: EBS0011Z

Shipment Date: 2013/07/11

Invoice Number: 113223279

Invoice Date: 2013/07/16

Has been Submitted by matt ruck on 2013/07/16. Status is Submitted.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.


THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

1

Big State v. GSSC
Motion to Compel
Exhibit "C" page49

**Matt Ruck**

From:       disa.ogden.esd.mbx.wawfnoreply@mail.mil
Sent:       Monday, July 15, 2013 11:49 AM
To:       matt@mldcgs.com
Subject:       SP060011D4009\0011\68AW8\ \ERR\JBER011Z\113223278\SE8F0B\ \Submitted

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Receiving Report

Status: Submitted

Acceptance Date:

Processed Date: 2013/07/15

Contract Number: SP060011D4009

Delivery Order Number: 0011

Contract Issue Date: 2013/07/10

Vendor CAGE\Ext: 68AW8

Shipment Number: JBER011Z

Shipment Date: 2013/07/11

Invoice Number: 113223278

Invoice Date: 2013/07/15

Has been Submitted by matt ruck on 2013/07/15. Status is Submitted.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.

THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

Big State v. GSSC
Motion to Compel
Exhibit "C" page50

Government Services Corp

212 East Sixth Street
Moscow, ID 83843

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2013 | 11322-3278 |

| Bill To |
|---------|
| DLA Energy |
| 8725 John J Kingman |
| Suite 4950 |
| Ft. Belvoir, VA 22060 |

| Ship To |
|---------|
| |

| BPA CALL # | Contract Number | Req. Number | Terms | Account # | Project |
|------------|-----------------|-------------|-------|-----------|---------|
| JBER 0011 | SPO60011D4009 | JBER 0011 | 1% 7 NEt 30 | | JBER |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Regular unleaded gasoline (MUR / GUR) | 9,994 | ▆▆▆ | ▆▆▆ |

| | |
|---|---|
| **Total** | ▆▆▆ |

Remit Payment
Government Services Corp
212 East Sixth Street
Moscow, Idaho 83843

▆▆▆

Tax ID 27-4329446
DUNS# 966192580
CAGE CODE 68AW8

For questions with this
invoice contact
Matt Ruck
Office 509 795 5043
Cell   509 432 3660

| | |
|---|---|
| **Payments/Credits** | ▆▆▆ |
| **Balance Due** | ▆▆▆ |
| **Job Total Balance** | $485,380.15 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 509 795 5043 | 509 561 7551 | matt.e.r@govserv.us |

## Matt Ruck

| | |
|---|---|
| From: | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
| Sent: | Tuesday, July 16, 2013 4:21 PM |
| To: | matt@mldcgs.com |
| Subject: | SP060011D4009\0011\68AW8\ \ECI\EBS0011Z\113223279\ \ \Processed |

Action DoDAAC\Ext: SE8F08

Document Type: Energy Invoice

Status: Processed

Acceptance Date:

Processed Date: 2013/07/16

Contract Number: SP060011D4009

Delivery Order Number: 0011

Contract Issue Date: 2013/07/10

Vendor CAGE\Ext: 68AW8

Shipment Number: EBS0011Z

Shipment Date: 2013/07/11

Invoice Number: 113223279

Invoice Date: 2013/07/16

Has been Submitted by matt ruck on 2013/07/16. Status is Processed.
It has been Processed via EDI.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.

THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

Big State v. GSSC
Motion to Compel
Exhibit "C" page52

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 52 of 71



# Big State Logistics, Inc.

3621 Royal Road
Fairbanks, AK 99701
Phone: 907.452.8600  Fax: 907.458.8603
Email: AR@bslak.com

# INVOICE

DATE: 7/30/2013
INVOICE # 45003

Bill To:
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms: NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10,000.0 | BL#1828, UNLEADED, TESORO/JBER, MT# 36162, 07/26/13 | 3.82591 | $38,259.10 |
| 10,000.0 | Transportation | 0.0650 | $650.00 |
| | **All Taxes Included** | | |

## We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

| | TOTAL | $38,909.10 |
|---|---|---|

Make all checks payable to Big State Logistics

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

Big State v. GSSC
Motion to Compel
Exhibit "C" page53

Driver: ISCAW  WILLIAM ISCA
Truck No:        167
Trailer No:      5431
Order #:  0001828  Org- Anchorage     AK  Dst- Elmendorf A F B AK

                                    10,000
COMMODITY- ULRG          GLNS: 100-00
          7/26/13        M/TICKET# 33158, 55176
=====================================================================

PICKUP      907-277-5015       TESORO ALASKA PETR TERM#1
 7/25; 8:00 -  7/26 10:00     4522 ANCHORAGE PORT RD
ARR 1120  DPT 1150            Anchorage    AK      99501      GAL-  10000

SEAL#_____

DELIVERY  907-552-5180         MILITARY SERVICES STATION
 7/26 11:00 -  7/26 13:00      JBER
ARR 1200  DPT 1415            8317 JOHNSTON AVE 99506
                              Elmendorf A FAK     99506      GAL-  10000
RECEIVED BY/AUTH SIGNATURE:
               PRINT:

              O R D E R   C O M M E N T S
       LOAD AT TESORO 1 PIN # 306426
       CALL 907-552-5180 FROM THE LOAD RACK WITH RTA

RECEIVED

JUL 3 0 2013

Big State v. GSSC
Motion to Compel
Exhibit "C" page54



**TESORO PETROLEUM**
1522 Port Road

**TRUCK MANIFEST**

THIS IS TO CERTIFY THAT THE BELOW NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO APPLICABLE REGULATIONS OF THE D.O.T.

IF SHIPMENT INCLUDES UNLEADED GASOLINE THE PRODUCT CONTAINS NO MORE THAN 0.05 GRAMS OF LEAD PER GALLON AND NO MORE THAN 0.005 GRAMS OF PHOSPHOROUS PER GALLON CONFORMING TO E.P.A. REGULATIONS - 40 CFR 80 -

RECEIVED SUBJECT TO TARIFFS OR CONTRACT IN EFFECT THIS DATE.

THE CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AS DESCRIBED BY THE SHIPPER.

SHIPPER CERTIFIES THAT THE GOODS COVERED BY THIS MANIFEST WERE PREPARED IN COMPLIANCE WITH ALL REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:

THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

THE DRIVER BY SIGNING THIS TICKET HEREBY CERTIFIES THAT TRANSPORT WAS LOADED AS SPECIFIED

SIGN HERE:

DATE: 07/26/2013 11:53:38 AM

SHIPPER / CONSIGNOR

SIGN HERE:

DATE:

RECEIVED QUANTITIES IN GOOD ORDER

SIGN HERE:

DATE: 7:00 MAR 26/43 13

**IN CASE OF TRANSPORTATION EMERGENCY
INVOLVING PUBLIC SAFETY
CALL CHEMTREC 800-424-9300
TESORO ACCT NO. 22013**

SHIPPING DESCRIPTION

10000 GALLONS    UN1203, GASOLINE, 3, PG II                                    1 Cargo Tank

| SHIPPER | | SHIP TO | |
|---|---|---|---|
| TESORO ALASKA / 2010 | | BIG STATE LOGISTICS / 306426 | |
| | | QD #229 | |
| | | P.O. BOX 71540 | |
| | | FAIRBANKS, AK 99701- | |

| SHIP FROM ADDRESS | DATE SHIPPED | CUSTOMER NUMBER | MANIFEST NO. | MANIFEST DATE |
|---|---|---|---|---|
| 1522 Port Road | 7/26/2013 | 306426 | 35152 | 7/26/2013 |

| CREDIT TERMS FOR DATE OF INV. | FACILITY REGISTRATION NO. | BILLING HANDCODE | CUSTOMER ORDER NO. |
|---|---|---|---|
| | 4249-81536 | TESORO ALASKA PET. CMPY | |

| FREIGHT TERMS | F.O.B. | SHIP VIA - CARRIER NAME / I.D. | TRUCK NO. | DRIVER NO. | COMPLETED LOADING AT | LOAD POS. |
|---|---|---|---|---|---|---|
| PPD | COLL | TLR# 05431 TL2# | ISCA , WILLIAM S. BIG STATE LOGISTICS, INC. | | 1981 | 11:50 | 1 |

| CODE | PRODUCT | RVP | COT. RATING (DEG)/2 | GROSS GALLONS | TEMP. | GRAV. | NET GALLONS |
|---|---|---|---|---|---|---|---|
| 2007 | UNBRANDED UNLEADED GASOLINE | 12.3 | 67 | 10000 | 56.5 | 51.40 | 10024 |

FW4 - E01: Contains no Ethanol . The RVP of this gasoline does not exceed 15PSI
FW11-THIS PRODUCT DOES NOT MEET THE REQUIREMENTS FOR REFORMULATED GASOLINE,
FW11-AND MAY NOT BE USED IN ANY REFORMULATED GASOLINE COVERED AREA.
FW14-ADDITIZED TO CERTIFICATION REQUIREMENTS "WITH APTON 6890"
Net volume corrected to 60 deg F

RECEIVED

JUL 30 2013

| DRIVER INSTRUCTIONS / SPECIAL MESSAGE |
|---|
| DRIVE SAFELY |

Big State v. GSSC
Motion to Compel
Exhibit "C" page 55

# FEDERAL DLA PURCHASE ORDER SPO600-11-D-4009  SPE0014-GS

**DELIVERY AGENT**
BIG STATE LOGISTICS
3621 ROYAL RD
FAIRBANKS AK 99701
907 452 8600

10,000 GALLONS REGULAR UNLEADED GASOLINE (MUR)

$TBD$ PER GALLON DELIVERED

**DELIVER TO:**
ELMENDORF AFB;  JBER
MILITARY SERVICES STATION
ON ARRIVAL AT POST ROAD GATE CONTACT FUELS CONTROL CENTER 907 552 5180

TANK TRUCK (TT)
**DELIVERY HOURS:  0800 TO 1500,  JULY 25, 2013 ONLY**
DRIVER MUST CARRY VALID IDENTIFICATION
VEHICLE MAY BE SEARCHED UPON ARRIVAL IN SECURED AREAS.
ESCORT REQUIRED
TANKS SIZES 2@20,000 BELOW GROUND

METERED DELIVERY TICKET AND TERMINAL LOADING TICKET REQUIRED FOR
EACH DELIVERY

**DELIVERY POC: FUELS CONTROL 907 552 5180**
**CONTACT MUST BE MADE ON ARRIVAL AT POST ROAD GATE**

IN THE EVENT UNABLE TO DELIVER IMMEDIATE NOTIFICATION REQUIRED
MATT RUCK 509 432 3660

INVOICE ALONG WITH DELIVERY TICKET SHALL BE SENT TO ONE OR MORE OF THE FOLLOWING

EMAIL INVOICE TO; MATT.E.R@GOVSERV.US  **PREFERRED**

MAIL INVOICE TO; GOVERNMENT SERVICES 93 S JACKSON ST SUITE 54213 SEATTLE WA 98104

FAX INVOICE TO; 509 561 7551

INCLUDE THIS DOCUMENT WITH INVOICE TO ENSURE PROPER PAYMENT

Big State v. GSSC
Motion to Compel
Exhibit "C" page56

# Matt Ruck

From:         disa.ogden.esd.mbx.wawfnoreply@mail.mil
Sent:         Wednesday, July 31, 2013 3:12 PM
To:           matt@mldcgs.com
Subject:      SP060011D4009\0015\68AW8\ \ECI\EBS0015Z\113223299\ \ \Processed

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Invoice

Status: Processed

Acceptance Date:

Processed Date: 2013/07/31

Contract Number: SP060011D4009

Delivery Order Number: 0015

Contract Issue Date: 2013/07/23

Vendor CAGE\Ext: 68AW8

Shipment Number: EBS0015Z

Shipment Date: 2013/07/26

Invoice Number: 113223299

Invoice Date: 2013/07/31

Has been Submitted by matt ruck on 2013/07/31. Status is Processed.
It has been Processed via EDI.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.

THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

1

Big State v. GSSC
Motion to Compel
Exhibit "C" page57

**Matt Ruck**

| | |
|---|---|
| From: | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
| Sent: | Wednesday, July 31, 2013 3:12 PM |
| To: | matt@midcgs.com |
| Subject: | SP060011D4009\0015\68AW8\ \ERR\EBS0015Z\113223299\SE8F0B\ \Submitted |

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Receiving Report

Status: Submitted

Acceptance Date:

Processed Date: 2013/07/31

Contract Number: SP060011D4009

Delivery Order Number: 0015

Contract Issue Date: 2013/07/23

Vendor CAGE\Ext: 68AW8

Shipment Number: EBS0015Z

Shipment Date: 2013/07/26

Invoice Number: 113223299

Invoice Date: 2013/07/31

Has been Submitted by matt ruck on 2013/07/31. Status is Submitted.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.

THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

Big State v. GSSC
Motion to Compel
Exhibit "C" page58

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 58 of 71

Government Services Corp

212 East Sixth Street
Moscow, ID 83843

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2013 | 11322-3299 |

| Bill To | Ship To |
|---------|---------|
| DLA Energy<br>8725 John J Kingman<br>Suite 4950<br>Ft. Belvoir, VA 22060 | |

| BPA CALL # | Contract Number | Req. Number | Terms | Account # | Project |
|------------|-----------------|-------------|-------|-----------|---------|
| 0015 | SPO60011D400 | 0015 | 1% 7 NEt 30 | | JBER |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Regular unleaded gasoline (MUR / GUR) | 10,024 | ▬▬▬ | ▬▬▬ |

| Remit Payment<br>Government Services Corp<br>212 East Sixth Street<br>Moscow, Idaho 83843 | Tax ID 27-4329446<br>DUNS# 966192580<br>CAGE CODE 68AW8<br>For questions with this invoice contact<br>Matt Ruck<br>Office 509 795 5043<br>Cell 509 432 3660 | |
|---|---|---|

**Total** ▬▬▬

**Payments/Credits** ▬▬▬

**Balance Due** ▬▬▬

| Job Total Balance | $485,380.15 |
|-------------------|-------------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 509 795 5043 | 509 561 7551 | matt.e.r@govserv.us |

Motion to Compel
Exhibit "G" page59

## Matt Ruck

| | |
|---|---|
| From: | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
| Sent: | Wednesday, July 31, 2013 3:12 PM |
| To: | matt@mldcgs.com |
| Subject: | SP060011D4009\0015\68AW8\ \ECI\EBS0015Z\113223299\ \ \Processed |

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Invoice

Status: Processed

Acceptance Date:

Processed Date: 2013/07/31

Contract Number: SP060011D4009

Delivery Order Number: 0015

Contract Issue Date: 2013/07/23

Vendor CAGE\Ext: 68AW8

Shipment Number: EBS0015Z

Shipment Date: 2013/07/26

Invoice Number: 113223299

Invoice Date: 2013/07/31

Has been Submitted by matt ruck on 2013/07/31. Status is Processed.
It has been Processed via EDI.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.


THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

Big State v. GSSC
Motion to Compel
Exhibit "C" page60

# ORDER FOR SUPPLIES OR SERVICES

| 1. CONTRACT/PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SP0600-11-D-4009 | 0015 | 2013 AUG 07 | 0060627128 | |

| 6. ISSUED BY | CODE | SPE600 | 7. ADMINISTERED BY (if other than 6) | CODE | SPE600 | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|
| DLA ENERGY 8725 JOHN J KINGMAN RD STE 4950 FT BELVOIR VA 22060-6222 USA Initiator: Daniel Szewczenial daniel.szewczenial@dla.af.mil | | | DLA ENERGY 8725 JOHN J KINGMAN RD STE 4950 FT BELVOIR VA 22060-6222 USA Criticality: C   PAS: None | | | X DESTINATION OTHER (See Schedule if other) |

| 9. CONTRACTOR | CODE | 66AW6 | FACILITY | | 10. DELIVER TO FOB POINT BY (Date) (YYYYMMDD) 2013 JUL 30 | 11. X IF BUSINESS IS |
|---|---|---|---|---|---|---|
| NAME AND ADDRESS | GOVERNMENT SERVICES CORP. 212 E 6TH ST MOSCOW ID 83843-2930 USA | | | | | X SMALL SMALL DISAD-VANTAGED WOMEN-OWNED |
| | | | | | 12. DISCOUNT TERMS Net 30 days | |
| | | | | | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK See Block 15 | |

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | SL4701 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2. |
|---|---|---|---|---|---|
| SEE SCHEDULE, DO NOT SHIP TO ADDRESSES ON THIS PAGE | | DEF FIN AND ACCOUNTING SVC BSM P O BOX 369031 COLUMBUS OH 43236-5031 USA | | | |

| 16. TYPE OF ORDER | DELIVERY CALL | X | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your _____ furnish the following on terms specified herein. ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. |

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |
|---|---|---|---|
| If this box is marked, supplier must sign Acceptance and return the following number of copies: | | | |

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE

BX: 97X4930 5CFX 001 2620 S33189

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | See Section B Terms and Conditions in accordance with Basic Contract | 4,000 | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA Uniqueka Davis BY: Uniqueka.Davis@dla.mil FBO0096 | | 25. TOTAL | |
|---|---|---|---|---|
| | *Uniqueka Davis* CONTRACTING/ORDERING OFFICER | | 26. DIFFERENCES | |

| 27a. QUANTITY IN COLUMN 20 HAS BEEN | INSPECTED | RECEIVED | ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED: | | |
|---|---|---|---|---|---|
| b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | | c. DATE (YYYYMMDD) | d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | |
| e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | | 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
| | | | PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| f. TELEPHONE NUMBER | g. E-MAIL ADDRESS | | FINAL | | |
| | | | 31. PAYMENT | | 34. CHECK NUMBER |
| 35. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT. | | | COMPLETE | | |
| a. DATE (YYYYMMDD) | b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | | PARTIAL | | 36. BILL OF LADING NO. |
| | | | FINAL | | |
| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CON-TAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |

**DD FORM 1155, DEC 2001**       PREVIOUS EDITION IS OBSOLETE.       Adobe Professional 8.0

Big State v. GSSC
Motion to Compel
Exhibit "C" page61

## SECTION B

PURCHASE PGM: 3.9
PR: 0050527128
SUPPLIES/SERVICES:
9130001487103

GASOLINE, AUTOMOTIVE

| CLIN | BASIC<br>REF<br>CLIN | QUANTITY | UI | UNIT PRICE | DOLLAR VALUE | DELIVERY<br>DATE |
|---|---|---|---|---|---|---|
| 0001 | 0004 | 4,000.000 | UG6 | ▓▓▓ | ▓▓▓ | 2013 JUL 30 |

BDN:

QTY VARIANCE: PLUS 10% MINUS 10%

INSPECTION POINT: DESTINATION

ACCEPTANCE POINT: DESTINATION

ACCEPTANCE DODAAC: SE8F0B

DELIVER FOB: DESTINATION

PERIOD OF PERFORMANCE 2013 JUL 30 - 2013 JUL 30

MODE OF SHIPMENT: TT

LOCATION ID: JBER

DELIVERY DODAAC: SE8F0B

3 WG/LGSF 32069 CEDAR STREET
NOT LOCATED
3 WG/LGSF 32069 CEDAR STREET , AK 99506 US

PLEASE DELIVER 4K OF MUR TO PT. RICH SSTA. CONTACT FSC @ 907-552-5180 UPON ARRIVAL AT POST ROAD GATE.

Case 4:13-cv-00029-TMB-SAO   Document 40-4   Filed 02/03/14   Page 62 of 71



# Big State Logistics, Inc.

3621 Royal Road
Fairbanks, AK 99701
Phone: 907 452 8600   Fax: 907 456 8603
Email: AR@bslak.com

# INVOICE

DATE: 7/30/2013
INVOICE # 45035

Bill To:
Government Services
93 S. Jackson St. Suite 54213
Seattle, WA 98104

P.O #:
Terms NET 15

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 9,999.0 | BL#1871_UNLEADED, TESORO/BER, MT# 35407, 35469, 07/30/13 | 3.82591 | 538,255.28 |
| 9,999.0 | Transportation | 0.0650 | 5649.94 |
| | ***All Taxes included*** | | |

## We appreciate your business!

Please mail checks to: PO Box 71540, Fairbanks, AK 99707

| | TOTAL | $38,905.22 |
|---|---|---|

Make all checks payable to Big State Logistics

Questions: Contact Accounting (907) 452-8600 or AR@BSLAK.COM

*BSL COPIES GET SIGNED*

Driver: BURKR   RONALD BURK
Truck No:     141
Trailer No:    5437      8135
Order #: 0001871   Org- Anchorage    AK   Dst- Elmendorf A F B AK

---

COMMODITY- ULRG       GLNS: 4000
           7/30/13    M/TICKET# 35467
=====================================================================

PICKUP    907-277-5015      TESORO ALASKA PETR TERM#1
7/30   7:00 -   7/30 10:00    4522 ANCHORAGE PORT RD
ARR _____ DPT _____      Anchorage    AK    99501     GAL-    10000

SEAL# _____

---

DELIVERY   907-552-5180      MILTARY SERVICES
7/30 10:00 -   7/30 10:00    988 OTTER LAKE RD
ARR _____ DPT _____      Fort Richards AK    99506     GAL-    4000
RECEIVED BY/AUTH SIGNATURE:
          PRINT:    David Leland
                STOPOFF REFERENCE NUMBERS
        C   5000 REG GAS   meter ticket   35469    5999 glns

DELIVERY   907-552-5180      MILITARY SERVICES STATION
7/30 10:01 -   7/30 15:00    JBER
                     8317 JOHNSTON AVE 99506
ARR _____ DPT _____      Elmendorf A FB    99506     GAL-    6000
RECEIVED BY/AUTH SIGNATURE:
          PRINT:    David Leland

               O R D E R   C O M M E N T S
         DRIVER MUST CARRY VALID IDENTIFICATION
         DRV TO REPORT TO POST GATE CONTACT FUEL CENT.
         907- 552-5180
         DLA PURCHASE ORDER   SP0600-11-D-4009
         SPE00015-GS

RECEIVED
AUG 0 1 2013

Big State v. GSSC
Motion to Compel
Exhibit "C" page64



**TESORO PETROLEUM**
1522 Port Road

**TRUCK MANIFEST**

THIS IS TO CERTIFY THAT THE BELOW NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO APPLICABLE REGULATIONS OF THE D.O.T.

IF SHIPMENT INCLUDES UNLEADED GASOLINE THE PRODUCT CONTAINS NO MORE THAN 0.05 GRAMS OF LEAD PER GALLON AND NO MORE THAN 0.005 GRAMS OF PHOSPHOROUS PER GALLON CONFORMING TO E.P.A. REGULATIONS – 40 CFR 80 –

RECEIVED SUBJECT TO TARIFFS OR CONTRACT IN EFFECT THIS DATE.

THE CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AS DESCRIBED BY THE SHIPPER.

SHIPPER CERTIFIES THAT THE GOODS COVERED BY THIS MANIFEST WERE PRODUCED IN COMPLIANCE WITH ALL REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:

THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

THE DRIVER BY SIGNING THIS TICKET HEREBY CERTIFIES THAT TRANSPORT WAS LOADED AS SPECIFIED

SIGN HERE:
DATE: 7/30/1913

SHIPPER / CONSIGNOR

SIGN HERE:
DATE:

RECEIVED QUANTITIES IN GOOD ORDER

SIGN HERE:
DATE:

**IN CASE OF TRANSPORTATION EMERGENCY INVOLVING PUBLIC SAFETY CALL CHEMTREC 800-424-9300**
**TESORO ACCT NO. 22013**

SHIPPING DESCRIPTIONS
4000 GALLONS  UN1203, GASOLINE, 3, PG II

1 Cargo Tank

| SHIPPER | | SHIP TO | |
|---|---|---|---|
| TESORO ALASKA / 2010 | | BIG STATE LOGISTICS / 306426 QD #229 P.O. BOX 71540 FAIRBANKS, AK 99701 | |

| SHIP FROM ADDRESS | DATE SHIPPED | CUSTOMER NUMBER | MANIFEST NO. | MANIFEST DATE |
|---|---|---|---|---|
| 1522 Port Road | 7/30/2013 | 306426 | 35467 | 7/30/2013 |

| CREDIT TERMS FROM DATE OF INV. | SPECIAL HANDLING | CUSTOMER ORDER NO. |
|---|---|---|
| | TESORO ALASKA PET. CMPY EPA#4069 | |

| VEHICLE TYPES | F.O.B. | SHIP VIA – CARRIER NAME / I.D. | STOCK NO. | DRIVER NO. | DATE/TIME COMPLETED LOADING AT | LOAD POS. |
|---|---|---|---|---|---|---|
| PPD | TLR# 05435 COL: TL2# | HAMILTON , HARDY BIG STATE LOGISTICS, INC. | | 2002 | 11:45 | 4 |

| CODE | PRODUCT | RVP | OCT. RATING (R+M)/2 | GROSS GALLONS | TEMP. | GRAV. | NET GALLONS |
|---|---|---|---|---|---|---|---|
| 2007 | UNBRANDED UNLEADED GASOLINE | 12.3 | 87 | 4000 | 66.6 | 61.90 | 3976 |

FN4 – 80: Contains no Ethanol . The RVP of this gasoline does not exceed 15PSI.
FN11–THIS PRODUCT DOES NOT MEET THE REQUIREMENTS FOR REFORMULATED GASOLINE,
FN11–AND MAY NOT BE USED IN ANY REFORMULATED GASOLINE COVERED AREA.
FN14–ADDITIZED TO CERTIFICATION REQUIREMENTS "WITH AFTON 6590"
Net volume corrected to 60 deg F

RECEIVED
AUG 0 1 2013

DRIVER INSTRUCTIONS / SPECIAL MESSAGES

DRIVE SAFELY

Big State v. GSSC
Motion to Compel
Exhibit "C" page 65

THIS IS TO CERTIFY THAT THE BELOW NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO APPLICABLE REGULATIONS OF THE D.O.T.

IF SHIPMENT INCLUDES UNLEADED GASOLINE THE PRODUCT CONTAINS NO MORE THAN 0.05 GRAMS OF LEAD PER GALLON AND NO MORE THAN 0.005 GRAMS OF PHOSPHOROUS PER GALLON CONFORMING TO E.P.A. REGULATIONS - 40 CFR 80.

RECEIVED SUBJECT TO TARIFFS OR CONTRACT IN EFFECT THIS DATE.

THE CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AS DESCRIBED BY THE SHIPPER.

SHIPPER CERTIFIES THAT THE GOODS COVERED BY THIS MANIFEST WERE PRODUCED IN COMPLIANCE WITH ALL REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:

THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

THE DRIVER, BY SIGNING THIS TICKET HEREBY CERTIFIES THAT TRANSPORT WAS LOADED AS SPECIFIED

SIGN HERE:

DATE: 7/30/2013

RECEIVED QUANTITIES IN GOOD ORDER

SIGN HERE:

DATE:

RECEIVED / CONDITION

SIGN HERE:

DATE:

IN CASE OF TRANSPORTATION EMERGENCY
INVOLVING PUBLIC SAFETY
CALL CHEMTREC 800-424-9300
TESORO ACCT NO. 22013

SHIPPING DESCRIPTIONS
5999 GALLONS  UN1203, GASOLINE, 3, PG II          1 Cargo Tank

| SHIPPER | | SHIP TO | |
|---|---|---|---|
| TESORO ALASKA / 2010 | | BIG STATE LOGISTICS / 306426 | |
| | | QD #229 | |
| | | P.O. BOX 71540 | |
| | | FAIRBANKS, AK 99701 | |

| SHIP FROM ADDRESS | DATE SHIPPED | CUSTOMER NUMBER | MANIFEST NO. | MANIFEST DATE |
|---|---|---|---|---|
| 1522 Port Road | 7/30/2013 | 306426 | 35469 | 7/30/2013 |

| CREDIT TERMS FOR DATE OF INV. | SPECIAL HANDLING | CUSTOMER ORDER NO. |
|---|---|---|
| | TESORO ALASKA PET: CMPY EPA#4068 | |

| FREIGHT TERMS | F.O.B. | SHIP VIA - CARRIER NAME / S.D. | TRUCK NO. | DRIVER NO. | COMPLETED LOADING AT | LOAD POS. |
|---|---|---|---|---|---|---|
| PPD    COLL | TLR# 05435  TL2# | HAMILTON / HARDY  BIG STATE LOGISTICS, INC. | 2002 | 12:02 | 4 | |

| TANK | PRODUCT | RVP | OCT. RATING (R+M)/2 | GROSS GALLONS | TEMP. | GRAV. | NET GALLONS |
|---|---|---|---|---|---|---|---|
| 2007 | UNBRANDED UNLEADED GASOLINE | 12.3 | 87 | 5999 | 68.2 | 61.90 | 5965 |

FN* - E0: Contains no Ethanol . The RVP of this gasoline does not exceed 16PSI
FN11-THIS PRODUCT DOES NOT MEET THE REQUIREMENTS FOR REFORMULATED GASOLINE,
FN11-AND MAY NOT BE USED IN ANY REFORMULATED GASOLINE COVERED AREA.
FN14-ADDITIZED TO CERTIFICATION REQUIREMENTS WITH AFTON 6590
Net volume corrected to 60 deg F

RECEIVED
AUG 0 1 2013

| DRIVER INSTRUCTIONS / SPECIAL MESSAGES |
|---|
| DRIVE SAFELY |

# FEDERAL DLA PURCHASE ORDER SPO600-11-D-4009 SPE00015-GS

**DELIVERY AGENT**
BIG STATE LOGISTICS
3621 ROYAL RD
FAIRBANKS AK 99701
907 452 8600

10,000 GALLONS REGULAR UNLEADED GASOLINE (MUR)
$TBD$

THIS IS A SPLIT LOAD BETWEEN THE MSS AND FT RICH 5K EACH DROP

**DELIVER TO:**
ELMENDORF AFB; JBER
MILITARY SERVICES STATION
ON ARRIVAL AT POST ROAD GATE CONTACT FUELS CONTROL CENTER 907 552 5180

TANK TRUCK (TT)
**DELIVERY HOURS: 0800 TO 1500, JUNE 30, 2013 ONLY**
DRIVER MUST CARRY VALID IDENTIFICATION
VEHICLE MAY BE SEARCHED UPON ARRIVAL IN SECURED AREAS.
ESCORT REQUIRED
TANKS SIZES 2@20,000 BELOW GROUND

METERED DELIVERY TICKET AND TERMINAL LOADING TICKET REQUIRED FOR
EACH DELIVERY

**DELIVERY POC: FUELS CONTROL 907 552 5180**
**CONTACT MUST BE MADE ON ARRIVAL AT POST ROAD GATE**

IN THE EVENT UNABLE TO DELIVER IMMEDIATE NOTIFICATION REQUIRED
MATT RUCK 509 432 3660

INVOICE ALONG WITH DELIVERY TICKET SHALL BE SENT TO ONE OR MORE OF THE FOLLOWING

EMAIL INVOICE TO; MATT.E.R@GOVSERV.US **PREFERRED**

MAIL INVOICE TO; GOVERNMENT SERVICES 93 S JACKSON ST SUITE 54213 SEATTLE WA 98104

FAX INVOICE TO; 509 561 7551

INCLUDE THIS DOCUMENT WITH INVOICE TO ENSURE PROPER PAYMENT

Big State v. GSSC
Motion to Compel
Exhibit "C" page67

**Matt Ruck**

| From: | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
|-------|------------------------------------------|
| Sent: | Wednesday, August 07, 2013 5:50 PM |
| To: | matt@mldcgs.com |
| Subject: | SP060011D4009\0018\68AW8\ \ECI\EBS0018Z\113223309\ \ \Processed |

Action DoDAAC\Ext: SE8F08

Document Type: Energy Invoice

Status: Processed

Acceptance Date:

Processed Date: 2013/08/07

Contract Number: SP060011D4009

Delivery Order Number: 0018

Contract Issue Date: 2013/08/07

Vendor CAGE\Ext: 68AW8

Shipment Number: EBS0018Z

Shipment Date: 2013/07/30

Invoice Number: 113223309

Invoice Date: 2013/08/07

Has been Submitted by matt ruck on 2013/08/07. Status is Processed.
It has been Processed via EDI.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.

THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

Big State v. GSSC
Motion to Compel
Exhibit "C" page68

**Matt Ruck**

| | |
|---|---|
| From: | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
| Sent: | Wednesday, August 07, 2013 5:50 PM |
| To: | matt@mldcgs.com |
| Subject: | SP060011D4009\0018\68AW8\ \ERR\EBS0018Z\113223309\SE8F0B\ \Submitted |

Action DoDAAC\Ext: SE8F0B

Document Type: Energy Receiving Report

Status: Submitted

Acceptance Date:

Processed Date: 2013/08/07

Contract Number: SP060011D4009

Delivery Order Number: 0018

Contract Issue Date: 2013/08/07

Vendor CAGE\Ext: 68AW8

Shipment Number: EBS0018Z

Shipment Date: 2013/07/30

Invoice Number: 113223309

Invoice Date: 2013/08/07

Has been Submitted by matt ruck on 2013/08/07. Status is Submitted.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.

THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

Big State v. GSSC
Motion to Compel
Exhibit "C" page69

Government Services Corp

212 East Sixth Street
Moscow, ID 83843

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/7/2013 | 11322-3309 |

**Bill To**

DLA Energy
8725 John J Kingman
Suite 4950
Ft. Belvoir, VA 22060

**Ship To**

| BPA CALL # | Contract Number | Req. Number | Terms | Account # | Project |
|------------|-----------------|-------------|-------|-----------|---------|
| 0018 | SPO60011D4009 | 0018 | 1% 7 NEt 30 | | JBER |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Regular unleaded gasoline (MUR / GUR) | 9,941 | ▬▬▬ | ▬▬▬ |

**Total** ▬▬▬

Remit Payment
Government Services Corp
212 East Sixth Street
Moscow, Idaho 83843

Tax ID 27-4329446
DUNS# 966192580
CAGE CODE 68AW8

For questions with this
invoice contact
Matt Ruck
Office 509 795 5043
Cell 509 432 3660

**Payments/Credits** ▬▬▬

**Balance Due** ▬▬▬

**Job Total Balance** $485,380.15

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 509 795 5043 | 509 561 7551 | matt.e.r@govserv.us |

Big State v. GSSC
Motion to Compel
Exhibit "C" page70

## Matt Ruck

| | |
|---|---|
| From: | disa.ogden.esd.mbx.wawfnoreply@mail.mil |
| Sent: | Wednesday, August 07, 2013 5:50 PM |
| To: | matt@mldcgs.com |
| Subject: | SP060011D4009\0018\68AW8\ \ECI\EBS0018Z\113223309\ \ \Processed |

Action DoDAAC\Ext: SE8FOB

Document Type: Energy Invoice

Status: Processed

Acceptance Date:

Processed Date: 2013/08/07

Contract Number: SP060011D4009

Delivery Order Number: 0018

Contract Issue Date: 2013/08/07

Vendor CAGE\Ext: 68AW8

Shipment Number: EBS0018Z

Shipment Date: 2013/07/30

Invoice Number: 113223309

Invoice Date: 2013/08/07

Has been Submitted by matt ruck on 2013/08/07. Status is Processed.
It has been Processed via EDI.

Access the site at https://wawf.eb.mil

Thank you for your prompt attention.


THIS IS A SYSTEM GENERATED EMAIL MESSAGE, PLEASE DO NOT RESPOND TO THIS EMAIL.

Big State v. GSSC
Motion to Compel
Exhibit "C" page71