Robert A. Sparks
1552 Noble Street
Fairbanks, Alaska 99701
907-451-0875 voice
907-451-9385 fax
sparkslawoffice@yahoo.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

BIG STATE LOGISTICS, INC().        )
                                   )
                                   )
      Plaintiff,                )
                                   )
      vs.                       )
                                   )
GOVERNMENT SERVICES                )
CORP. f/k/a MLDC GOVERNMENT        )
SERVICES CORP., a Delaware         )
Corporation.                       )
                                   )
      Defendant                 )
_____)
CASE NO. 4:13-cv-00029-TMB

## SECOND MOTION AND MEMORANDUM TO COMPEL DISCOVERY

COMES NOW Plaintiff, Big State Logistics, Inc. by and through its attorney, Robert A. Sparks, the Law Office of Robert A. Sparks, and hereby moves this Court pursuant to FRCP 37 to compel production of unredacted invoices for the fuel deliveries at issue by Defendant Government Services Corp. f/k/a MLDC Government Services Corp. Plaintiff Big State also seeks payment of its costs and fees for the instant motion.

Defendant's attorney, Michael Grisham agreed to produce unredacted copies of invoices submitted by Defendant Government Services Corp. to the United States for the fuel Defendant purchased from Plaintiff Big State. See Exhibit "A" Grisham email 1/31/2014. In his email, Mr. Grisham states:

> I just heard back from my client. He indicated that he can provide unredacted invoices. We will get them to you no later than Monday.

Exhibit "A" Grisham 1/31/2014 email. Contrary to Mr. Grisham's email, the invoices were not

Page 1

produced on Monday, February 3, nor were the invoices unredacted.  See Exhibit "B"  Grisham Letter February 5, 2014 with **redacted** invoices.  Plaintiff's attorney reminded Mr. Grisham that his client had agreed to produce unredacted copies of the invoices. See Exhibit ""C" Sparks 2/5/14 letter to Grisham.   Defendant Government Services refuses to provide the unredacted invoices that it had agreed to provide to Plaintiff Big State on January 31, 2014.  See Exhibit "B" Grisham 2/5/2014 letter to Sparks, Exhibit "D" Grisham 2/6/14 letter to Sparks.

Plaintiff's attorney had agreed to keep any banking information produced by Defendant Government Services Corp. for attorney's eyes only, pending entry of a protective order.  See Exhibit "C" Sparks 2/5/14 letter to Grisham.   Apparently the parties disagree on what collection of the $155,000 owed to Plaintiff Big State constitutes.  Plaintiff Big State believes that use of the Defendant's banking information to locate the state in which Plaintiff could conduct a prejudgment attachment would be a valid use of the information.  See Exhibit "C" Sparks 2/5/14 letter to Grisham.  Defendant believes that any such collection activities would be "harassment". See Exhibit "D" Grisham 2/6/14 letter to Sparks.

Defendant GSC agreed on January 31, 2014, to produce unredacted copies of the invoices that Defendant submitted to the United States.   Defendant GSC has refused to do so.  The information contained in the invoices is highly relevant to the liability of Defendant GSC to Plaintiff Big State for the $155,000 in bulk gasoline purchased by Defendant over 6 months ago and has information about the location of Defendant's banking accounts, which Plaintiff needs in order to file for a prejudgment attachment.

## CONCLUSION

Plaintiff Big State respectfully requests that the Court order Defendant Government Services Corp. to produce unredacted copies of its invoices submitted to the United States for the $155,000 worth of gasoline that Defendant purchased from Plaintiff Big State six months ago, as agreed to in writing by Defendant's attorney on January 31, 2014.    Plaintiff also seeks an award of attorney's fees and costs for this motion, as Defendant has no reasonable justification to

Page 2

withhold the unredacted documents it agreed to produce in writing.

DATED this 10th day of February, 2014, at Fairbanks, Alaska.

THE LAW OFFICES OF ROBERT A. SPARKS

Robert A. Sparks /s/
Robert A. Sparks
Attorney for Plaintiff
Membership No. 8611139
1552 Noble Street
Fairbanks, Alaska 99701
Phone: 907-451-0875
Fax: 907-451-9385

I hereby certify that on
February 10, 2014, a copy
of the foregoing document was
served via email ecf on:

Michael A. Grisham
Defendant's attorney

Robert Sparks /s/
Robert A. Sparks

Page 3