Michael A. Grisham
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Defendant
Government Services Corp.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BIG STATE LOGISTICS, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>GOVERNMENT SERVICES CORP., f/k/a<br>MLDC GOVERNMENT SERVICES<br>CORP.,<br><br>                    Defendant. | Case No. 4:13-cv-00029-TMB<br><br>**DECLARATION OF MATT RUCK** |

I, Matt Ruck, declare as follows:

1.      As stated in previous declarations filed with the Court, I am an employee of

Defendant Government Services Corp. responsible for the administration of the contracts

that are the subject of the above-captioned lawsuit. I make this declaration based on my

personal knowledge.

2.      For months I have personally been the target of rude and insulting remarks

by counsel for Big State, Mr. Sparks. Almost weekly I am forwarded letters authored by

him labelling me a "common criminal" and making unfounded statements that I am

engaged in continuing criminal behavior. Mr. Sparks admits that these allegations are

DECLARATION OF MATTHEW RUCK          *Big State Logistics, Inc. v. Government Services*
Page 1 of 4:13-cv-00029-TMB
Case 4:13-cv-00029-TMB   Document 49   Filed 02/20/14   Page 1 of 3

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

based on nothing but his own willingness to "jump to conclusions and [make] assumptions" about me. [Sparks letter dated February 10, 2014]

3. Local attorneys and businessmen with whom I am personally acquainted have informed me that Mr. Sparks has contacted them asking for information regarding criminal behavior on my part, and casting aspersions against me and my employer. I believe that this continuing and ongoing harassment by Mr. Sparks has created a hostile environment for me, my employer, and my family.

4. Government Services is a very small company, with only three employees. The discovery request that we review our phone records for calls made pertaining to the circumstances surrounding this litigation would be an impossibly labor-intensive effort for us. We do not have the resources to comb through literally thousands of pages of phone records in an effort to discern what numbers were called for what reason and when.

5. As the Court has ordered Government Services to notify the Court when it receives payment on the subject invoices, I will address the issue here. Government Services' is currently going through a year-end review, which in this case includes review of 52 weeks' worth of invoices, billings, and payments for completeness and accuracy. To my knowledge and based on my review of payments received we have not received payment for the invoices that are the subject to this litigation. The agency primarily responsible for payment on the subject contracts is the Defense Finance and Accounting Services Agency ("DFAS"). DFAS faced a significant backlog of old invoices created by a number of factors, including the government shutdown, sequester funding, and DFAS's

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

change in its billing and payment software system. DFAS has made some progress in clearing this backlog of old invoices, but we seem to be taking one step forward and two steps back.

6.    To illustrate my point, DFAS recently debited our account for a mid-2013 invoice in the amount of $33,944.61, and then subsequently re-deposited the funds on the following day in the same amount. This obviously results in a net zero gain, and as such we still note the invoice as unpaid. We do consider ourselves very lucky, in that there are many other federal vendors that have a far greater number of invoices and therefore a far larger sum of money awaiting payment, in some cases 10-20 fold what we have experienced.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of February, 2014.

_____
MATT RUCK

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on
the 20th day of February, 2014, a true and correct
copy of this document was served on

Robert A. Sparks
1552 Noble Street
Fairbanks, AK 99701

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ Michael A. Grisham
Michael A. Grisham, ABA No. 9411104
Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557