Michael A. Grisham
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for Defendant
Government Services Corp.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BIG STATE LOGISTICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT SERVICES CORP., f/k/a MLDC GOVERNMENT SERVICES CORP.,<br><br>Defendant. | Case No. 4:13-cv-00029-TMB<br><br>**NOTICE OF CONFESSION OF JUDGMENT** |

As requested by the Court during the hearing in this matter held March 24, 2014, Defendant Government Services Corp. ("GSC") respectfully submits herewith its (Proposed) Judgment By Confession.

GSC has never denied that Plaintiff Big State Logistics, Inc., ("Big State") provided fuel at GSC's request or that GSC has failed to pay for that fuel. *See* Docket 1 (Answer filed with Notice of Removal). There have only been two points of dispute herein, one factual and the other legal: (1) whether the contract between the parties called for GSC to pay when it was paid, or pay upon receipt, and (2) whether GSC has been

NOTICE OF CONFESSION OF JUDGMENT    *Big State Logistics, Inc. v. Government Services*
Page 1 of 3                                                                           4:13-cv-00029-TMB
Case 4:13-cv-00029-TMB-SAO   Document 64   Filed 03/27/14   Page 1 of 3

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

paid by the Defense Logistics Agency for the fuel delivered by Big State. GSC maintains its position on both of these issues, and admits to no wrongdoing of any sort.

Regardless, because GSC does admit that it must eventually pay Big State, and because Big State's approach to this matter has caused GSC to incur significant attorney's fees, GSC has determined that it is simply not worthwhile to litigate the matter further, despite the existence of defenses supporting GSC's position that its obligation to pay is not immediate. GSC further submits that it would also be a misuse of the Court's limited resources to continue to litigate the matter under the present circumstances.

GSC agrees that Big State will, at the end of the day, be entitled to payment of $155,054.39 for fuel delivered pursuant to its contract with GSC. As such, GSC respectfully submits that judgment in Big State's favor on its claim for breach of contract for that amount is appropriate.

There is, however, no agreement on the issues of: (1) the applicable pre-judgment interest rate; (2) the date from which pre-judgment interest began to accrue, and; (3) Big State's entitlement, if any, to attorney's fees and litigation costs. As such, those issues must be left to the Court for determination.

GSC respectfully submits that its request for entry of judgment by confession is supported by good cause, and is further supported by the Court's interest in the efficient administration of justice.

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

NOTICE OF CONFESSION OF JUDGMENT *Big State Logistics, Inc. v. Government Services*
Page 2 of 3 4:13-cv-00029-TMB
4833-1672-2713\1

Case 4:13-cv-00029-TMB-SAO Document 64 Filed 03/27/14 Page 2 of 3

DATED this 27th day of March, 2014, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Michael A. Grisham
Michael A. Grisham, ABA #9411104
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152
grisham.michael@dorsey.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on
the 27th day of March, 2014, a true and correct
copy of this document was served on

Robert A. Sparks
1552 Noble Street
Fairbanks, AK 99701

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ Michael A. Grisham
Michael A. Grisham, ABA No. 9411104
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

NOTICE OF CONFESSION OF JUDGMENT *Big State Logistics, Inc. v. Government Services*
Page 3 of 3  4:13-cv-00029-TMB

Case 4:13-cv-00029-TMB-SAO   Document 64   Filed 03/27/14   Page 3 of 3