Michael A. Grisham
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for Defendant
Government Services Corp.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BIG STATE LOGISTICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT SERVICES CORP., f/k/a MLDC GOVERNMENT SERVICES CORP.,<br><br>Defendant. | Case No. 4:13-cv-00029-TMB<br><br>**[PROPOSED] FINAL JUDGMENT** |

IT IS ORDERED that judgment is entered as follows:

1.  Plaintiff Big State Logistics shall recover from and have judgment against

Defendant Government Services Corp. as follows:

    a. Count 1: Breach of Contract    $ 155,054.39

    b. Pre-judgment Interest    $_____

    c. Attorney's Fees    $_____

        Date Awarded:_____

        Judge:_____

    d. Costs    $_____

[PROPOSED] FINAL JUDGMENT    *Big State Logistics, Inc. v. Government Services*
Page 1 of 2    4:13-cv-00029-TMB
Case 4:13-cv-00029-TMB   Document 64-1   Filed 03/27/14   Page 1 of 2

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Date Awarded:_____

Clerk:_____

e. **TOTAL JUDGMENT**                $_____

f.  Post-Judgment Interest Rate           _____%

DATED this _____ day of _____, 2014, at Anchorage, Alaska.

_____
TIMOTHY M. BURGESS
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on
the 27th day of March, 2014, a true and correct
copy of this document was served on

Robert A. Sparks
1552 Noble Street
Fairbanks, AK 99701

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/  Michael A. Grisham
Michael A. Grisham, ABA No. 9411104
Dorsey & Whitney, LLP

4827-9682-5625\1

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

[PROPOSED] FINAL JUDGMENT            *Big State Logistics, Inc. v. Government Services*
Page 2 of 2                                                        4:13-cv-00029-TMB
Case 4:13-cv-00029-TMB   Document 64-1   Filed 03/27/14   Page 2 of 2