UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| BIG STATE LOGISTICS, INC., | |
|---|---|
| Plaintiff, | Case No. 4:13-cv-00029-TMB |
| vs. | |
| GOVERNMENT SERVICES CORP., f/k/a MLDC GOVERNMENT SERVICES CORP., | **FINAL JUDGMENT** ON CONFESSION |
| Defendant. | |

IT IS ORDERED that judgment is entered as follows:

1. Plaintiff Big State Logistics shall recover from and have judgment against Defendant Government Services Corp. as follows:

    a. Count 1: Breach of Contract      $ 155,054.39

    b. Pre-judgment Interest      $ _____

    c. Attorney's Fees      $ _____

    d. Costs      $ _____

    e. **TOTAL JUDGMENT**      $ _____

    f. Post-Judgment Interest Rate      .13%

DATED this 4th day of April, 2014, at Anchorage, Alaska.

         S/TIMOTHY M. BURGESS
         TIMOTHY M. BURGESS
         U.S. District Court Judge