

**DORSEY**
DORSEY & WHITNEY LLP

MICHAEL A. GRISHAM
(907) 257-7829
FAX (907) 276-4152
grisham.michael@dorsey.com

February 5, 2014

**VIA EMAIL AND U.S. MAIL**

Robert A. Sparks
Law Offices of Robert A. Sparks
1552 Noble Street
Fairbanks, AK 99701

Re: *Big State v. Government Services Corp.*
Discovery

Dear Mr. Sparks:

Enclosed herewith are revised versions of GSC's invoices to the government for the fuel provided by Big State, with identifying information regarding the contracts at issue unredacted. As I noted earlier, GSC has reviewed the government's position on this issue and determined that it can release this information.

The invoices do retain redactions of GSC's banking information, however, as we do not have any agreement in place regarding a protective order related to such information. Again, it is GSC's position that it is entitled to a protective order preventing the use of such information for any purpose not specifically related to this litigation. Big State is certainly entitled to investigate and prove its case. It is not, however, entitled to use information gained in discovery to create pressure on GSC to pay Big State through the threat of endangering or undermining GSC's other business relationships, including GSC's relationship with its banking institution. I understand that Big State disagrees, as it is entitled to do. GSC will not produce this information, however, until this good faith discovery dispute is judicially resolved.

Sincerely,

Michael A. Grisham

Enclosures

4835-8820-2264\1

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 907.276.4557 • F 907.276.4152
1031 WEST FOURTH AVENUE • SUITE 600 • ANCHORAGE, ALASKA 99501-5907
USA CANADA EUROPE ASIA-PACIFIC

Government Services Corp
212 East Sixth Street
Moscow, ID 83843

# Invoice

| Date | Invoice # |
|---|---|
| 6/26/2013 | 11322-3268 |

| Bill To |
|---|
| DLA Energy<br>8725 John J Kingman<br>Suite 4950<br>Ft. Belvoir, VA 22060 |

| Ship To |
|---|
| |

| BPA CALL # | Contract Number | Req. Number | Terms | Account # | Project |
|---|---|---|---|---|---|
| SPE 0005 | SPO60011D4009 | SPE 0005 | 1% 7 NEt 30 | | JBER |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Regular unleaded gasoline (MUR / GUR) | 9,884 | 3.94764 | 39,018.51 |

**Total** $39,018.51

Remit Payment
Government Services Corp
212 East Sixth Street
Moscow, Idaho 83843

Tax ID 27-4329446
DUNS# 966192580
CAGE CODE 68AW8

For questions with this
invoice contact
Matt Ruck
Office 509 795 5043
Cell  509 432 3660

**Job Total Balance** $462,877.05

| Phone # | Fax # | E-mail |
|---|---|---|
| 509 795 5043 | 509 561 7551 | matt.e.r@govserv.us |

GSC 000060

Government Services Corp
212 East Sixth Street
Moscow, ID 83843

# Invoice

| Date | Invoice # |
|---|---|
| 7/15/2013 | 11322-3278 |

| Bill To |
|---|
| DLA Energy<br>8725 John J Kingman<br>Suite 4950<br>Ft. Belvoir, VA 22060 |

| Ship To |
|---|
|  |

| BPA CALL # | Contract Number | Req. Number | Terms | Account # | Project |
|---|---|---|---|---|---|
| JBER 0011 | SPO60011D4009 | JBER 0011 | 1% 7 NEt 30 |  | JBER |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Regular unleaded gasoline (MUR / GUR) | 9,994 | 3.93952 | 39,371.61 |

**Total** $39,371.61

Remit Payment
Government Services Corp
212 East Sixth Street
Moscow, Idaho 83843

Tax ID 27-4329446
DUNS# 966192580
CAGE CODE 68AW8

For questions with this invoice contact
Matt Ruck
Office 509 795 5043
Cell   509 432 3660

**Job Total Balance** $462,615.28

| Phone # | Fax # | E-mail |
|---|---|---|
| 509 795 5043 | 509 561 7551 | matt.e.r@govserv.us |

GSC 000061

Government Services Corp

212 East Sixth Street
Moscow, ID 83843

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2013 | 11322-3299 |

| Bill To |
|---|
| DLA Energy<br>8725 John J Kingman<br>Suite 4950<br>Ft. Belvoir, VA 22060 |

| Ship To |
|---|
| |

| BPA CALL # | Contract Number | Req. Number | Terms | Account # | Project |
|---|---|---|---|---|---|
| 0015 | SPO60011D400 | 0015 | 1% 7 NEt 30 | | JBER |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Regular unleaded gasoline (MUR / GUR) | 10,024 | 3.94144 | 39,508.99 |

**Total** $39,508.99

Remit Payment
Government Services Corp
212 East Sixth Street
Moscow, Idaho 83843

Tax ID 27-4329446
DUNS# 966192580
CAGE CODE 68AW8

For questions with this invoice contact
Matt Ruck
Office 509 795 5043
Cell 509 432 3660

**Job Total Balance** $462,437.39

| Phone # | Fax # | E-mail |
|---|---|---|
| 509 795 5043 | 509 561 7551 | matt.e.r@govserv.us |

Government Services Corp

212 East Sixth Street
Moscow, ID 83843

# Invoice

| Date | Invoice # |
|---|---|
| 8/7/2013 | 11322-3309 |

| Bill To |
|---|
| DLA Energy<br>8725 John J Kingman<br>Suite 4950<br>Ft. Belvoir, VA 22060 |

| Ship To |
|---|
| |

| BPA CALL # | Contract Number | Req. Number | Terms | Account # | Project |
|---|---|---|---|---|---|
| 0018 | SPO60011D4009 | 0018 | 1% 7 NEt 30 | | JBER |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Regular unleaded gasoline (MUR / GUR) | 9,941 | 3.94975 | 39,264.46 |

**Total** $39,264.46

| Remit Payment<br>Government Services Corp<br>212 East Sixth Street<br>Moscow, Idaho 83843 | Tax ID 27-4329446<br>DUNS# 966192580<br>CAGE CODE 68AW8<br><br>For questions with this<br>invoice contact<br>Matt Ruck<br>Office 509 795 5043<br>Cell    509 432 3660 | | |
|---|---|---|---|
| Phone # | Fax # | | E-mail |
| 509 795 5043 | 509 561 7551 | | matt.e.r@govserv.us |

**Job Total Balance** $461,219.85

GSC 000063

## Smith Currie & Hancock Fees

| | |
|---|---:|
| March 2014 | $ 510.00 |
| Feb   2014 | 425.00 |
| Jan   2014 | 1,105.00 |
| Dec   2013 | 935.00 |
| Nov.  2013 | <u>2,082.00</u> |
| Total Fees: | $5,057.00 |

## Sparks, Robert A.

| | |
|---|---:|
| March 2014 | $4,872.51 |
| Feb 2014 | 4,607.50 |
| Jan 2014 | 3,626.00 |
| Dec 2013 | 475.00 |
| Nov 2013 | 1,240.00 |
| Oct 2013 | 7,125.00 |
| Sept 2013 | <u>5,166.00</u> |
| Total | 27,110.00 |

<u>Smith Currie & Hancock Fees</u>

| | |
|---|---:|
| March 2014 | $ 510.00 |
| Feb 2014 | 425.00 |
| Jan 2014 | 1,105.00 |
| Dec 2013 | 935.00 |
| Nov. 2013 | <u>2,082.00</u> |
| Total Fees: | $5,057.00 |

<u>Sparks, Robert A</u>.

| | |
|---|---:|
| March 2014 | $4,872.51 |
| Feb 2014 | 4,607.50 |
| Jan 2014 | 3,626.00 |
| Dec 2013 | 475.00 |
| Nov 2013 | 1,240.00 |
| Oct 2013 | 7,125.00 |
| Sept 2013 | <u>5,166.00</u> |
| Total | 27,110.01 |

Overall Total Fees:  $32,167.01