Robert A. Sparks
Robert A. Sparks Law Office
1552 Noble Street
Fairbanks, Alaska 99701
907-451-0875 voice
907-451-9385 fax

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| BIG STATE LOGISTICS, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GOVERNMENT SERVICES )<br>CORP. f/k/a MLDC GOVERNMENT )<br>SERVICES CORP., a Delaware )<br>Corporation. )<br>)<br>Defendant )<br>_____ ) | Case No. 4:13-cv-00029 TMB |

### AFFIDAVIT OF MARK P. MELCHERT

State of Alaska    )
              ) ss.
Third Judicial District )

Mark P. Melchert, being first duly sworn, deposes and states as follows:

1. I am the attorney representing Colville, Inc. in a case in U.S. District Court for the District of Alaska captioned *Colville Inc. v. Government Services Corp.*, Case No. 3:12-cv-000232 SLG.

2. Colville, Inc. sued Government Services Corp. because Government Services Corp. had failed to pay for approximately $345,000 worth of fuel it ordered delivered to Alaska military bases.

3. After Colville, Inc. filed suit and served the complaint on Government Services, I was contacted by Government Services representative Mr. Matt Ruck.

4. Mr. Ruck initially advised that Government Services was interested in resolving the lawsuit by agreeing to a settlement in which Government Services would agree to make installment payments on the amount owed to Colville. Mr. Ruck indicated Government Services was willing to confess judgment for the balance owed. However, Mr. Ruck did not timely follow though.

5. Mr. Ruck ultimately arranged for Government Services to sign a confession of judgment and settlement agreement. Government Services made two payments totaling $105,000 under the agreement with Colville, Inc. Government Services failed to make the final payment exceeding $170,000 due on May 15, 2013. When I tried to contact Mr. Ruck or Government Services regarding the lack of payment, Mr. Ruck did not respond.

6. Colville, Inc. registered its judgment in Idaho. In an effort to enforce the judgment, I contacted counsel in Idaho. My office also conducted asset searches. Despite due diligence in investigation, we have been unable to locate any bank accounts or assets owned by Government Services to satisfy the judgment.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Mark P. Melchert

SUBSCRIBED AND SWORN to before me this 16th day of April, 2014.

_____
Notary Public in and for Alaska
My Commission expires 4-14-16