Michael A. Grisham
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Defendant
Government Services Corp.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| BIG STATE LOGISTICS, INC., | |
|---|---|
| Plaintiff, | Case No. 4:13-cv-00029-TMB |
| vs. | |
| GOVERNMENT SERVICES CORP., f/k/a MLDC GOVERNMENT SERVICES CORP., | **NOTICE OF WITHDRAWAL** |
| Defendant. | |

Dorsey & Whitney LLP, by and through the undersigned, hereby provides notice to the Court and all parties that it has withdrawn from its representation of Government Services Corp. by consent. As the Court has entered a Final Judgment in this matter, with the entry of the Order regarding costs and attorney's fees dated February 6, 2015, all issues related to Government Services Corporation have been concluded, such that no order of the Court should be required to effectuate this withdrawal.

The portion of the Court's Order setting forth a hearing on the Court's order to show cause was directed to Matt Ruck personally. Dorsey & Whitney LLP does not

NOTICE OF WITHDRAWAL
Page 1 of 3

*Big State Logistics, Inc. v. Government Services*
4:13-cv-00029-TMB

presently represent, and has never represented, Mr. Ruck in his personal capacity.[1]

Because Dorsey & Whitney LLP no longer represents Government Services, because no matters directly involving Government Services remain open in this litigation, and because Dorsey & Whitney LLP does not represent Mr. Ruck, the undersigned does not intend to be present for the show cause hearing scheduled for March 11, 2015. The undersigned respectfully requests that the Court provide notice should these understandings be incorrect, or should it for any reason require the attendance of the undersigned at the hearing.

DATED this 19th day of February, 2015, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Michael A. Grisham
Michael A. Grisham, ABA #9411104
1031 W. 4th Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152
grisham.michael@dorsey.com
Attorneys for Defendant

---

[1] The undersigned has advised Mr. Ruck to obtain and consult with personal counsel regarding this matter.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on
the 19th day of February, 2015, a true and correct
copy of this document was served on

Robert A. Sparks
1552 Noble Street
Fairbanks, AK 99701

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ Michael A. Grisham
Michael A. Grisham, ABA No. 9411104
Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

NOTICE OF WITHDRAWAL    *Big State Logistics, Inc. v. Government Services*
Page 3 of 3                                              4:13-cv-00029-TMB
4815-7157-7122\2

Case 4:13-cv-00029-TMB-SAO   Document 105   Filed 02/19/15   Page 3 of 3