# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Big State Logistics, Inc. v. Government Services Corp.*

Case No. 4:13-cv-00029-TMB

By:  THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:  ORDER FROM CHAMBERS

On March 11, 2015, the Court held a show cause hearing to evaluate possible sanctions against Matt Ruck for representations he made in a declaration submitted to the Court.[1] Following the hearing, the Court took the matter under advisement and indicated that an order would issue.[2] Based on the record before the Court, no further action will be taken at this time.

IT IS HEREBY ORDERED.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATED:  May 6th, 2015

---

[1] *See* Dkt. 103 at 9; Dkt. 115.

[2] Dkt. 115.

1